**B1 (Official Form 1)(1/08)**

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meruelo Maddux - 845 S. Flower Street, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2922700** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**705 W. 9th Street**<br>**Los Angeles, CA**<br>ZIP Code **91342** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**761 Terminal Street, Building 1, 2nd Fl**<br>**Los Angeles, CA**<br>ZIP Code **90021-1111** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meruelo Maddux - 845 S. Flower Street, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Meruelo Maddux Properties, Inc. and jointly administered entities** | Case Number: **1:09-13356-KT** | Date Filed: **3/27/09** |
| District: **Central District of California, SF Division** | Relationship: **affiliates** | Judge: **Kathleen Thompson** |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meruelo Maddux - 845 S. Flower Street, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John N. Tedford, IV, (jtedford@dgdk.com)**
Signature of Attorney for Debtor(s)

**John N. Tedford, IV, (jtedford@dgdk.com) 205537**
Printed Name of Attorney for Debtor(s)

**Danning, Gill, Diamond & Kollitz, LLP**
Firm Name

**2029 Century Park East, Third Floor**
**Los Angeles, CA 90067-2904**

_____
Address

**(310) 277-0077  Fax: (310) 277-5735**
Telephone Number

**September 3, 2009          205537**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John C. Maddux**
Signature of Authorized Individual

**John C. Maddux**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 3, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Central District of California

In re: **Meruelo Maddux - 845 S. Flower Street, LLC**, Debtor

Case No. _____

Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __0001375083__.

2. The following financial data is the latest available information and refers to debtor's condition on __12/31/08__.

    a. Total assets $ **0.00**

    b. Total debts (including debts listed in 2.c., below) $ **0.00**

    c. Debt securities held by more than 500 holders.

    | | | | | Approximate number of holders |
    |---|---|---|---|---|
    | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
    | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
    | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
    | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
    | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

    d. Number of shares of preferred stock  **0**  **0**

    e. Number of shares of common stock  **0**  **0**

    Comments, if any:
    **As a consolidated entity with Meruelo Maddux Properties, Inc., please see Exhibit A appended to the Chapter 11 Petition of Meruelo Maddux Properties, Inc., Case No. 1:09-13356-KT**

3. Brief description of debtor's business:
    **Real Estate Operations**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
    **As a consolidated entity with Meruelo Maddux Properties, Inc., please see Exhibit A appended to the Chapter 11 Petition of Meruelo Maddux Properties, Inc., Case No. 1:09-13356-KT**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Meruelo Maddux - 845 S. Flower Street, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **SCS Flooring Systems**<br>Attn: John Diesenbruch<br>6330 San Vicente Blvd, #110<br>Los Angeles, CA 90048 | **SCS Flooring Systems**<br>Attn: John Diesenbruch<br>6330 San Vicente Blvd, #110<br>Los Angeles, CA 90048 | trade debt | | 1,349,629.56 |
| **Martin Brothers Marcowall**<br>Attn: Ana Tinajero<br>17104 S Figueroa St<br>Gardena, CA 90247 | **Martin Brothers Marcowall**<br>Attn: Ana Tinajero<br>17104 S Figueroa St<br>Gardena, CA 90247<br>310-404-2119 | Trade debt | | 1,287,276.35 |
| **DK Mechanical Contractors**<br>Attn: Michael Carruthers<br>3870 E Eagle Dr<br>Anaheim, CA 92807 | **DK Mechanical Contractors**<br>Attn: Michael Carruthers<br>3870 E Eagle Dr<br>Anaheim, CA 92807<br>714-630-7979 | Trade debt | | 867,008.00 |
| **ACCO Engineered Systems**<br>Attn: Ron Falasca<br>6265 San Fernando Road<br>Glendale, CA 92102 | **ACCO Engineered Systems**<br>Attn: Dave Osburn<br>6265 San Fernando Road<br>Glendale, CA 92102<br>818-244-6571 | trade debt | | 830,821.00 |
| **Architectural Glass & Alum.**<br>Attn: Joanna Lefler<br>1151 Marina Village Pkwy, Ste 101<br>Alameda, CA 94501 | **Architectural Glass & Alum.**<br>Attn: Joanna Lefler<br>1151 Marina Village Pkwy, Ste 101<br>Alameda, CA 94501<br>510-444-6100 | trade debt | | 742,382.51 |
| **Helix Electric, Inc.**<br>Attn: Casey Long<br>P.O. Box 85298<br>San Diego, CA 92186 | **Helix Electric, Inc.**<br>Attn: Casey Long<br>P.O. Box 85298<br>San Diego, CA 92186<br>714-758-4800 | trade debt | | 502,656.42 |
| **KCS West, Inc**<br>Attn: Gene Uwabo, Construction Mgr<br>901 Corporate Center Dr, 3rd Fl<br>Monterey Park, CA 91754 | **KCS West, Inc**<br>Attn: Gene Uwabo, Construction Mgr<br>901 Corporate Center Dr, 3rd Fl<br>Monterey Park, CA 91754<br>323-881-2509 | Trade debt | | 342,981.17 |

