RICHARD K. DIAMOND (State Bar No. 70634)
*rdiamond@dgdk.com*
JOHN J. BINGHAM, JR. (State Bar No. 75842)
*jbingham@dgdk.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Proposed Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 22 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY harraway DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MERUELO MADDUX-845 S. FLOWER STREET, LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 1:09-bk-21621-KT<br><br>Chapter 11<br><br>**ORDER RE: JOINT ADMINISTRATION OF RELATED CASES**<br><br>Date:   October 6, 2009<br>Time:   3:00 p.m.<br>Place:  Courtroom 301<br>            21041 Burbank Blvd.<br>            Woodland Hills, California |

On October 6, 2009 at 3:00 p.m., the Court, the Honorable Kathleen Thompson presiding, heard and considered the *Emergency Motion for Order Directing the Joint Administration of Related Cases (*the "Motion") filed in the within case on September 11, 2009, Docket No. 10.  All appearances were as noted in the record.  For the reasons set forth on the record,

///

///

///

///

///

///

-1-

343968.01 [XP]        25293

1  IT IS ORDERED THAT:

2  The Motion is denied.

3  # # # #

25  DATED: October 22, 2009

*Kathleen Thompson*
United States Bankruptcy Judge

-2-

343968.01 [XP]    25293

| In re: MERUELO MADDUX-845 S. FLOWER STREET, LLC<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-21621-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER RE: JOINT ADMINISTRATION OF RELATED CASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 7, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*VIA U.S. MAIL*
Hon. Kathleen P. Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2009 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

343968.01 [XP]     25293

| | |
|---|---|
| In re: MERUELO MADDUX-845 S. FLOWER STREET, LLC<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-21621-KT |

**ADDITIONAL SERVICE INFORMATION**:

**II. SERVED BY U.S. MAIL**

SCS Flooring Systems
Attn: John Diesenbruch
6330 San Vicente Blvd, #110
Los Angeles, CA 90048

Pacific Pride
Attn: Christine Chow
2738 Potrero Ave
El Monte, CA 91731

Martin Brothers Marcowall
Attn: Ana Tinajero
17104 S Figueroa St
Gardena, CA 90247

Complete Door Systems
Attn: Toby Svarc
14221 Fern Avenue
Chino, CA 91710

DK Mechanical Contractors
Attn: Gary Brubaker
3870 E Eagle Dr
Anaheim, CA 92807

Harris and Ruth Painting
Attn: Mark Heydorff
2107 W San Bernardino Road
West Covina, CA 91790

ACCO Engineered Systems
Attn: Ron Falasca
6265 San Fernando Road
Glendale, CA 92102

Seeley Brothers
Attn: Michele M Walthers
1400 Moonstone
Brea, CA 92821

Architectural Glass & Alum.
Attn: Joanna Lefler
1151 Marina Village Pkwy, Ste 101
Alameda, CA 94501

McKendry Door Sales
Attn: Steve McKendry
16026 Carmentia Road
Cerritos, CA 90703

Helix Electric, Inc.
Attn: Casey Long
P.O. Box 85298
San Diego, CA 92186

Certified Swimming Pools
Attn: Kari P Shaw
1130 N Hollywood Way
Burbank, CA 91505

KCS West, Inc.
Attn: Gene Uwabo, Construction Mgr
901 Corporate Center Dr, 3rd Fl
Monterey Park, CA 91754

Mr Crane, Inc.
Attn: Julie Woods
647 N Hariton St
Orange, CA 92868

Mitsubishi Electric & Electronics, USA, Inc
Attn: Adam Stolen
5665 Plaza Drive
Cypress, CA 90630

Sapa Profiles, Inc
Attn: Steven Watkins
7320 NE 55th St
Portland, OR 97218

XL Fire Protection
Attn. Linda Evans
3022 N. Hesperian Way
Santa Ana, CA 92706

Mirrors, Showers & Wardrobes
Attn: Kathleen R Peffer
26121 Avenue Hall
Valencia, CA 92355

-4-

343968.01 [XP]    25293

| | |
|---|---|
| 1 | Angelus Waterproofing & Restoration |
|   | Attn: Cindy Martlaro |
| 2 | 13217 Barton Circle |
|   | Whittier, CA 90605 |
| 3 | |
|   | Funes Architecture |
| 4 | Attn: Manuel Funes, AIA |
|   | 761 Terminal Street |
| 5 | Los Angeles, CA 90021 |
| 6 | American Heritage Landscape LP |
|   | Attn: Angelica Yuson |
| 7 | 7945 Deering Avenue |
|   | Canoga Park, CA 91304 |
| 8 | |
|   | Bapko Metal |
| 9 | Attn: Fred Bagatturian |
|   | 838 N Cypress Street |
| 10 | Orange, CA 92867 |
| 11 | Jerid D. Bartow |
|   | 716 S. Los Angeles St., #307 |
| 12 | Los Angeles, CA 90014 |
| 13 | LA Dept of Water & Power |
|   | P.O. Box 30808 |
| 14 | Los Angeles, CA 90030-0808 |
| 15 | Sam Kaplan |
|   | 29061 Cliffside Drive |
| 16 | Malibu, CA 90265-4213 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-2-