In re   **Meruelo Maddux - 845 S. Flower Street, LLC**                    Case No.   _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Mitsubishi Electric & Electronics, USA, Inc** Attn: Adam Stolen 5665 Plaza Drive Cypress, CA 90630 | **Mitsubishi Electric & Electronics, USA, Inc** Attn: Adam Stolen Cypress, CA 90630 714-220-4700 | **Trade debt** | | 274,618.00 |
| **XL Fire Protection** Attn. Linda Evans 3022 N. Hesperian Way Santa Ana, CA 92706 | **XL Fire Protection** Attn. Linda Evans 3022 N. Hesperian Way Santa Ana, CA 92706 714-554-6132 | trade debt | | 269,113.00 |
| **Pacific Pride** Attn: Christine Chow 2738 Potrero Ave El Monte, CA 91731 | **Pacific Pride** Attn: Christine Chow 2738 Potrero Ave El Monte, CA 91731 | trade debt | | 177,499.28 |
| **Harris and Ruth Painting** Attn: Mark Heydorff 2107 w San Bernardino Road West Covina, CA 91790 | **Harris and Ruth Painting** Attn: Mark Heydorff 2107 w San Bernardino Road West Covina, CA 91790 | **Trade debt** | | 159,491.13 |
| **Seeley Brothers** Attn: Michele M Walthers 1400 Moonstone Brea, CA 92821 | **Seeley Brothers** Attn: Michele M Walthers 1400 Moonstone Brea, CA 92821 | trade debt | | 122,078.00 |
| **Certified Swimming Pools** Attn: Kari P Shaw 1130 N Hollywood Way Burbank, CA 91505 | **Certified Swimming Pools** Attn: Kari P Shaw 1130 N Hollywood Way Burbank, CA 91505 | **Trade debt** | | 110,342.50 |
| **Mr Crane, Inc** Attn: Julie Woods 647 N Hariton St Orange, CA 92868 | **Mr Crane, Inc** Attn: Julie Woods 647 N Hariton St Orange, CA 92868 | trade debt | | 103,915.40 |
| **Sapa Profiles, Inc** Attn: Steven Watkins 7320 NE 55th St Portland, OR 97218 | **Sapa Profiles, Inc** Attn: Steven Watkins 7320 NE 55th St Portland, OR 97218 503-972-1404 | trade debt | | 102,374.04 |
| **Mirrors, Showers & Wardrobes** Attn: Kathleen R Peffer 26121 Avenue Hall Valencia, CA 92355 | **Mirrors, Showers & Wardrobes** Attn: Kathleen R Peffer 26121 Avenue Hall Valencia, CA 92355 | trade debt | | 88,974.64 |
| **Angelus Waterproofing & Restoration** Attn: Cindy Martlaro 13217 Barton Circle Whittier, CA 90605 | **Angelus Waterproofing & Restoration** Attn: Cindy Martlaro 13217 Barton Circle Whittier, CA 90605 562-941-7676 | trade debt | | 67,239.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Meruelo Maddux - 845 S. Flower Street, LLC**     Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Funes Architecture**<br>**Attn: Manuel Funes, AIA**<br>**761 Terminal Street**<br>**Los Angeles, CA 90021** | **Funes Architecture**<br>**Attn: Manuel Funes, AIA**<br>**761 Terminal Street**<br>**Los Angeles, CA 90021**<br>**213-291-2800** | **Trade debt** | | 62,783.93 |
| **American Heritage Landscape LP**<br>**Attn: Angelica Yuson**<br>**7945 Deering Avenue**<br>**Canoga Park, CA 91304** | **American Heritage Landscape LP**<br>**Attn: Angelica Yuson**<br>**7945 Deering Avenue**<br>**Canoga Park, CA 91304**<br>**818-999-2045** | trade debt | | 60,840.00 |
| **Bapko Metal**<br>**Attn: Fred Bagatturian**<br>**838 N Cypress Street**<br>**Orange, CA 92867** | **Bapko Metal**<br>**Attn: Fred Bagatturian**<br>**838 N Cypress Street**<br>**Orange, CA 92867** | **Trade debt** | | 53,320.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 3, 2009**        Signature   **/s/ John C. Maddux**
                                                          **John C. Maddux**
                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See attached list of all 54 affiliated entities that filed Chapter 11 Bankruptcy Petitions on March 26 and March 27, 2009. Pursuant to Order of the Court, the cases are jointly administered.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California.