343968.01 [XP]    25293

| In re: MERUELO MADDUX-845 S. FLOWER STREET, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:09-21621-KT |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE: JOINT ADMINISTRATION OF RELATED CASES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 7, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

John J Bingham     jbingham@dgdk.com
Jennifer L Braun     jennifer.l.braun@usdoj.gov
Michael D Breslauer     mbreslauer@swsslaw.com, wyones@swsslaw.com
Aaron De Leest     aed@dgdk.com
Barry S Glaser     bglaser@swjlaw.com
John A Graham     jag@jmbm.com
William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
Lance N Jurich     ljurich@loeb.com, kpresson@loeb.com
Tamar Kouyoumjian     tkouyoumjian@sulmeyerlaw.com
Elmer D Martin     elmermartin@msn.com
Dean G Rallis Jr     drallis@sulmeyerlaw.com
Victor A Sahn     vsahn@sulmeyerlaw.com
John N Tedford     jtedford@dgdk.com
James A Timko     jtimko@allenmatkins.com
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

-1-

343968.01 [XP]     25293

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | In re: MERUELO MADDUX-845 S. FLOWER STREET, LLC | CHAPTER: 11 |
| 3 | Debtor(s). | CASE NUMBER: 1:09-21621-KT |

**III.    TO BE SERVED BY THE LODGING PARTY**

SCS Flooring Systems
Attn: John Diesenbruch
6330 San Vicente Blvd, #110
Los Angeles, CA 90048

Martin Brothers Marcowall
Attn: Ana Tinajero
17104 S Figueroa St
Gardena, CA 90247

DK Mechanical Contractors
Attn: Gary Brubaker
3870 E Eagle Dr
Anaheim, CA 92807

ACCO Engineered Systems
Attn: Ron Falasca
6265 San Fernando Road
Glendale, CA 92102

Architectural Glass & Alum.
Attn: Joanna Lefler
1151 Marina Village Pkwy, Ste 101
Alameda, CA 94501

Helix Electric, Inc.
Attn: Casey Long
P.O. Box 85298
San Diego, CA 92186

KCS West, Inc.
Attn: Gene Uwabo, Construction Mgr
901 Corporate Center Dr, 3rd Fl
Monterey Park, CA 91754

Mitsubishi Electric & Electronics, USA, Inc
Attn: Adam Stolen
5665 Plaza Drive
Cypress, CA 90630

XL Fire Protection
Attn. Linda Evans
3022 N. Hesperian Way
Santa Ana, CA 92706

Pacific Pride
Attn: Christine Chow
2738 Potrero Ave
El Monte, CA 91731

Complete Door Systems
Attn: Toby Svarc
14221 Fern Avenue
Chino, CA 91710

Harris and Ruth Painting
Attn: Mark Heydorff
2107 W San Bernardino Road
West Covina, CA 91790

Seeley Brothers
Attn: Michele M Walthers
1400 Moonstone
Brea, CA 92821

McKendry Door Sales
Attn: Steve McKendry
16026 Carmentia Road
Cerritos, CA 90703

Certified Swimming Pools
Attn: Kari P Shaw
1130 N Hollywood Way
Burbank, CA 91505

Mr Crane, Inc.
Attn: Julie Woods
647 N Hariton St
Orange, CA 92868

Sapa Profiles, Inc
Attn: Steven Watkins
7320 NE 55th St
Portland, OR 97218

Mirrors, Showers & Wardrobes
Attn: Kathleen R Peffer
26121 Avenue Hall
Valencia, CA 92355

Angelus Waterproofing & Restoration
Attn: Cindy Martlaro
13217 Barton Circle
Whittier, CA 90605

-2-

343968.01 [XP]    25293

1. Funes Architecture
   Attn: Manuel Funes, AIA
2. 761 Terminal Street
   Los Angeles, CA 90021
3. American Heritage Landscape LP
   Attn: Angelica Yuson
4. 7945 Deering Avenue
   Canoga Park, CA 91304
5. 
   Bapko Metal
6. Attn: Fred Bagatturian
   838 N Cypress Street
7. Orange, CA 92867

8. Jerid D. Bartow
   716 S. Los Angeles St., #307
9. Los Angeles, CA 90014

10. LA Dept of Water & Power
    P.O. Box 30808
11. Los Angeles, CA 90030-0808

12. Sam Kaplan
    29061 Cliffside Drive
13. Malibu, CA 90265-4213

14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

-2-

343968.01 [XP]        25293