Dated **September 3, 2009**

/s/ John C. Maddux
John C. Maddux
*Debtor*

*Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Califonia.

*Revised May 2004*  **F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| Debtor | Fed. TIN | Case Number | JA Order |
|---|---|---|---|
| Meruelo Maddux Properties - 12385 San Fernando Road, LLC | 20-2350144 | 1:09-bk-13338-KT | 4/7/09 |
| Meruelo Maddux Properties, Inc. | 20-5398955 | 1:09-bk-13356-KT | 4/7/09 |
| Meruelo Farms, LLC | 27-0114275 | 1:09-bk-13358-KT | 4/8/09 |
| Meruelo Maddux - 3rd & Omar Street, LLC | 20-2788898 | 1:09-bk-13359-KT | 4/8/09 |
| Meruelo Maddux - 420 Boyd Street, LLC | 26-0374178 | 1:09-bk-13360-KT | 4/8/09 |
| Meruelo Maddux - 500 Mateo Street, LLC | 20-2788930 | 1:09-bk-13361-KT | 4/8/09 |
| Meruelo Maddux - 915-949 S. Hill Street, LLC | 20-2922657 | 1:09-bk-13362-KT | 4/9/09 |
| Meruelo Maddux Properties - 760 S. Hill Street, LLC | 20-2465227 | 1:09-bk-13363-KT | 4/9/09 |
| Meruelo Maddux Properties - 1919 Vineburn Street, LLC | 20-2433903 | 1:09-bk-13364-KT | 4/10/09 |
| Meruelo Maddux - 2415 E. Washington Blvd., LLC | 20-2922662 | 1:09-bk-13365-KT | 4/8/09 |
| Meruelo Wall Street, LLC | 35-2223764 | 1:09-bk-13366-KT | 4/8/09 |
| Meruelo Maddux - 5500 Flotilla Street, LLC | 26-0712538 | 1:09-bk-13367-KT | 4/8/09 |
| Santa Fe Commerce Center, Inc. | 26-2388733 | 1:09-bk-13368-KT | 4/8/09 |
| Meruelo Maddux - Mission Boulevard, LLC | 26-2370514 | 1:09-bk-13369-KT | 4/8/09 |
| Meruelo Maddux Properties - 306-330 N. Avenue 21, LLC | 20-2642537 | 1:09-bk-13370-KT | 4/10/09 |
| Meruelo Maddux Properties - 2131 Humboldt Street, LLC | 20-2465281 | 1:09-bk-13371-KT | 4/7/09 |
| Meruelo Maddux Properties - 1009 North Citrus Avenue, Covina, LLC | 20-2465270 | 1:09-bk-13372-KT | 3/31/09 |
| Merco Group - 3185 E. Washington Boulevard, LLC | 20-2349897 | 1:09-bk-13373-KT | 4/8/09 |
| Meruelo Maddux Properties - 1060 N. Vignes, LLC | 71-0974577 | 1:09-bk-13374-KT | 4/14/09 |
| Merco Group - 2040 Camfield Avenue, LLC | 20-8769703 | 1:09-bk-13375-KT | 4/9/09 |
| National Cold Storage, LLC | N/A | 1:09-bk-13376-KT | 4/8/09 |
| Wall Street Market, LLC | 27-0091290 | 1:09-bk-13377-KT | 4/8/09 |
| Merco Group - 801 E. 7th Street, LLC | 20-2448810 | 1:09-bk-13378-KT | 4/8/09 |
| Santa Fe & Washington Market, LLC | 95-4742615 | 1:09-bk-13379-KT | 4/8/09 |
| Merco Group - 146 E. Front Street, LLC | 34-2027340 | 1:09-bk-13380-KT | 4/9/09 |
| Merco Group - 5707 S. Alameda, LLC | 11-3739830 | 1:09-bk-13381-KT | 4/8/09 |
| Merco Group - 1211 E. Washington Boulevard, LLC | 20-2349858 | 1:09-bk-13382-KT | 4/8/09 |
| Meruelo Maddux Properties - 2951 Lenwood Road, LLC | 20-2350096 | 1:09-bk-13383-KT | 4/7/09 |
| Merco Group - 1308 S. Orchard, LLC | 20-5528320 | 1:09-bk-13384-KT | 4/9/09 |
| Merco Group - Ceres Street Produce, LLC | 20-2349984 | 1:09-bk-13385-KT | 4/8/09 |
| Meruelo Baldwin Park, LLC | 77-0627079 | 1:09-bk-13386-KT | 4/8/09 |
| Meruelo Maddux Properties, L.P. | 20-8363288 | 1:09-bk-13387-KT | 4/8/09 |
| Meruelo Maddux Construction, Inc. | 20-4418296 | 1:09-bk-13388-KT | 4/8/09 |
| Meruelo Maddux - 230 W. Avenue 26, LLC | 20-2922700 | 1:09-bk-13389-KT | 4/8/09 |
| Meruelo Maddux Management, LLC | 20-8376794 | 1:09-bk-13390-KT | 4/7/09 |
| Meruelo Maddux - 817-825 S. Hill Street, LLC | 20-3405983 | 1:09-bk-13391-KT | 4/9/09 |
| MMP Ventures, LLC | 20-8375912 | 1:09-bk-13392-KT | 4/8/09 |
| Meruelo Maddux - 1000 E. Cesar Chavez, LLC | 20-2984283 | 1:09-bk-13393-KT | 4/8/09 |
| Alameda Produce Market, LLC | 26-0817525 | 1:09-bk-13394-KT | 4/10/09 |
| 788 South Alameda, LLC | 65-1187504 | 1:09-bk-13395-KT | 4/9/09 |
| 905 8th Street, LLC | 51-0484641 | 1:09-bk-13396-KT | 4/7/09 |
| 2640 Washington Boulevard, LLC | 13-4285894 | 1:09-bk-13397-KT | 4/9/09 |
| Merco Group - 1500 Griffith Avenue, LLC | 20-2349769 | 1:09-bk-13398-KT | 4/9/09 |
| Merco Group - 4th Street Center, LLC | 20-2861016 | 1:09-bk-13399-KT | 4/8/09 |
| Merco Group - 425 West 11th Street, LLC | 73-1719261 | 1:09-bk-13400-KT | 4/8/09 |
| Merco Group - 620 Gladys Avenue, LLC | 20-2350017 | 1:09-bk-13401-KT | 4/8/09 |
| Meruelo Maddux - 336 W. 11th Street, LLC | 20-2936510 | 1:09-bk-13402-KT | 4/8/09 |
| Merco Group - 2001-2021 West Mission Boulevard, LLC | 54-2153255 | 1:09-bk-13403-KT | 4/9/09 |
| Merco Group - 2529 Santa Fe Avenue, LLC | 20-2922650 | 1:09-bk-13404-KT | 4/9/09 |
| Merco Group - Little J, LLC | 16-1712322 | 1:09-bk-13405-KT | 4/8/09 |
| Merco Group, LLC | 36-4547803 | 1:09-bk-13406-KT | 4/8/09 |
| Merco Group - Southpark, LLC | 73-1704237 | 1:09-bk-13407-KT | 4/7/09 |
| Merco Group - Overland Terminal, LLC | 45-0539908 | 1:09-bk-13434-KT | 4/7/09 |
| Meruelo Maddux - 555 Central Avenue, LLC | 20-2986157 | 1:09-bk-13439-KT | 4/8/09 |

Meruelo Maddux - 845 S. Flower Street, LLC
761 Terminal Street, Building 1, 2nd Fl
Los Angeles, CA 90021-1111


John N. Tedford, IV, (jtedford@dgdk.com)
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904


United States Trustee - SFV
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

Barry S. Glaser
Steckbauer Weinhart Jaffe, LLP
333 S. Hope St., 36th Floor
Los Angeles, CA 90071


Canpartners Realty Holding Co, LLC
c/o Canpartners Incorporated, Agent
Attn:  John P. Plaga
2000 Avenue of the Stars, 11th Fl
Los Angeles, CA 90067


Canpartners Realty Holding Co, LLC
Attn: Michael M. Downes
c/o Canyon Capital Realty Advisors
2000 Avenue of the Stars, 11th Fl
Los Angeles, CA 90067


LA County Treasurer and
Tax Collector
Attn:  Man-Ling Kuo, Tax Svs Clerk
P. O. Box 54110
Los Angeles, CA 90054-0110


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 82680
Sacramento, CA 94280-0001


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


State of California
State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7072

ACCO Engineered Systems
Attn: Ron Falasca
6265 San Fernando Road
Glendale, CA 92102


American Heritage Landscape LP
Attn: Angelica Yuson
7945 Deering Avenue
Canoga Park, CA 91304


Angelus Waterproofing & Restoration
Attn: Cindy Martlaro
13217 Barton Circle
Whittier, CA 90605


Architectural  Glass & Alum.
Attn:  Joanna Lefler
1151 Marina Village Pkwy, Ste 101
Alameda, CA 94501


Bapko Metal
Attn: Fred Bagatturian
838 N Cypress Street
Orange, CA 92867


Certified Swimming Pools
Attn:  Kari P Shaw
1130 N Hollywood Way
Burbank, CA 91505


DK Mechanical Contractors
Attn:  Michael Carruthers
3870 E Eagle Dr
Anaheim, CA 92807


Funes Architecture
Attn:  Manuel Funes, AIA
761 Terminal Street
Los Angeles, CA 90021

Harris and Ruth Painting
Attn: Mark Heydorff
2107 w San Bernardino Road
West Covina, CA 91790


Helix Electric, Inc.
Attn: Casey Long
P.O. Box 85298
San Diego, CA 92186


KCS West, Inc
Attn: Gene Uwabo, Construction Mgr
901 Corporate Center Dr, 3rd Fl
Monterey Park, CA 91754


LA Dept of Water & Power
Bankruptcy Desk
Attn: Ms. Tocol
111 N. Hope Street, #732
Los Angeles, CA 90012


Martin Brothers Marcowall
Attn: Ana Tinajero
17104 S Figueroa St
Gardena, CA 90247


Meruelo Maddux Properties, LP
761 Terminal St, Building 1
Second Fl
Los Angeles, CA 90021


Mirrors, Showers & Wardrobes
Attn: Kathleen R Peffer
26121 Avenue Hall
Valencia, CA 92355


Mitsubishi Electric & Electronics, USA, Inc
Attn: Adam Stolen
5665 Plaza Drive
Cypress, CA 90630

Mr Crane, Inc  
Attn: Julie Woods  
647 N Hariton St  
Orange, CA 92868

Pacific Pride  
Attn: Christine Chow  
2738 Potrero Ave  
El Monte, CA 91731

Sapa Profiles, Inc  
Attn: Steven Watkins  
7320 NE 55th St  
Portland, OR 97218

SCS Flooring Systems  
Attn: John Diesenbruch  
6330 San Vicente Blvd, #110  
Los Angeles, CA 90048

Securities Exchange Commission  
Los Angeles Regional Office  
5670 Wilshire Blvd., 11th Fl.  
Attn: Sandra W. Lavigna  
Los Angeles, CA 90036

Seeley Brothers  
Attn: Michele M Walthers  
1400 Moonstone  
Brea, CA 92821

XL Fire Protection  
Attn. Linda Evans  
3022 N. Hesperian Way  
Santa Ana, CA 92706

Meruelo Chinatown, LLC  
761 Terminal St, Building 1  
Second Fl  
Los Angeles, CA 90021

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John N. Tedford, IV (jtedford@dgdk.com)<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067-2904<br>(310) 277-0077 Fax: (310) 277-5735<br>SBN 205537<br>☒ *Attorney for:* Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>Meruelo Maddux - 845 S. Flower Street, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: **9/3/09**
☒ Other: **Petition, Creditors Holding 20 Largest Unsecured Claims, Statement of Related Cases and lists**

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     **9/3/09**
*Signature of Authorized Signatory of Filing Party*     Date

**John C. Maddux**
*Printed Name of Authorized Signatory of Filing Party*

**President**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     **9/3/09**
*Signature of Attorney for Filing Party*     Date

**John N. Tedford, IV (jtedford@dgdk.com)**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy