*RE 623  ID # 62300996B020*

## IMPROVEMENTS WORKSHEET

*Page 2 of 15*

**\***

If this phase will have any line items shown on pages 3, 4 and 5 hereof exempted from payment of assessments under Regulation 2792.16 (c), asterisk those items on pages 3, 4 and 5 and list any partially deferred costs on a separate sheet showing calculations and attach.  All exempted improvements must be covered by reasonable arrangements for completion. Include Planned Construction Statement (RE 611A) for review.

1. Number of buildings containing residential units ........    **One**

2. Estimated completion date for the residential units included in this phase    **September 2009**

3. Estimated completion date for the common area and facilities included in this phase    **September 2009**

4. Type of residential building for this project (i.e., high-rise, cluster, garden, etc.)    **High Rise**

5. Type of construction for these buildings (i.e., steel, concrete, wood frame, etc.)    **Concrete & Steel**

6. Type of roof (i.e., shake, etc.) ..............................    **Built Up Flat**

7. Type of paving used in the project .........................    **Concrete**

8. Type of exterior wall for residential buildings ............    **Exterior - Glass**

9. Number of residential units per building ..................    **1 @ 214 Units**

10. Number of floors per building ..............................    **35 Story**

11. Number of bedrooms per unit ...............................

12. Square footage of units (list number and size of each unit type, etc.) RESIDENTIAL...............

    For COMMERCIAL Square footage of units (list number and size of each unit type, etc.) See Page 2A

### Residential Units

| | | | | | |
|---|---|---|---|---|---|
| 1 | @ | 3,098 | 78 | @ | 840 |
| 1 | @ | 3,014 | | | |
| 1 | @ | 2,955 | | | |
| 1 | @ | 2,778 | | | |
| 1 | @ | 1,994 | | | |
| 23 | @ | 1,546 | | | |
| 23 | @ | 1,536 | | | |
| 1 | @ | 1,530 | | | |
| 26 | @ | 1,328 | | | |
| 26 | @ | 1,286 | | | |
| 1 | @ | 1,154 | | | |
| 1 | @ | 1,084 | | | |
| 3 | @ | 1,058 | | | |
| 1 | @ | 1,014 | | | |
| 26 | @ | 1,004 | | | |

13. Type of parking facilities and number of spaces (i.e., detached garage, tuck under, subterranean, carport, open, etc.)
    ................................................

    The Parking Structure Is Five Level Above Grade. There Are A Total Of 349 Parking Spaces In This Project.

Tract Number:    53965-01-Res
Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195    June 23, 2009

*RE 623  ID # 62300996B020*                                                      *Page 2A of 15*

### IMPROVEMENTS WORKSHEET

*Complete 14 and 15 for Phased Condominium Projects Only*

14 .  Have you submitted budgets for all phases to be completed within the next three
calendar years and a built-out budget? ................................................  ☐ Yes  ☐ No

15 .  If this condominium project involves phasing with a single lot, submit a budget for
each phase plus a budget which will be used if further phases are not completed.
(Commonly referred to as a worst case budget.)

16 .  Square footage of units (list number and size of each
unit type, etc.) COMMERCIAL.....................

### Commercial Unit

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Tract Number:        53965-01-Res
Prepared by:         VIGEN ONANY & ASSOCIATES, INC.      (818) 957-8195

June 23, 2009

RE 623  ID # 62300996B020

| | BUDGET SUMMARY | | | *Page 3 of 15* |

**PHASE NUMBER**

**DATE OF BUDGET**
June 23, 2009

**DRE FILE NUMBER**

**NUMBER OF UNITS**
214

**TRACT NUMBER / NAME OF PROJECT**
705 West Ninth Street Owners Association        53965-01-Res

| | | Per Unit Per Month | Total Monthly | Total Annual | Exhibit "A" |
|---|---|---|---|---|---|
| **100 FIXED COSTS** | 101. Earthquake Insurance | | | | |
| | 102. Corporation Franchise Taxes | 0.00 | 0.83 | 10 | U |
| | 103. Insurance (attach proposal) | 44.91 | 9,611.75 | 115,341 | S |
| | 104. Local Licenses & Fees - Residential Elevators, Pool, Spa | 0.70 | 150.00 | 1,800 | R |
| | 104A Other | | | | |
| | 105. Estimated Income Taxes | 1.15 | 245.37 | 2,944 | |
| | **100 – SUB TOTAL** | 46.77 | 10,007.94 | 120,095 | |
| **200 OPERATING COSTS** | 201. Electricity (attach work sheet)–Common Areas ONLY | 169.12 | 36,192.21 | 434,306 | W |
| | Lighting: Leased | | | | |
| | 202. Gas (attach work sheet) | 39.74 | 8,505.20 | 102,062 | W |
| | 203. Water (attach work sheet) | 66.99 | 14,335.89 | 172,031 | W |
| | 204. Sewer/Septic Tanks (include if not in 203) | | | | |
| | 205. Cable TV / Internet - Common Areas | 0.70 | 150.00 | 1,800 | R |
| | 207. Custodial Area:  Residential | 25.93 | 5,550.00 | 66,600 | R |
| | Joint | | | | |
| | Commercial | Commercial Unit Is Responsible For Its Own Operating & Reserve Costs | | | C |
| | Number of Restrooms:  6 | | | | |
| | 208. Landscape Area-Includes Supplies(see page 15.) | 0.99 | 212.50 | 2,550 | R |
| | 209. Refuse Disposal  Residential | 20.00 | 4,280.00 | 51,360 | R |
| | Vender Name:  Waste Management | | | | |
| | Telephone Number:  800-304-5934 | Commercial Unit Is Responsible For Its Own Operating & Reserve Costs | | | |
| | 210. Elevators  Number:  3 Type: Traction | 5.26 | 1,125.00 | 13,500 | R |
| | Type: | | | | |
| | 211. Private Streets, Driveways, Parking Areas | | | | |
| | Sweeping  126,000  Parking Area | 1.14 | 243.55 | 2,923 | P |
| | Area: | | | | |
| | 212. Heating & Cooling Tower - Maintenance | | | | |
| | Area: Cooling Tower | 4.67 | 1,000.00 | 12,000 | R |
| | 213. Swimming Pool  #  1  Size  1,000 | | | | |
| | Spa  1  Size  121 | 3.50 | 750.00 | 9,000 | R |
| | 214. Tennis Court | | | | |
| | 215. Access Control | | | | |
| | No. of motorized gates:  1  Sliding | 0.47 | 100.00 | 1,200 | R |
| | No. of Intercoms/Telephone Entry: | | | | |
| | No. of motorized gates:  Type: | | | | |
| | No. of Intercoms/Telephone Entry: | | | | |

Tract Number:        53965-01-Res

Prepared by:        VIGEN ONANY & ASSOCIATES, INC.        (818) 957-8195        June 23, 2009

RE 623  ID # 62300996B020                                                    Page 4 of 15

| | Per Unit Per Month | Total Monthly | Total Annual | Exhibit "A" |
|---|---|---|---|---|
| 216 . Reserve Study - Will Be Done Every 3 Years | 0.83 | 178.52 | 2,142 | S |
| 217 . Miscellaneous: | | | | |
| Minor Repairs | 19.57 | 4,187.13 | 50,246 | S |
| Pest Control | 2.01 | 430.00 | 5,160 | R |
| Elevators Phone Lines - Residential Only | 0.98 | 210.00 | 2,520 | R |
| Janitorial Supplies - Residential | 0.70 | 150.00 | 1,800 | R |
| Fire Extinguisher Annual Inspection & Refill | 0.38 | 81.15 | 974 | S |
| Pool & Spa Supplies / Towels | 1.17 | 250.00 | 3,000 | R |
| Power Wash - Parking / Garage - Annual | 0.72 | 154.25 | 1,851 | P |
| Steam Cleaning - Parking / Garage-Annual | 1.20 | 255.73 | 3,069 | P |
| Fire Monitoring Services & Telephone Lines | 0.64 | 136.33 | 1,636 | S |
| Window Washing - Commercial Units | Commercial Unit Is Responsible For Its Own Operating & Reserve Costs | | | C |
| Window Washing - Annual - Residential | 9.35 | 2,000.00 | 24,000 | R |
| Maintenance For Plants In The Common Area | 1.64 | 350.00 | 4,200 | R |
| Roof / Common Areas Annual Inspection | 1.14 | 243.44 | 2,921 | S |
| Trash Chute Cleaning / Steam Wash | 1.40 | 300.00 | 3,600 | R |
| Emergency Generator Maintenance/Supplies/Testing | 1.90 | 405.73 | 4,869 | S |
| Spot Degreasing - Parking / Garage - As Needed | 1.32 | 283.33 | 3,400 | P |
| Concierge/Security Services-Contracted-24/Hours/7 Days | 40.89 | 8,750.00 | 105,000 | R |
| Valet Parking - Contracted | 32.71 | 7,000.00 | 84,000 | R |
| Trash Compactor Monthly Lease | 3.74 | 800.00 | 9,600 | R |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| Other | | | | |
| 200 Sub Total | 460.79 | 98,609.96 | 1,183,320 | |

**200 OPERATING COSTS**

Tract Number:    53965-01-Res
Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195    June 23, 2009

*RE 623  ID # 62300996B020*                                                                *Page 4A of 15*

| | | | *Per Unit Per Month* | *Total Monthly* | *Total Annual* | Exhibit "A" |
|---|---|---|---|---|---|---|
| **300 RESERVE** | 301-313 | (attach reserve work sheet) | 71.66 | 15,335.59 | 184,027 | |
| | | | | | | |
| | | **300 – Sub Total** | 71.66 | 15,335.59 | 184,027 | |
| **400 ADMINISTRATION** | 401 . | Management I | 35.00 | 7,490.00 | 89,880 | U |
| | 402 . | Legal Services | 4.17 | 891.67 | 10,700 | U |
| | 403 . | Accounting Fee | 0.97 | 207.36 | 2,488 | U |
| | 404 . | Education | 1.94 | 414.73 | 4,977 | U |
| | 405 . | Miscellaneous, Office expense | 4.00 | 856.00 | 10,272 | U |
| | | **400 – Sub Total** | 46.07 | 9,859.76 | 118,317 | |
| | | **TOTAL (100-400)** | 625.30 | 133,813.25 | 1,605,759 | |
| **500 CONTINGENCY** | 501 . | New Construction 3%          N | | | | |
| | 502 . | Contingency / High Rise  10% | 62.53 | 13,381.32 | 160,576 | |
| | 503 . | Revenue Offsets - Water Sub metering | | | | |
| | | **TOTAL BUDGET** | 687.83 | 147,194.57 | 1,766,335 | |

### See Page 14 of 15 for variable assessments

DRE regulations allow the use of variable assessments against units only if one unit will derive as much as 10 percent more than another unit in the value of common goods and services supplied by the association.
After determining the percent of benefit derived from services provided (page 14) by the association, an easy chart to follow would be:

The inventory and quantities used in the preparation of this budget are normally derived from plans completed prior to construction and may vary slightly from actual field conditions. The calculated budget is a good faith estimate of the projected costs and should be deemed reliable for no more than one year. The Board of Directors should conduct an annual review of the Association's actual costs and revise the budget accordingly.

| | |
|---|---|
| Less than 10% ..... | Equal assessments |
| From 10% to 20% . | Variable or equal |
| Over 20%............ | Variable assessments |

1 *Depending upon the level of service selected by the Association, the amount shown may be insufficient to cover the cost and may be higher.*

The budget and management documents indicate (check appropriate box):

[X] Equal assessments
[ ] Variable assessments

Tract Number:       53965-01-Res
Prepared by:        VIGEN ONANY & ASSOCIATES, INC.      (818) 957-8195                          June 23, 2009

45

RE 623  ID # 62300996B020                                                    *Page 4B of 15*

# Exhibit "A"

## LIST OF RATIONALE USED IN ALLOCATING OPERATING & RESERVE ITEMS TO RESIDENTIAL & COMMERCIAL BUDGETS

$S =$ *SQFT Ratio*

|  | Total Unit SQFT | | Total Allocation SQFT | "S"- Allocation To Residential, Commercial |
|---|---|---|---|---|
| Residential | 252,269 | | 252,269 | 97.38% |
| Commercial | 6,800 | | 6,800 | 2.62% |
|  | 259,069 | | 259,069 | 100.00% |

$P =$ *Number of Parking Ratio*

| Residential | 340 | 97.42% |
|---|---|---|
| Commercial | 9 | 2.58% |
|  | 349 | 100.00% |

$U =$ *Number Of Units Ratio*

| Residential | 214 | 99.53% |
|---|---|---|
| Commercial | 1 | 0.47% |
|  | 215 | 100.00% |

$R =$ *Charge 100% To Residential Units*

$C =$ *Charge 100% To Commercial Units*

$W =$ *See The Worksheet*

Tract Number:    53965-01-Res

Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195

June 23, 2009

*RE 623  ID # 62300996B020*

## RESERVES WORKSHEET

*Page 5 of 15*

DRE FILE NUMBER

TRACT NUMBER    **53965-01-Res**

| Item | | (1) I Sq. Ft. or Number | (2) I Unit Cost HOA Manual | (3) I Replacement Cost | (4) I Remaining Life | Yearly Reserve Columns 1x2 or 3 : 4 | Cost Per Unit Per Month | Exhibit "A" |
|---|---|---|---|---|---|---|---|---|
| Exterior - Glass | | 170,086 | 0.35 | | | 57,968 | 22.57 | S |
| Exterior - Stucco/Paint | | | | | | | | |
| | | | | | | | | |
| Roof - Built Up Flat | | 27,584 | 0.45 | | | 12,087 | 4.71 | S |
| | | | | | | | | |
| Interior Paint- Commercial Common Areas - Commercial Only | | | | | | | | |
| Interior Common Paint-Residen./Comm. | | 31,556 | 0.10 | | | 3,073 | 1.20 | S |
| Interior Paint - Residential Common Areas - Residential Only | | 99,095 | 0.10 | | | 9,910 | 3.86 | R |
| Interior Paint - Corridors & Stairwells - Residential Only | | 193,783 | 0.10 | | | 19,378 | 7.55 | R |
| Interior Paint - Parking Areas (Joint Area) | | 32,000 | 0.10 | | | 3,117 | 1.21 | P |
| Exterior / Outdoor / Walkways Lights | | 50 | 9.05 | | | 441 | 0.17 | S |
| Residential - Common Interior Lights - (Corridors, Stairwells, Etc.) : | | 300 | 6.05 | | | 1,815 | 0.71 | R |
| Residential - Lobbies & Other Common Areas (Interior lights) : | | 300 | 6.05 | | | 1,815 | 0.71 | R |
| Joint-Interior Lights - Joint Use Common Areas: | | 200 | 6.05 | | | 1,178 | 0.46 | S |
| Garage / Parking Lights | | 100 | 6.05 | | | 589 | 0.23 | P |
| Street Lights | | | | | | | | |
| Stair # 1-S0001 | Carpet | 7,200 | 0.45 | | | 3,240 | 1.26 | R |
| Stair # 2-S0002 | Carpet | 7,200 | 0.45 | | | 3,240 | 1.26 | R |
| Stair # 2-S0203 | Carpet | 1,400 | 0.45 | | | 630 | 0.25 | R |
| Stair #1 Vest-S0011 | Carpet | 3,400 | 0.45 | | | 1,530 | 0.60 | R |
| Stair #2 Vest-S0012 | Carpet | 2,800 | 0.45 | | | 1,260 | 0.49 | R |
| Stair #3 Vest-S0213 | Carpet | 600 | 0.45 | | | 270 | 0.11 | R |
| | | | | | | | | |
| Fuel Storage-000 | Concrete | 126 | 0.04 | | | 5 | 0.00 | S |
| Lobby-001 | Carpet | 300 | 0.45 | | | 135 | 0.05 | R |
| Southwest Corridor-003 | Carpet | 550 | 0.45 | | | 248 | 0.10 | R |
| Emergency Power Room-005 | Concrete | 495 | 0.04 | | | 19 | 0.01 | S |
| Tele Data Room-006 | Concrete | 260 | 0.04 | | | 10 | 0.00 | S |
| Switch Gear Room-007 | Concrete | 495 | 0.04 | | | 19 | 0.01 | S |
| DWP Vault-008 | Concrete | 2,300 | 0.04 | | | 90 | 0.03 | S |
| Mechanical Room-009 | Concrete | 3,600 | 0.04 | | | 140 | 0.05 | S |
| Fire Water Storage-011 | Concrete | 600 | 0.04 | | | 23 | 0.01 | S |
| Fire Pump Room-012 | Concrete | 600 | 0.04 | | | 23 | 0.01 | S |
| Future Storage-013 | Concrete | 1,600 | 0.04 | | | 64 | 0.02 | R |
| East Corridor-014 | Carpet | 413 | 0.45 | | | 186 | 0.07 | R |
| Future Storage-015 | Concrete | 3,500 | 0.04 | | | 140 | 0.05 | R |
| Future Storage-016 | Concrete | 400 | 0.04 | | | 16 | 0.01 | R |
| Future Storage-018 | Concrete | 5,400 | 0.04 | | | 216 | 0.08 | R |
| Future Storage-019 | Carpet | 1,400 | 0.45 | | | 630 | 0.25 | R |
| North Corridor-020 | Carpet | 315 | 0.45 | | | 142 | 0.06 | R |
| West Corridor-021 | Carpet | 330 | 0.45 | | | 149 | 0.06 | R |
| Elevator Mach. Room-021 | Concrete | 100 | 0.04 | | | 4 | 0.00 | R |

1    *Use either Columns 1 and 2  or  3 and 4, but not both for a particular item.*

**Note:**  For space purposes, we have included only the components most frequently found in common-interest subdivisions. Reserve items should not be limited to the list above, but be tailored to your particular project.

**TOTAL RESERVE FROM PAGE 5 OF 15**    123,799    48.21

Tract Number:    53965-01-Res

Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195

*June 23, 2009*

*RE 623  ID # 62300996B020*                                                          *Page 5A of 15*

## RESERVES WORKSHEET

| DRE FILE NUMBER | | TRACT NUMBER | | | 53965-01-Res | | |
|---|---|---|---|---|---|---|---|
| Item | | (1) 1 Sq. Ft. or Number | (2) 1 Unit Cost HOA Manual | (3) 1 Replacement Cost | (4) 1 Remaining Life | Yearly Reserve Columns 1x2 or 3 : 4 | Cost Per Unit Per Month | Exhibit "A" |
| *Balance Forward* | | | | | | 123,799 | 48.21 | |
| Restroom | Ceramic/Tile | 49 | 0.35 | | | 17 | 0.01 | R |
| Restroom | Ceramic/Tile | 49 | 0.35 | | | 17 | 0.01 | R |
| Lobby-101 | Carpet | 6,800 | 0.45 | | | 3,060 | 1.19 | R |
| Lobby Vest-102 | Carpet | 1,800 | 0.45 | | | 810 | 0.32 | R |
| Fire Control Room-106 | Concrete | 100 | 0.04 | | | 4 | 0.00 | R |
| Trash Room-107 | Concrete | 300 | 0.04 | | | 12 | 0.00 | R |
| Recycling Room-110 | Concrete | 300 | 0.04 | | | 12 | 0.00 | R |
| Deliveries Vest | Concrete | 1,200 | 0.04 | | | 48 | 0.02 | R |
| Restroom | Ceramic/Tile | 49 | 0.35 | | | 17 | 0.01 | R |
| Office 1 | Carpet | 150 | 0.45 | | | 68 | 0.03 | R |
| Office 2 | Carpet | 150 | 0.45 | | | 68 | 0.03 | R |
| Conference Room | Carpet | 375 | 0.45 | | | 169 | 0.07 | R |
| Common Room | Carpet | 875 | 0.45 | | | 394 | 0.15 | R |
| Trash Room-201 | Concrete | 3,200 | 0.04 | | | 128 | 0.05 | R |
| Vest-202 | Carpet | 750 | 0.45 | | | 338 | 0.13 | R |
| Mechanical Room-504 | Concrete | 900 | 0.04 | | | 35 | 0.01 | S |
| Electric Room-604 | Concrete | 150 | 0.04 | | | 6 | 0.00 | S |
| Mechanical Room-606 | Concrete | 2,250 | 0.04 | | | 88 | 0.03 | S |
| Pool Equipment Room-608 | Concrete | 450 | 0.04 | | | 18 | 0.01 | S |
| East Corridor-703 | Carpet | 245 | 0.45 | | | 110 | 0.04 | R |
| North Corridor-704 | Carpet | 105 | 0.45 | | | 47 | 0.02 | R |
| Janitorial Room-706 | Carpet | 49 | 0.45 | | | 22 | 0.01 | R |
| Restroom-707 | Ceramic/Tile | 49 | 0.35 | | | 17 | 0.01 | R |
| Lounge-708 | Ceramic/Tile | 2,100 | 0.35 | | | 735 | 0.29 | R |
| South Corridor-709 | Carpet | 420 | 0.45 | | | 189 | 0.07 | R |
| Health Club-710 | Ceramic/Tile | 900 | 0.35 | | | 315 | 0.12 | R |
| Women's Restroom-712 | Ceramic/Tile | 375 | 0.35 | | | 131 | 0.05 | R |
| Men's Restroom-713 | Ceramic/Tile | 375 | 0.35 | | | 131 | 0.05 | R |
| Mechanical Area-714 | Concrete | 2,000 | 0.04 | | | 78 | 0.03 | S |
| Mechanical Area-716 | Concrete | 300 | 0.04 | | | 12 | 0.00 | S |
| Stair 2 & Corridor-S07M02 | Carpet | 200 | 0.45 | | | 90 | 0.04 | R |
| East Corridor-803 | Carpet | 3,250 | 0.45 | | | 1,463 | 0.57 | R |
| West Corridor-804 | Carpet | 3,375 | 0.45 | | | 1,519 | 0.59 | R |
| North Corridor-805 | Carpet | 6,075 | 0.45 | | | 2,734 | 1.06 | R |
| South Corridor-806 | Carpet | 2,700 | 0.45 | | | 1,215 | 0.47 | R |
| Viewing Deck Lobby | Concrete | 50 | 0.04 | | | 2 | 0.00 | R |
| Lobby-34M03 | Carpet | 175 | 0.45 | | | 79 | 0.03 | R |
| | | | | | TOTAL RESERVE FROM PAGE 5A OF 15 | 137,995 | 53.74 | |

1    *Use either Columns 1 and 2  or  3 and 4, but not both for a particular item.*
    For space purposes, we have included only the components most frequently found in common-interest subdivisions.
Note:    Reserve items should not be limited to the list above, but be tailored to your particular project.
Tract Number:        53965-01-Res
Prepared by:        VIGEN ONANY & ASSOCIATES, INC.        (818) 957-8195                            June 23, 2009

*RE 623  ID # 62300996B020*                                                    *Page 5B of 15*

## RESERVES WORKSHEET

| Item | (1) 1 Sq. Ft. or Number | (2) 1 Unit Cost HOA Manual | (3) 1 Replacement Cost | (4) 1 Remaining Life | Yearly Reserve Columns 1x2 or 3:4 | Cost Per Unit Per Month | Exhibit "A" |
|------|----|----|----|----|----|----|----|
| DRE FILE NUMBER | | | TRACT NUMBER | 53965-01-Res | | | |
| *Balance Forward* | | | | | 137,995 | 53.74 | |
| Concrete Block Wall- Repair / Replace | 100 | 0.20 | | | 19 | 0.01 | S |
| Concrete Block Wall- Paint / Stain | 600 | 0.10 | | | 58 | 0.02 | S |
| Stairs / Hand Railing- Repair / Replace | 500 | 3.00 | | | 1,500 | 0.58 | R |
| Stairs / Hand Railing- Paint / Stain | 4,000 | 0.50 | | | 2,000 | 0.78 | R |
| | | | | | | | |
| | | | | | | | |
| Common Landscaped Areas-Within The Building Envelope | 500 | 0.30 | | | 150 | 0.06 | R |
| | | | | | | | |
| Elevators - Residential Only | 3 | 1,200.00 | | | 3,600 | 1.40 | R |
| Pool Re-plaster | 1 | 550.00 | | | 550 | 0.21 | R |
| Pool Heater | 1 | 300.00 | | | 300 | 0.12 | R |
| Pool Filter | 1 | 200.00 | | | 200 | 0.08 | R |
| Spa Re-plaster | 1 | 300.00 | | | 300 | 0.12 | R |
| Spa Heater | 1 | 300.00 | | | 300 | 0.12 | R |
| Spa Filter | 1 | 200.00 | | | 200 | 0.08 | R |
| Pool & Spa Pumps | 3 | 150.00 | | | 450 | 0.18 | R |
| Pool / Spa Deck | 1,000 | 0.04 | | | 40 | 0.02 | R |
| | | | | | | | |
| Sump Pumps | 1 | 200.00 | | | 195 | 0.08 | S |
| Mechanical Ventilation System | | | | | | | |
| Motorized Gates - Repair / Replacement | 1 | 300.00 | | | 300 | 0.12 | R |
| Motorized Gates - Motor / Operator | 1 | 200.00 | | | 200 | 0.08 | R |
| | | | | | | | |
| Parking Area | 126,000 | 0.04 | | | 4,910 | 1.91 | P |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 1 | *Use either Columns 1 and 2  or  3 and 4, but not both for a particular item.* | | **TOTAL RESERVE FROM PAGE 5B OF 15** | 153,267 | 59.68 |
|---|---|---|---|---|---|

**Note:** For space purposes, we have included only the components most frequently found in common-interest subdivisions. Reserve items should not be limited to the list above, but be tailored to your particular project.

Tract Number:     53965-01-Res

Prepared by:     VIGEN ONANY & ASSOCIATES, INC.     (818) 957-8195                    June 23, 2009

RE 623  ID # 62300996B020

*Page 5C of 15*

## RESERVES WORKSHEET

DRE FILE NUMBER

TRACT NUMBER

**53965-01-Res**

| Item | (1) 1 Sq. Ft. or Number | (2) 1 Unit Cost HOA Manual | (3) 1 Replacement Cost | (4) 1 Remaining Life | Yearly Reserve Columns 1x2 or 3 : 4 | Cost Per Unit Per Month | Exhibit "A" |
|---|---|---|---|---|---|---|---|
| *Balance Forward* | | | | | *153,267* | *59.68* | |
| Cluster Mailboxes | 215 | | 10,000 | 15 | 664 | 0.26 | U |
| Individual Water Meters / Sub metering System | | | | | | | |
| Water Meter Reading/Data Collecting Device | | | | | | | |
| Water Meter Reading/Data Collecting Software | | | | | | | |
| Cameras / Security / Panic Alarms | 1 | | 20,000 | 10 | 1,948 | 0.76 | S |
| Boilers & Related Components | 2 | | 100,000 | 20 | 5,000 | 1.95 | R |
| Hot Water Tank | 2 | | 50,000 | 20 | 2,500 | 0.97 | R |
| Fire Extinguishers | 50 | See Operating | Costs Page | 4 of 15 | | | S |
| | | | | | | | |
| Project Miscellaneous Signs | Miscellaneous | | 5,000 | 5 | 974 | 0.38 | S |
| | | | | | | | |
| Stair & Other Fire/Smoke Control Fans | Miscellaneous | | 5,000 | 20 | 250 | 0.10 | R |
| Health Club Equipment / Sauna | Miscellaneous | | 10,000 | 12 | 833 | 0.32 | R |
| | | | | | | | |
| Domestic Water Pumps & Fire Booster | Miscellaneous | | 50,000 | 10 | 5,000 | 1.95 | R |
| Garage Stripping | | | | | | | |
| Alarm & Security Systems / Fire | Miscellaneous | | 10,000 | 25 | 390 | 0.15 | S |
| Common Furniture Maintained by HOA | Miscellaneous | | 25,000 | 5 | 5,000 | 1.95 | R |
| Other | | | | | | | |
| | | | | | | | |
| Cooling Tower & Related Components | 1 | | 100,000 | 30 | 3,333 | 1.30 | R |
| | | | | | | | |
| Emergency Generator | 1 | | 100,000 | 20 | 4,869 | 1.90 | S |
| | | | | | | | |
| | | | TOTAL RESERVE FROM PAGE 5C OF 15 | | 184,027 | 71.66 | |

1
Note:    *Use either Columns 1 and 2  or  3 and 4, but not both for a particular item.*

For space purposes, we have included only the components most frequently found in common-interest subdivisions.
Reserve items should not be limited to the list above, but be tailored to your particular project.

Tract Number        53965-01-Res
Prepared by:        VIGEN ONANY & ASSOCIATES, INC.

*June 23, 2009*

*RE 623  ID # 62300996B020*                                                                 *Page 6 of 15*

## GENERAL PROJECT INVENTORY

\*      Complete schedules 1 through 6 below, then transfer the totals to Site Summary area.

\*      Frequently several buildings will be repeated in a subdivisions. These may be combined on one line. Wherever additional space is required attach computations on a separate sheet.

---

### SITE SUMMARY - TOTAL SUBDIVISION AREA

0.633 acres x 43,560 =          27,584          Total square feet.

| # | | | |
|---|---|---|---|
| 1. | Building(s) footprint | 27,584 | sq. ft. |
| 2. | Garages or carports | | sq. ft. |
| 3. | Recreational facilities | | sq. ft.  2,121  Within The Building |
| 4. | Paved surfaces | | sq. ft. |
| 5. | Restricted common areas | | sq. ft. |
| 6. | Other: (attach description) | | sq. ft. |

Sub Total (1-6)          27,584          sq. ft.

Total Square Ft. (from above)          27,584 sq. ft.
Subtract Sub Total (1-6)          27,584 sq. ft.
*Remainder = landscape area*          500 sq. ft.
Common Landscaped Areas-Within The Building Envelope

---

## INDIVIDUAL SUMMARY SCHEDULES

1. **Buildings Containing Units**

| Length | X | Width | = | Area of Each Bldg. | X | No. of Buildings | = | Total Area Square Feet |
|---|---|---|---|---|---|---|---|---|
| 189 | X | 146 | = | 27,584 | X | 1 | = | 27,584 Levels 1 - 7 |
| 120 | X | 100 | = | 12,000 | X | | = | Levels 8 - 35 |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |

Total for Summary Item 1 above          27,584

2. **Multiple Detached Garages and Carports**

| | X | | = | | X | | = | |
|---|---|---|---|---|---|---|---|---|
| | X | | = | | X | | = | |
| | X | | = | | X | | = | |

Total for Summary Item 2 above

Tract Number:      53965-01-Res
Prepared by:      VIGEN ONANY & ASSOCIATES, INC.      (818) 957-8195                    June 23, 2009

51

*RE 623  ID # 62300996B020*                                            *Page 7 of 15*

3.    Recreational Facilities                                          **Total Area**

    a.    Recreation Room, Clubhouse, Lanai, or other
      *(length x width = total sq. ft.)*

      _____ X _____ = _____          _____ sq. ft.

    b.    Pools
      Number:            **1**
      Size:           _____          **1,000** sq. ft.

    c.    Spas
      Number:            **1**
      Size:            **121**          **121** sq. ft.

    d.    Tennis Courts
      Number:        _____
      Size:          _____          _____ sq. ft.
      Surface Type:  _____          _____ sq. ft.
                                         _____ sq. ft.

    e.    Other: (describe)
                                         _____ sq. ft.
      **Pool / Spa Deck**              **1,000** sq. ft.
      _____                         _____ sq. ft.
      _____    *Total for Summary Item 3 above*    **2,121** sq. ft.
                                         **Within The Building**

4.    Paved Area (streets, parking, walkways, etc.)
    *(length x width = square foot area)*          *Paving Material (concrete, asphalt, etc.)*

    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____
    _____ X _____ = _____          _____

    *Total for Summary Item 4 above*    _____ sq. ft.

5.    Restricted Common Areas Use *(patio, etc.)*
    Describe and attach calculations

    _____

    *Total for Summary Item 5 above*    _____ sq. ft.
    *Total for Summary Item 5 above*    _____ sq. ft.

6.    Other – Describe and attach calculations

    _____

    *Total for Summary Item 6 above*    _____ sq. ft.

Tract Number:        53965-01-Res
Prepared by:         VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195          *June 23, 2009*

*RE 623  ID # 62300996B020*                                                                 *Page 8 of 15*

## ROOF RESERVE WORKSHEET
*(SEE PAGE 15.)*

| Building 1 | Built Up Flat | Roof Deck | Standing Seam Metal |
|---|---|---|---|
| **215**    **Units** | 27,584 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals** | 27,584 | | |
| **Modifications** | 1.00 | | |
| *Grand Totals* | 27,584 | | |

### ROOF PITCH TABLE

| Pitch | Rise | Multiplier |
|---|---|---|
| One eighth | 3 in 12" | 1.03 |
| One sixth | 4: in 12" | 1.06 |
| Five 24ths | 5" in 12" | 1.08 |
| One quarter | 6" in 12" | 1.12 |
| One third | .8" in 12" | 1.2 |
| One half | 12" in 12" | 1.42 |
| Five eighths | 15" in 12" | 1.6 |
| Three quarters | 18" in 12" | 1.8 |

1    Take areas of all building listed in Sections 1, 2 and 3a. Add 6% (a 1.06 multiplier) for each foot of roof overhang. In addition, adjust for roof pitch based upon the table above. The table converts horizontal area to roof area.

Tract Number:       53965-01-Res
Prepared by:        VIGEN ONANY & ASSOCIATES, INC.       (818) 957-8195                    June 23, 2009

*RE 623  ID # 62300996B020*                                        *Page 9 of 15*

### PAINTING WORKSHEET

**EXTERIOR**

Exterior painting area is determined by measuring the structure to find the perimeter (total distance around) and multiplying that by 10 for each story.  Use a separate line for each story if the configuration of the building changes from story to story (for wood siding see Item 301 in the Cost Manual).

- Building (include garages, recreation buildings)

| Type of Surface | Perimeter | x | 10 ft. | x | No. of Stories | x | No. of Bldgs. (if identical) | = | Total Area |
|---|---|---|---|---|---|---|---|---|---|
| 100% Exterior - Glass | 670 | X | 10 ft. | X | 7 | X | 1 | = | 46,886 |
| 100% Exterior - Glass | 440 | X | 10 ft. | X | 28 | X | 1 | = | 123,200 |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |
| | | X | 10 ft. | X | | X | | = | |

*Total building paint area* = **170,086**

- Walls

| | Linear Feet | x | Height | | | | Total Area |
|---|---|---|---|---|---|---|---|
| Concrete Block Wall | 100 | | 3 | X | 2 | = | 600 |

*Total wall paint area* **600**
*Total exterior paint area* **170,686**

**INTERIOR**

Interior painting reserve is determined by measuring the room perimeter and multiplying by 8' and adding ceiling area.

| Room/Type Descrip. | Walls Perimeter | x | 8 ft. | = | Wall Area | + | Ceiling (Length x Width) | | = | Total Area | # Of Floor | Floor Area | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stair # 1-S0001 | 60 | X | 10 ft. | = | 600 | | 20 | X 10 | = | 28,800 | 36 | 7,200 | R |
| Stair # 2-S0002 | 60 | X | 10 ft. | = | 600 | | 20 | X 10 | = | 28,800 | 36 | 7,200 | R |
| Stair # 2-S0203 | 60 | X | 10 ft. | = | 600 | | 20 | X 10 | = | 5,600 | 7 | 1,400 | R |
| Stair #1 Vest-S0011 | 40 | X | 10 ft. | = | 400 | | 10 | X 10 | = | 17,000 | 34 | 3,400 | R |
| Stair #2 Vest-S0012 | 40 | X | 10 ft. | = | 400 | | 10 | X 10 | = | 14,000 | 28 | 2,800 | R |
| Stair #3 Vest-S0213 | 40 | X | 10 ft. | = | 400 | | 10 | X 10 | = | 3,000 | 6 | 600 | R |
| | | X | 10 ft. | = | - | | | X | = | - | | | |

| | | | | |
|---|---|---|---|---|
| Tract Number: | 53965-01-Res | | 97,200 | 22,600 |
| Prepared by: | VIGEN ONANY & ASSOCIATES, INC. | (818) 957-8195 | June 23, 2009 | |

*RE 623  ID # 62300996B020*

### PAINTING WORKSHEET

*Page 9A of 15*

| Room | | X 10 ft. = | | | X | = | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fuel Storage-000 | 46 | X 10 ft. = | 460 | 14 | X | 9 = | 586 | | 126 | S |
| Lobby-001 | 70 | X 10 ft. = | 700 | 20 | X | 15 = | 1,000 | | 300 | R |
| Southwest Corridor-003 | 211 | X 10 ft. = | 2,110 | 100 | X | 6 = | 2,660 | | 550 | R |
| Emergency Power Room-00: | 112 | X 10 ft. = | 1,120 | 45 | X | 11 = | 1,615 | | 495 | S |
| Tele Data Room-006 | 66 | X 10 ft. = | 660 | 20 | X | 13 = | 920 | | 260 | S |
| Switch Gear Room-007 | 112 | X 10 ft. = | 1,120 | 45 | X | 11 = | 1,615 | | 495 | S |
| DWP Vault-008 | 192 | X 10 ft. = | 1,920 | 50 | X | 46 = | 4,220 | | 2,300 | S |
| Mechanical Room-009 | 240 | X 10 ft. = | 2,400 | 60 | X | 60 = | 6,000 | | 3,600 | S |
| Fire Water Storage-011 | 110 | X 10 ft. = | 1,100 | 40 | X | 15 = | 1,700 | | 600 | S |
| Fire Pump Room-012 | 110 | X 10 ft. = | 1,100 | 40 | X | 15 = | 1,700 | | 600 | S |
| Future Storage-013 | 160 | X 10 ft. = | 1,600 | 40 | X | 40 = | 3,200 | | 1,600 | R |
| East Corridor-014 | 161 | X 10 ft. = | 1,610 | 75 | X | 6 = | 2,023 | | 413 | R |
| Future Storage-015 | 270 | X 10 ft. = | 2,700 | 100 | X | 35 = | 6,200 | | 3,500 | R |
| Future Storage-016 | 80 | X 10 ft. = | 800 | 20 | X | 20 = | 1,200 | | 400 | R |
| Future Storage-018 | 330 | X 10 ft. = | 3,300 | 120 | X | 45 = | 8,700 | | 5,400 | R |
| Future Storage-019 | 180 | X 10 ft. = | 1,800 | 70 | X | 20 = | 3,200 | | 1,400 | R |
| North Corridor-020 | 104 | X 10 ft. = | 1,040 | 45 | X | 7 = | 1,355 | | 315 | R |
| West Corridor-021 | 131 | X 10 ft. = | 1,310 | 60 | X | 6 = | 1,640 | | 330 | R |
| Elevator Mach. Room-021 | 40 | X 10 ft. = | 400 | 10 | X | 10 = | 500 | | 100 | R |
| Restroom | 28 | X 10 ft. = | 280 | 7 | X | 7 = | 329 | | 49 | R |
| Restroom | 28 | X 10 ft. = | 280 | 7 | X | 7 = | 329 | | 49 | R |
| Lobby-101 | 60 | X 10 ft. = | 600 | 20 | X | 10 = | 27,200 | 34 | 6,800 | R |
| Lobby Vest-102 | 170 | X 10 ft. = | 1,700 | 45 | X | 40 = | 3,500 | | 1,800 | R |
| Fire Control Room-106 | 40 | X 10 ft. = | 400 | 10 | X | 10 = | 500 | | 100 | S |
| Trash Room-107 | 70 | X 10 ft. = | 700 | 20 | X | 15 = | 1,000 | | 300 | R |
| Recycling Room-110 | 70 | X 10 ft. = | 700 | 20 | X | 15 = | 1,000 | | 300 | R |
| Deliveries Vest | 140 | X 10 ft. = | 1,400 | 40 | X | 30 = | 2,600 | | 1,200 | R |
| Restroom | 28 | X 10 ft. = | 280 | 7 | X | 7 = | 329 | | 49 | R |
| Office 1 | 50 | X 10 ft. = | 500 | 15 | X | 10 = | 650 | | 49 | R |
| Office 2 | 50 | X 10 ft. = | 500 | 15 | X | 10 = | 650 | | 150 | R |
| Conference Room | 80 | X 10 ft. = | 800 | 25 | X | 15 = | 1,175 | | 150 | R |
| Common Room | 120 | X 10 ft. = | 1,200 | 35 | X | 25 = | 2,075 | | 375 | R |
| Trash Room-201 | 40 | X 10 ft. = | 400 | 10 | X | 10 = | 16,000 | 32 | 875 | R |
| Vest-202 | 50 | X 10 ft. = | 500 | 15 | X | 10 = | 3,250 | 5 | 3,200 | R |
| Mechanical Room-504 | 90 | X 10 ft. = | 900 | 30 | X | 15 = | 2,700 | 2 | 750 | R |
| Electric Room-604 | 50 | X 10 ft. = | 500 | 15 | X | 10 = | 650 | | 900 | R |
| Mechanical Room-606 | 190 | X 10 ft. = | 1,900 | 50 | X | 45 = | 4,150 | | 150 | S |
| Pool Equipment Room-608 | 90 | X 10 ft. = | 900 | 30 | X | 15 = | 1,350 | | 2,250 | R |
| East Corridor-703 | 84 | X 10 ft. = | 840 | 35 | X | 7 = | 1,085 | | 450 | R |
| North Corridor-704 | 44 | X 10 ft. = | 440 | 15 | X | 7 = | 545 | | 245 | R |
| Janitorial Room-706 | 28 | X 10 ft. = | 280 | 7 | X | 7 = | 329 | | 105 | R |
| Restroom-707 | 28 | X 10 ft. = | 280 | 7 | X | 7 = | 329 | | 49 | R |
| Lounge-708 | 190 | X 10 ft. = | 1,900 | 60 | X | 35 = | 4,000 | | 49 | R |
| South Corridor-709 | 134 | X 10 ft. = | 1,340 | 60 | X | 7 = | 1,760 | | 2,100 | R |
| Health Club-710 | 130 | X 10 ft. = | 1,300 | 45 | X | 20 = | 2,200 | | 420 | R |
| Women's Restroom-712 | 80 | X 10 ft. = | 800 | 25 | X | 15 = | 1,175 | | 900 | R |
| Men's Restroom-713 | 80 | X 10 ft. = | 800 | 25 | X | 15 = | 1,175 | | 375 | R |
| Mechanical Area-714 | 210 | X 10 ft. = | 2,100 | 80 | X | 25 = | 4,100 | | 375 | S |
| Mechanical Area-716 | 80 | X 10 ft. = | 800 | 30 | X | 10 = | 1,100 | | 2,000 | S |
| Stair 2 & Corridor-S07M02 | 90 | X 10 ft. = | 900 | 40 | X | 5 = | 1,100 | | 300 | R |
| East Corridor-803 | 60 | X 10 ft. = | 600 | 25 | X | 5 = | 18,850 | 26 | 200 | S |
| West Corridor-804 | 60 | X 10 ft. = | 600 | 25 | X | 5 = | 19,575 | 27 | 3,250 | R |
| North Corridor-805 | 100 | X 10 ft. = | 1,000 | 45 | X | 5 = | 33,075 | 27 | 3,375 | R |
| South Corridor-806 | 50 | X 10 ft. = | 500 | 20 | X | 5 = | 16,200 | 27 | 6,075 | R |
| Viewing Deck Lobby | 30 | X 10 ft. = | 300 | 10 | X | 5 = | 350 | | 2,700 | R |
| Lobby-34M03 | 64 | X 10 ft. = | 640 | 25 | X | 7 = | 815 | | 50 | R |
| | | X 10 ft. = | - | | X | = | - | | 175 | R |
| | | X 10 ft. = | - | | X | = | - | | | |
| | | X 10 ft. = | - | | X | = | - | | | |
| | | | | | | | 227,234 | | 65,424 | |

Tract Number:    53965-01-Res
Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195

June 23, 2009

RE 623  ID # 62300996B020

| | | X | 10 ft. = | | | X | = | | |
|---|---|---|---|---|---|---|---|---|---|
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | | | X | = | | |
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | | | X | = | | |
| | | X | 10 ft. = | - | | X | = | - | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | | |
| | | X | 10 ft. = | - | | X | = | | |

## GARAGE INTERIOR PAINT CALCULATION

| Parking Level 2 | 640 | X | 10 ft. = | 6,400 | 180 | X | 140 = | 6,400 | 25,200 | P |
|---|---|---|---|---|---|---|---|---|---|---|
| Parking Level 3 | 640 | X | 10 ft. = | 6,400 | 180 | X | 140 = | 6,400 | 25,200 | P |
| Parking Level 4 | 640 | X | 10 ft. = | 6,400 | 180 | X | 140 = | 6,400 | 25,200 | P |
| Parking Level 5 | 640 | X | 10 ft. = | 6,400 | 180 | X | 140 = | 6,400 | 25,200 | P |
| Parking Level 6 | 640 | X | 10 ft. = | 6,400 | 180 | X | 140 = | 6,400 | 25,200 | P. |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | | |
| | | X | 10 ft. = | | | X | = | | 32,000 | 126,000 |

Tract Number: 53965-01-Res
Prepared by: VIGEN ONANY & ASSOCIATES, INC.   (818) 957-8195

June 23, 2009

*RE 623  ID # 62300996B020*                                                          *Page 9C of 15*

## PAINTING WORKSHEET

| | | X | 10 ft. | = | | X | = | | |
| | | X | 10 ft. | = | | X | = | | |
| | | X | 10 ft. | = | | X | = | | 356,434 | 214,024 |

**Total**   214,024

| *Total Residential  interior paint area* | 292,878 | *R* |
| *Total Commercial  interior paint area* | - | *C* |
| *Total Joint  interior paint area* | 31,556 | *S* |
| *Total parking interior paint area* | 32,000 | *P* |
| *Other* | - | |

**TOTAL EXTERIOR AND INTERIOR**          527,120

### FENCES

Fence requiring paint or stain (see Item 312 in manual for wood and wrought iron)
Compute separately using higher cost—put on separate line on page 5 of the Reserve Worksheet.

| *Linear Feet* | x | *Height* | | | = | *Total Area* | |
| 500 | | 4 | X | 2 | = | 4,000 | **Stairs / Hand Railing** |
| | | | X | 2 | = | | |
| | | | X | 2 | = | | |
| | | | X | 2 | = | | |
| | | | X | 2 | = | | |

*Total fence area*          4,000

1 Always multiply by 2 to cover the area for both sides of the wall or fence.  If the wall or fence will be painted or stained on one side only, adjust your calculation and make appropriate notation on the worksheet.

*RE 623  ID # 62300996B020*                                                                          *Page 10 of 15*

## ELECTRICAL ENERGY CONSUMPTION WORKSHEET

**A.**   Lights (see Note 1)                                                                      **KWH per month**
*(number of lights x average watt per light x average number of hours in use per day x .03 = KWH per month)*
  1 . Interior Lights (hallways, stairwells, etc.)

Commercial  Unit  Is  Responsible  For  Its  Own Operating & Reserve Costs          _____        *C*

Residential – Common Interior Lights - (Corridors, Stairwells, Etc.) :

Residential    300    X    60    X    24    X   0.03    =          12,960        *R*

Residential – Lobbies & Other Common Areas (Interior lights) :

Residential    300    X    60    X    24    X   0.03    =          12,960        *R*

Joint–Interior Lights - Joint Use Common Areas:

  200    X    60    X    24    X   0.03    =          8,640        *S*
  2 . Garage Lights
  100    X    60    X    24    X   0.03    =          4,320        *P*
  3 . Outdoor / Exterior and walkway lights
  50    X    100    X    12    X   0.03    =          1,800        *S*
  4 . Street Lights
  _____ X    _____ X    _____ X   0.03    =

**B.**   Elevators *(number of cabs x number of floor stops per cab x 167 KWH = KWH per month)*
  2    X    34    X   167 KWH    =          11,356        *R*
  1    X    35    X   167 KWH    =          5,845        *R*

**C.**   Tennis Court Lights *(number of courts x 1000 KWH = KWH per month)*
  _____ X   1000 KWH    =

**D.**   Electric Heating
*(0.25 KWH x sq. ft. heated  =  KWH per month for warm climates)*
*(0.65 KWH x sq. ft. heated = KWH per month for cold climates)*
  0.25    X    59,798    **Common Areas**    =          14,949        *R*
  _____   X    _____                          =
  0.25    X    252,269    **Residential Units**    =          63,067        *R*
  _____   X    _____

**E.**   Hot Water Heating *(320 KWH x  number of 40 gallon tanks = KWH per month)*
  320 KWH    X    _____

**F.**   Air Conditioning *(number of sq.ft. cooled x .34 KWH = KWH per month)*
  59,798    X   0.34 KWH    **Common Areas**    =          20,331        *R*
  _____     X   0.34 KWH                          =
  252,269   X   0.34 KWH    **Residential Units**    =          85,771        *R*
  _____     X   0.34 KWH    X

**G.**   Electrical Motors (see Notes 2 and 3)
*(horsepower x watts x hours of use per day x .3 x % of year in use = KWH per month)*

| Motor | HP | | watts | | hours/day | | .03 | | % | | KWH | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motor #1 | 1.5 | X | 1000 | X | 12 | X | 0.03 | X | 100% | = | 540 | *R* |
| Motor #2 | 1 | X | 1000 | X | 2 | X | 0.03 | X | 100% | = | 60 | *S* |
| Motor #3 | 1 | X | 1000 | X | 12 | X | 0.03 | X | 100% | = | 360 | *R* |
| Motor #4 | | X | | X | | X | 0.03 | X | | = | | |
| Motor #5 | | X | | X | | X | 0.03 | X | | = | | |
| Motor #6 | 15 | X | 2000 | X | 24 | X | 0.03 | X | 100% | = | 21,600 | *R* |
| Motor #7 | 5 | X | 1000 | X | 18 | X | 0.03 | X | 100% | = | 2,700 | *R* |

Motors # 1 Are Pool & Spa Pumps. Motors # 2 Are Sump Pumps. Motor # 3 Is Motorized Gate. Motor # 4 Is Arm Gate. Motors # 6 Is Cooling Tower. Motors # 7 Are Domestic Water Pumps / Booster Pumps.

**H.**   Pool/Spa Heating
*(Number of heaters  x  KWH rating  x  hours of daily use  x  30 days = KWH month)*
  _____ X    _____ X    _____ X   30 days    =

                                          ***TOTAL KWH PER MONTH***          267,260

Tract Number:      53965-01-Res
Prepared by:       VIGEN ONANY & ASSOCIATES, INC.        (818) 957-8195                    *June 23, 2009*

*RE 623  ID # 62300996B020*           *Page 11 of 15*

**I.**    Total Monthly Cost
      *(total KWH per month  x  rate per KWH  =  total cost)*

-     267,260   X   $   0.120   =   $   32,071.23

| | | | | |
|---|---|---|---|---|
| • | Monthly common meter charge | | $ | 150.00 | *S* |
| • | Fuel Adjustment Charge | Per KWH | $ | |
| • | Public Benefits Charge | Per KWH | $ | |

                                      **Total Monthly Cost**   $   36,248.88    Includes 12.5%
                                                               $                  User Tax

             *Allocated To Residential Units*   $   36,192.21

             *Allocated To Commercial Units*   $   56.68
                                              $

                *Total Allocated*   $   36,248.88

Utility Company Name:   Los Angeles Department of Water & Power

Telephone Number:   818-342-5397

---

### Notes

1.   Do not include leased lights.  Instead use lease agreement with rate schedule with budget work sheet.  Put monthly charge into Item 201 leased lights.  Use a minimum of 10 hours per day average usage for exterior lighting.

2.   Motors are found in swimming pool pumping systems, circulating hot water systems, ventilation systems in subterranean garages, security gates, interior hallways, and interior stairwells and also in private water systems and fountains. (Hours of use for pool pumps - see Item 201 in the Cost Manual.)

3.   Normally 1,000 watts per horsepower should be used.  Check plate on motor or manufacturer's specifications.  If wattage is not listed, it can be calculated by multiplying amps x volts.

---

RE 623  ID # 62300996B020                                                                 *Page 12 of 15*

## GAS CONSUMPTION WORKSHEET

1. Water Heaters
   *(number of dwelling units on association meters + laundry rooms + outdoor showers*
   *+ recreation rooms = number of units x 20 Therms = Therms per month)*

   Therms

   __214__ + _____ + _____ + __10__ = __224__ X  20 Therms = __4,480__  R

   Commercial Unit **Is Responsible For** Its **Own Operating & Reserve** Costs       C

2. Pool (see note 1)
   *BTU rating x hours of daily use x .0003 x % of year in use = Therms*

   Pool #1  __250,000__ X  __24__  X  0.0003  X  __100%__  =  __1,800__  R
   Pool #2  _____ X  _____  X  0.0003  X  _____  =

3. Spa
   *(Number of spas (by size) x therm range = Therms used)*

   _____ (8' diameter)   X   300 Therms   =
   _____ (10' diameter)  X   350 Therms   =
   ___1___  (12' diameter)  X   400 Therms   =  __400__  R

4. Central Heating System

   _____ X _____ X  0.0003     _____
   _____ X _____ X  0.0003     _____
   _____ X _____ X  0.0003     _____
   _____ X _____ X  0.0003     _____
   _____ X _____ X  0.0003     _____

5. Other

   _____ X _____ X  0.0003     =  _____
   _____ X _____ X  0.0003     =  _____
   _____ X _____ X  0.0003     =  _____

   *(number of gas barbecues, fireplaces, etc.) x 5 = Therms*

   _____ X  5                  =  _____
   _____ X  5                  =  _____

                                    Total Therms    __6,680__

   *(therms X rate = monthly charge)*

   __6,680__ X  __1.15__  =  $  __7,682.00__

              Meter Charge  $  __50.00__

       **Total Monthly Cost**  $  __8,505.20__ Includes 10% User Tax   R

   *Allocated To Residential Units*  $  __8,505.20__
   *Allocated To Commercial Units*   $  _____
        *Total Allocated*           $  __8,505.20__

Utility Company Name:   **The Gas Company**
Telephone Number:       **800-427-2200**

1   The presumption is a recreation pool with heating equipment will be used all year or 100%. For very hot or cold climates
    where a heater will not or cannot be used all year, a 70% usage should suffice. Less than 70% usage will require a Special
    Note in the Subdivision Public Report.

Tract Number:       53965-01-Res
Prepared by:        VIGEN ONANY & ASSOCIATES, INC.     (818) 957-8195                    *June 23, 2009*

*RE 623  ID # 62300996B020*

**WATER AND SEWER WORKSHEET**

*Page 13 of 15*

A. Domestic *(use only if units are billed through association)*
   *(number of units [include re. Rooms] X rate/100 CF X 10 = Water Cost)*

                                                    **Water Cost**

| | | | | | |
|---|---|---|---|---|---|
| Residential | 214 X | 2.99 X | 10 | = $ 6,405.02 | R |
| Residential | 12 X | 2.99 X | 10 | Recreation Areas, Pool & Spa = $ 359.16 | R |
| Commercial | X | Commercial Unit Is Responsible For Its Own Operating & Reserve Costs | | | C |

B. Irrigation (see Note 1)
   *(landscape area X rate/100 CF X .0033 = Water Cost)*

       500 X     2.99 X     0.0033              = $    4.94  R

C. Sewers (see Note 2)

   *Alternate calculation (% of A and B, etc.)*

| | | | | |
|---|---|---|---|---|
| 2140 (A) X | 3.27 | | = $ 6,997.80 | R |
| 120 (A) X | 3.27 | Recreation Areas, Pool & Spa | = $ 392.40 | R |
| (A) X | Commercial Unit Is Responsible For Its Own Operating & Reserve Costs | | | C |

   (Charge per unit per month X number of units = Sewer Cost)
   $      X                      = $

D. Meter Charge,  Fire Line,  Back Flow Device & Customer Charge

| | | | |
|---|---|---|---|
| Line size: | 6" (2", 3" etc.) | Charge per month: $ 75.00 | R |
| Line size: | (2", 3" etc.) | $ Commercial Units Will Be Responsible For Their Service | C |
| Line size: | (2", 3" etc.) | Charge per month: $ | |
| **Fire Line** Line size: | 6" (2", 3" etc.) *Residential Portion* | Charge per month: $ 101.57 | S |

                                            **Monthly Water Cost:** $ 14,335.89

| | | |
|---|---|---|
| *Allocated To Residential Units* | $ | 14,335.89 |
| *Allocated To Commercial Units* | $ | |
| *Total Allocated* | $ | 14,335.89 |

Utility Company Name:  **Los Angeles Department of Water & Power**

Telephone Number:    **818-342-5397**

---

*Notes*

1   Average usage is four-acre feet of water per acre of landscaping per year.  This formula is based on four-acre feet of usage.  Some areas like the low desert will require 8 to 12-acre feet of water per acre of landscaping per year and the "B" figure should be adjusted accordingly.  (Example: 4 X figure for B = 12-acre feet.)

2   If some other method of billing is used for the sewage charge and/or this will not be a common expense, provide a letter from the sanitation district and or water company (whichever applicable) which so states.

---

Tract Number:    53965-01-Res

Prepared by:     **VIGEN ONANY & ASSOCIATES, INC.**   **(818) 957-8195**          *June 23, 2009*

RE 623  ID # 62300996B020

**PRORATION SCHEDULE WORKSHEET**

**Section I**    **Variable Assessment Computation**
   A.    Variable Cost Description                    Monthly Cost

| # | Description | | Monthly Cost | | | |
|---|---|---|---|---|---|---|
| 1. | Insurance | $ | 9,611.75 | S | | |
| 2. | Domestic Gas (if common) | $ | 5,667.20 | W | | |
| 3. | Domestic Water (if common) | $ | 13,402.82 | W | | |
| 4. | Exterior - Glass | $ | 4,830.63 | S | | |
| 5. | Other | $ | | | | |
| 6. | Roof - Built Up Flat | $ | 1,007.24 | S | | |
| 7. | Interior Paint - Corridors & Stairwells - Residential Only | $ | 1,614.85 | R | 193,783 | SQFT Total Area |
| 8. | Residential - Common Interior Lights - (Corridors, Stairwells, Etc.): | $ | 151.25 | R | | |
| 9. | Residential - Common Interior Lights - (Corridors, Stairwells, Etc.): | $ | 1,749.60 | R | Electricity | |
| 10. | Carpet - Corridors, Stairwells | $ | 1,521.66 | R | | |
| 11. | Emergency Generator Maintenance/Supplies/Testing | $ | 405.73 | S | | |
| 12. | Emergency Generator | $ | 405.73 | S | | |
| 13. | Heating & Cooling Tower - Maintenance | $ | 1,000.00 | R | | |
| 14. | Cooling Tower & Related Components | $ | 277.78 | R | | |
| 15. | Cooling Tower & Related Components | $ | 2,916.00 | R | Electricity | |
| 16. | Boilers & Related Components | $ | 416.67 | R | | |
| 17. | Hot Water Tank | $ | 208.33 | R | | |
| 18. | Other | $ | | | | |
| 19. | Other | $ | | | | |
| 20. | Other | $ | | | | |
| 21. | Other | $ | | | | |
| 22. | Other | $ | | | | |
| 23. | Other | $ | | | | |
| 24. | Other | $ | | | | |

                     **Total Variable Cost**    $    45,187.23

   B.    Total livable square footage of all units from condominium plan:              252,269

   C.    Variable Factor (variable monthly costs : square footage = variable factor):    0.17912320
         Multiply this factor by each unit size below in Section III.

**Section II**    **Equal Assessment Computation**
   A.    Total Monthly Budget              $    147,194.57
         Less Variable Costs              $    45,187.23
         Total Monthly Equal Costs         $    102,007.34

   B.    Monthly Base Assessment:          $    476.67
         *(total monthly cost : number of units = monthly base assessment)*

**Section III**    Assessment Schedule        *See Page 14A Of 15*

Tract Number:    53965-01-Res

Prepared by:    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195        June 23, 2009

*RE 623  ID # 62300996B020*                                                      *Page 14A of 15*

## PRORATION SCHEDULE WORKSHEET

**Section III    Assessment Schedule**

| | Unit Size | X | Variable Factor | = | Variable Assessmt | + | Base Assessmt | = | Total Mth. Assessmt | X | Unit Count | = | Total Mth. Budget * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Residential Units

| | Unit Size | X | Variable Factor | = | Variable Assessmt | + | Base Assessmt | = | Total Mth. Assessmt | X | Unit Count | = | Total Mth. Budget * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3,098 | X | 0.179123 | = | 554.92 | + | 476.67 | = | 1,031.59 | X | 1 | = | 1,031.59 |
| 1 | 3,014 | X | 0.179123 | = | 539.88 | + | 476.67 | = | 1,016.55 | X | 1 | = | 1,016.55 |
| 1 | 2,955 | X | 0.179123 | = | 529.31 | + | 476.67 | = | 1,005.98 | X | 1 | = | 1,005.98 |
| 1 | 2,778 | X | 0.179123 | = | 497.60 | + | 476.67 | = | 974.27 | X | 1 | = | 974.27 |
| 1 | 1,994 | X | 0.179123 | = | 357.17 | + | 476.67 | = | 833.84 | X | 1 | = | 833.84 |
| 23 | 1,546 | X | 0.179123 | = | 276.92 | + | 476.67 | = | 753.59 | X | 23 | = | 17,332.67 |
| 23 | 1,536 | X | 0.179123 | = | 275.13 | + | 476.67 | = | 751.80 | X | 23 | = | 17,291.47 |
| 1 | 1,530 | X | 0.179123 | = | 274.06 | + | 476.67 | = | 750.73 | X | 1 | = | 750.73 |
| 26 | 1,328 | X | 0.179123 | = | 237.88 | + | 476.67 | = | 714.55 | X | 26 | = | 18,578.18 |
| 26 | 1,286 | X | 0.179123 | = | 230.35 | + | 476.67 | = | 707.02 | X | 26 | = | 18,382.58 |
| 1 | 1,154 | X | 0.179123 | = | 206.71 | + | 476.67 | = | 683.38 | X | 1 | = | 683.38 |
| 1 | 1,084 | X | 0.179123 | = | 194.17 | + | 476.67 | = | 670.84 | X | 1 | = | 670.84 |
| 3 | 1,058 | X | 0.179123 | = | 189.51 | + | 476.67 | = | 666.18 | X | 3 | = | 1,998.55 |
| 1 | 1,014 | X | 0.179123 | = | 181.63 | + | 476.67 | = | 658.30 | X | 1 | = | 658.30 |
| 26 | 1,004 | X | 0.179123 | = | 179.84 | + | 476.67 | = | 656.51 | X | 26 | = | 17,069.25 |
| 78 | 840 | X | 0.179123 | = | 150.46 | + | 476.67 | = | 627.13 | X | 78 | = | 48,916.40 |

214  252,269

### Commercial Units

| | | X | See | = | Commercial | + | Budgets | = | | X | | = | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**VERIFICATION OF COMPUTATIONS**

* Total Assessment X number of units of each type.

| | |
|---|---|
| Total Monthly Budget (Section III) | 147,194.57 |
| Total Monthly Budget (Section IIA) | 147,194.57 |

**Section IV    Variable Assessments**

| Highest Assessment | - | Lowest Assessment | ÷ | Lowest Assessment | = | % Differential |
|---|---|---|---|---|---|---|
| 1,031.59 | - | 627.13 | ÷ | 627.13 | = | 64.49% |

Less than 10% ......... Equal Assessment
From 10% to 20% ...... Variable or Equal
Over 20% ............... Variable Assessment

**Tract Number:**    53965-01-Res

**Prepared by:**    VIGEN ONANY & ASSOCIATES, INC.    (818) 957-8195

June 23, 2009

*RE 623  ID # 62300996B020*                                                                 *Page 15 of 15*

## SUPPLEMENTAL WORKSHEET

*LANDSCAPE*

A.   Complete chart and transfer "total landscape cost per year" to line #208 on page 3 (cumulative per phase).

| Type | Percent | Area | Annual Cost Per S.F. | Total Cost Per Type |
|---|---|---|---|---|
| Common Landscaped Areas- Within The Building Envelope | 100% | 500 | 5.00 | 2,500 |
| Landscaping Supplies | | | | 50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | 100% | 500 | | 2,550 |

TOTAL LANDSCAPE COST PER YEAR   2,550

B.   Please provide information regarding water requirements of drought resistant plants/areas, if any.  Indicate as a percentage of normal or standard watering requirements and provide source of information.

_____

_____

*ROOF*

A.   If there is only one type of roof, with a constant slope factor across all roof surfaces, the following chart may not need to be completed.  When this chart is completed, transfer total to roof line item on page 5.

| Bldg | Type of Roof | Width of Overhang | Quality (in.Overhang) | X | Pitch Multiplier | = | Adjusted S.F. | X | Annual Cost per S.F. | = | Total Annual Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | = | | X | | = | |
| | | | | X | | = | | X | | = | |
| | | | | X | | = | | X | | = | |
| | | | | X | | = | | X | | = | |

TOTAL ROOF COST PER YEAR

B.   If a mansard will be/is constructed please provide the measurements and type of material to be used.

_____

_____

Tract Number:      53965-01-Res
Prepared by:       VIGEN ONANY & ASSOCIATES, INC.       (818) 957-8195                     June 23, 2009

64

# EXHIBIT 5

|  | Budget |
|---|---|
| Electricity | 434,306 |
| Water | 172,031 |
| Insurance | 115,341 |
| Management | 89,880 |
| Custodial | 66,600 |
| Trash | 51,360 |
| Minor Repairs | 50,246 |
| Window Washing | 24,000 |
| Elevators | 13,500 |
| Cooling Tower | 12,000 |
| Legal | 10,700 |
| Miscellaneous | 10,272 |
| Tash Compactor | 9,600 |
| Swimming Pool | 9,000 |
| Pest Control | 5,160 |
| Education | 4,977 |
| Emergency Generator | 4,869 |
| Plants | 4,200 |
| Trash Shute Cleaning | 3,600 |
| Spot Degreasing | 3,400 |
| Steam Cleaning - Parking | 3,069 |
| Pool & Spa supplies | 3,000 |
| Income Taxes | 2,944 |
| Parking Areas | 2,923 |
| Roof Inspection | 2,921 |
| Landscape Areas | 2,550 |
| Elevator Phones | 2,520 |
| Accounting | 2,488 |
| Reserve Study | 2,142 |
| Power Wash | 1,851 |
| License & Fees | 1,800 |
| Cable TV | 1,800 |
| Janitorial Supplies | 1,800 |
| Fire Monitoring | 1,636 |
| Access Control | 1,200 |
| Fire Extinguisher | 974 |
| Corporate Franchise  Tax | 10 |
| | |
| Annual Total | $1,130,670 |
| Monthly Total | $94,223 |
| **Rounded with contingency** | **$100,000** |

**EXHIBIT** **5**

EXHIBIT 6

**Known Mechanics' Lien Claims Asserted Against the Project**

| Contractor | Claim Number | Amount Asserted |
|---|---|---|
| American Heritage Landscape LP | POC No. 9 | $81,061 |
| Angelus Waterproofing & Restoration | POC No. 7 | $212,538 |
| Bapko Metal Inc. | POC No. 15 | $406,482 |
| Calex Engineering Co. | POC No. 17 | $74,830 |
| DK Mechanical Contractors | POC No. 1 | $952,853 |
| Gonsalves and Santucci, Inc. dba CONCO | POC No. 4 | $263,147 |
| Helix Electric, Inc. | POC No. 12 | $743,418 |
| KCS West, Inc. | POC No. 11 | $707,108 |
| Mr. Crane, Inc. | POC No. 5 | $301,686 |
| Pacific Stair | POC No. 13 | $134,209 |
| Warner Constructors, Inc. | POC No. 14 | $380,000 |
|  |  | $4,257,332 |

35

345296.04 [XP]    25293

**EXHIBIT 6**

# EXHIBIT 7

# RESIDENTIAL MARKETING AGREEMENT

**THIS RESIDENTIAL MARKETING AGREEMENT** (the "Agreement") is entered into as of October 26, 2009 by and between Meruelo Maddux – 845 S. Flower Street, LLC, a Delaware limited liability company, debtor-in-possession ("Owner"), and Kennedy Wilson Auction Group, Inc., a California corporation ("KW").

A.      Owner is the record owner and developer of a certain project located in Los Angeles, California, and known as 705 W. 9th. Condominiums (the "Community"), consisting of, among other things, two hundred and fourteen (214) unsold condominium homes (individually a "Home," or collectively, "Homes").

B.      Subject to the terms and conditions set forth in this Agreement, Owner desires to engage KW as its exclusive agent as broker, advisor and marketer with respect to the publicizing and marketing of approximately forty-eight (48) Homes (on six (6) full floors of the Community building) (the "Auction Homes"), and KW desires to accept such engagement, all on the terms and conditions set forth in this Agreement.

C.      Subject to the terms and conditions set forth in this Agreement, Owner desires to engage KW to publicize, market, broker and offer for sale up to an additional forty-eight (48) Homes (to include six (6) full floors of the Community building, plus any Auction Home the sale of which is not consummated pursuant to the Auction) ("Post Auction Homes") in a conventional sales program immediately following the Auction as further provided in this Agreement. Owner may adjust the Auction Homes to include Post-Auction Homes, and otherwise increase the number of Post-Auction Homes. The Gross proceeds to be achieved pursuant to purchase contracts for the first 48 Homes will be not less than $22.3 million.

D.      The parties acknowledge that Owner is in Chapter 11 bankruptcy proceedings and that the effectiveness and terms of this Agreement and Owner's obligations hereunder are conditioned on and subject to approval by the bankruptcy court ("Bankruptcy Court") in such proceedings.

**NOW, THEREFORE,** the parties agree as follows:

1.      Recitals. The foregoing recitals are true and correct and are incorporated herein by this reference.

2.      Auction Services; Term.

(a)      The date for the Auction (the "Auction") shall be scheduled on December 19, 2009 or within thirty (30) days from court approval (the "Auction Date"). Owner, upon the advice of KW, will confirm the scheduled Auction Date within five (5) days after the date on which the Bankruptcy Court enters its order approving the terms and conditions of this Agreement ("Bankruptcy Approval Date"). Owner may postpone the Auction Date to a later date as deemed advisable for the success of the Auction.

(b)      The term of this Agreement (the "Term") shall commence as of the Bankruptcy Approval Date (the "Commencement Date") and shall continue until June 30, 2010. (the "Expiration Date"), subject to earlier termination as provided in this Agreement. The initial term of this Agreement may be extended by the mutual consent of the parties, which consent shall be evidenced by a writing executed by the parties hereto. As used in this Agreement, the capitalized word "Term" shall mean and

67

**EXHIBIT** 7

refer to the period during which this Agreement is in effect, whether the initial term or any extension(s) thereof.

3.    Auction Fee; Payment of Auction Fee.

(a)    Owner agrees to pay:

i)    With respect to the Auction Homes that are sold on Auction Day or Post Auction Homes sold within the term of this Agreement, KW's sole compensation shall be a fee equal to Three Percent (3%) of the sales price of the Home upon the closing of a sale of each Home to a third-party purchaser pursuant to a Purchase Agreement (as defined in Paragraph 5(d)(4) below) entered into by Owner and the purchaser (i) during the Term or (ii) within sixty (60) days after the expiration of the Term for purchasers identified under Paragraph 8 below. As used in this Agreement, the term "Auction Fee" shall refer to the Auction Fee with respect to each Home, or KW's aggregate compensation under this Paragraph 3(a), as appropriate in the context of the use of the term "Auction Fee."

(b)    The applicable Auction Fee, and any applicable brokers referral fee as provided in Paragraph 5(b), shall be payable through escrow, without setoff or deduction except for any amounts payable by KW to Owner, upon the close of escrow for each Home.

(c)    In the event of the expiration or termination of this Agreement, Owner shall make all commercially reasonable efforts to close escrow as described in each such executed Purchase Agreement in existence as of the termination or expiration date as required under the applicable Purchase Agreement. Furthermore, upon KW's request from time to time, Owner shall provide KW with updates as to the status of escrows in which KW has an Auction Fee interest.

4.    Obligations and Duties of KW.

In conjunction with the marketing of the Homes, KW agrees to provide, at its sole cost and expense, except for amounts attributable to Owner in the Marketing Budget, the following services:

(a)    KW agrees to actively market, advertise and oversee the Auction event. In connection with such engagement, it is expressly understood and agreed by Owner and KW that (i) KW will serve as sale Broker for the Community, and (ii) the real estate sales personnel (the "Sales Agents") for the Community will be licensed to and the responsibility of KW; and (iii) as between Owner and KW, the compensation of the Sales Agents, if and as applicable, shall be the sole responsibility of Owner only as expressly provided in the Marketing Budget.

(b)    KW agrees to hold the Auction on the Auction Date as determined by Owner and KW in accordance with this Agreement.

(c)    KW shall hire, train, compensate and supervise all Auction and other personnel which KW shall determine, in its reasonable discretion, to be prudent and necessary for the Auction and other offerings and for the marketing of the Community and the Homes; it being understood and agreed that it shall continue to be the responsibility of Owner to prepare for execution and delivery the applicable Purchase Agreement with each purchaser, and to deliver to each purchaser any disclosure and similar documentation required in connection with the sale of the Homes and the Community.    KW's Personnel will be trained and supervised by KW to maximize their effectiveness in selling the Homes, and will be licensed real estate brokers or salespersons under the laws of the State of California. Owner will orientate KW and KW's personnel to the Owner's construction terminology, disclosure language and sales and closing policies. KW will be responsible to insure that KW's personnel represent in good faith the Owner's guidelines and policies. KW or Owner may require changes to personnel in the event

any personnel are not adhering to the KW's Auction requirements or the Owner's policies and procedures or, not acting in an ethical and professional manner.

(d)    KW shall employ such clerical, administrative and supervisory personnel as KW may determine, subject to Owner's approval, to be prudent or necessary to carry out its duties hereunder, and KW shall be solely responsible for the compensation of such personnel.

(e)    KW shall assist Owner in arranging a preferred lender to offer loan programs to purchasers of Homes on reasonable terms, and shall prequalify potential bidders at the Auction through such preferred lender.  Owner will be available to KW's employees, agents and consultants on a reasonable basis to assist in the marketing of the Community and in establishing loan programs and obtaining lenders for such loan programs to facilitate the sale of Homes.

(f)    Except as otherwise set forth in this Agreement, KW shall be responsible for all expenses incurred by KW in connection with providing, training and supervising the KW Personnel, or in connection with carrying out its duties and obligations hereunder, except for amounts attributable to Owner in the Marketing Budget.

(g)    KW shall be solely responsible for the compensation of the Sales Agents, except for amounts attributable to Owner in the Marketing Budget, and agrees to indemnify, defend, and hold harmless the Owner from any claims by the Sales Agents, for wages, commissions, salary, and/or other benefits and compensation with respect to their services as sales personnel for the Community, and any costs or expenses (including, without limitation, attorneys fees and costs) relating thereto.

(h)    KW shall perform its obligations hereunder in a diligent, careful and professional manner consistent with, in scope and quality, the services generally performed by professional brokers. KW shall at all times, act diligently, in good faith, and in a commercially reasonable manner, and in accordance with all applicable laws, ordinances and regulations.  KW shall make available to owner the full benefit of the judgment, experience, and advice of the principals and employees of its organization.  In performing its obligations and exercising its rights hereunder, KW shall be subject to Owner's overview and supervision.

In performing its services and obligations hereunder, KW shall comply with all laws and other legal requirements related to its operations and services, including without limitation, KW's employment practices, and Fair Housing Act and other federal, state or local laws and requirements.

5.    Obligations and Duties of Owner.

Owner shall provide and maintain during the term hereof, all of the following with respect to the Community and the Homes, all at Owner's sole cost and expense:

(a)    Owner shall provide KW with the marketing funds (the "Marketing Budget Funds") in the amount of $250,000 and the model furnishing and sales office funds ("Model Furnishing Funds") in the amount of $250,000 as set forth in Exhibit A hereto, comprising Owner's cost of promoting the Auction up to and including Auction Day. A complete "To-Date" reconciliation of the Marketing Budget Funds and Model Furnishing Funds will be presented to Owner sixty (60) days after Auction Day. Any remaining marketing funds will be refunded to the Owner at that time.  Additional Marketing Budget Funds approved by Owner in writing will be billed by KW at time of approval and due upon receipt.  A separate Post Auction Marketing Budget will be submitted to Owner following Auction Day.  Marketing Funds Budget and Model Furnishing Funds will be advanced by Owner to KW upon signing of this Agreement, as follows:

JW TWN69

(1)     $375,000, due within two (2) business days after the Bankruptcy Approval Date.

(2)     $125,000, due upon the earlier of (i) two weeks prior to the Auction Date or (ii) KW confirming that KW has preregistered at least twice the number of bidders as the number of Auction Homes.

_____TWN____, ___R.W___ (initial)

(b)     Co-operating broker's referral fee of Three Percent (3%) with respect to the sale of the Homes, in connection with the purchase of any Home (including, but not limited to the Auction Homes) by a purchaser who is referred to Owner through KW's Referral Program or otherwise referred to Owner through KW's various marketing vehicles.

(c)     Owner shall provide and maintain a fully equipped sales office at the Community at a location determined by Owner for the use of the Sales Agents and KW. For the purposes hereof, the term "fully equipped" shall mean that the sales office shall include all of the following, in adequate quantities for the nature and size of the applicable Community: telephones and internet service; office furnishings; one plain paper photocopying machine; one facsimile machine; utilities; heating and air conditioning, as necessary; toilet facilities; general office operating supplies, sundries and disposables and cleaning and maintenance services. Owner's responsibility to pay the costs of such fully-equipped sales office shall be as set forth in the Model Furnishing Funds.

(d)     Owner shall obtain any and all business licenses and permits required for the Community, including, without limitation, the public reports and/or similar documents referred to in subparagraph 5(d)(1) below.

(e)     Except as otherwise expressly agreed in writing by Owner and KW, including in the Marketing Budget, Owner shall obtain and provide all of the following project documentation and marketing aids, in sufficient quantity relative to the nature and size of the Community prior to Ad Break:

(1)     If required for the Community, any public reports and/or similar documents required under applicable local, state, or federal law in connection with the offering and sale of real property, along with the forms of any required receipts.

(2)     Homeowner warranties (including explanations of service procedures), as applicable.

(3)     Homeowner association management documents and budgets, if applicable, including all documents that are required to be given by Owner to a purchaser pursuant to applicable law.

(4)     Forms of the purchase agreement (the "Purchase Agreement") and other documents required in connection with the sale of Homes.

(5)     Forms for disclosure to prospective purchasers by the Sales Agents of information that is or may be considered relevant or material to a prospective purchaser's buying decision and/or the value of the Homes and the Community, including without limitation the following: known natural and environmental hazards; unusual uses and/or zoning of nearby or adjoining parcels; and/or improvement and/or assessment districts that have or may have a fiscal impact on the Homes or the Community and which are in addition to normal property taxes.

(6)   Except as provided for in the Marketing Budget, sales literature and brochures, and other marketing aids, including but not limited to graphics and/or models of the Community and Home layout, elevations, and floor plans; and

(f)   Owner shall provide all affidavits and/or other documentation as may be reasonably required to comply with the Foreign Investment in Real Property Tax Act ("FIRPTA") and any similar requirements under state or local law.

(g)   As between Owner and KW, Owner shall be responsible for the payment of any and all applicable commissions or fees payable to outside cooperating real estate agents and brokers with respect to the sale of the Homes upon the closing of the sale of the applicable Home, including without limitation the sales agents and any cooperating or referral brokers to the extent provided in Paragraph 5(b), and Owner agrees to indemnify, defend, and hold harmless KW with respect to the payment of such commissions or fees to any and all such real estate brokers and agents, together with all costs, claims, or expenses (including without limitation reasonable attorneys' fees and costs) relating thereto, to the extent provided in Paragraph 5(b).

(h)   Owner shall engage a Title Company of its choice and ensure they provide appropriate personnel before, during and after the Auction to ensure effective and timely closings.  KW shall supervise said Title Company and its personnel.

(i)   Owner shall also provide at least four (4) fully furnished models. Owner's responsibility to pay the costs of such fully-furnished models shall be as set forth in the Model Furnishing Funds.

6.   Offering Pricing and Procedures.

(a)   Auction Homes shall be offered on a Minimum Bid basis and sold to the highest qualified bidder regardless of price above the Minimum Bid. The applicable Minimum Bid for each Home shall be established by Owner.

(b)   With respect to all sales of the Homes on Auction Day, Owner shall accept and execute a Purchase Agreement with a qualified bidder who submits the highest bid for each Home, provided that such bid is equal to or greater than the Minimum Bid. It is understood and agreed by and between the parties that Owner shall not be required to accept any bids that are less than the Minimum Bid for the applicable Minimum Bid Home, unless Owner elects, in the exercise of its sole discretion, to accept a below-Minimum Bid for a Home, in which event Owner shall pay KW the applicable Auction Fee in accordance with Paragraph 3(a) above.

(c)   With respect to all sales of the Homes for which a Purchase Agreement is entered into after Auction Day and during the Post Auction Term, Owner may establish in its sole discretion the number and location of Homes to be sold and pricing for each Home that Owner would accept during the ninety (90) days following the Auction Date. If Owner determines in its sole discretion that its sale and pricing requirements are not likely to be achieved by KW, then Owner shall have the option, without additional cost to Owner of terminating this Agreement.

(d)   All prequalification and registration of bidders at the Auction or potential purchasers for Post Auction Homes is the responsibility of the preferred lender and KW. A daily tracking report will be provided to Owner via on-line, with updates as may be required during each day.  Owner may establish criteria for prequalification of bidders or potential purchasers.

7.   Cancellation Fee.  Notwithstanding any other provision of this Agreement, in the event Owner should cancel Owner's participation in the Auction within seven (7) or less days prior to the

71

scheduled date for the Auction, Owner shall pay to KW within ten (10) days after KW's written demand therefore, a cancellation fee (the "Cancellation Fee") equal to all remaining Marketing Budget amounts payable hereunder, which shall be the sole compensation to which KW shall be entitled. In addition, should the Owner enter into a bulk sale agreement on or after the Bankruptcy Approval Date up to the day of the Auction, the Owner shall pay to KW upon the closing of the bulk sale a fee equal to One Percent (1.0%) of the purchase price of such bulk sale. _____ / _____ (initial)

8.    Termination.

(a)    This Agreement shall be subject to termination in the event a party should fail to fulfill any material obligation hereunder, and such failure continues for a period of fifteen (15) days following the delivery by the non-defaulting party to the defaulting party of written notice of such failure. Additionally, (i) Owner may terminate this Agreement at least eight (8) days prior to the scheduled Auction Date; provided Owner shall be responsible for all costs incurred to such date and attributable to Owner under the Marketing Budget, or (ii) Owner may terminate this Agreement within seven (7) days or less prior to the scheduled Auction Date, provided Owner shall be responsible to pay the amounts as set forth in Paragraph 7, or (iii) Owner may terminate this Agreement any time after the Auction Date, without cost to Owner except for such Auction Fees that may be payable in connection with any Purchase Agreements already entered into prior to such termination.

(b)    Upon the expiration or termination of this Agreement, Owner shall comply with the provisions of Paragraph 3(c) above. Furthermore, KW shall be entitled to the applicable Auction Fee if, within Sixty (60) days following the date of expiration or termination of this Agreement, an executed Purchase Agreement is obtained from a potential purchaser who has registered with KW or otherwise been registered by KW during the Offering and prior to the expiration or termination date, and who has been identified in a list of potential purchasers given to Owner not more than five (5) business days following the date of expiration or termination of this Agreement, and such purchaser subsequently closes escrow within six (6) months after the date of expiration or termination of this Agreement. _____ / _____ (initial)

9.    Representations and Warranties.

(a)    KW represents and warrants as follows:

(1)    KW has full power and authority to enter into and perform this Agreement in accordance with its terms, and the person or persons signing this Agreement for or on behalf of KW has full power and authority to represent, act for, and bind KW to all its terms and conditions.

(2)    KW will perform this Agreement to the best of its ability with the same standard of diligence, effort, and quality that it employs for offerings of similar properties with similar promotional budgets.

(b)    Owner represents and warrants as follows:

(1)    Owner is the owner of the Homes to be sold pursuant to this Agreement.

(2)    Except as hereinafter provided, Owner has full power and authority to enter into and perform this Agreement in accordance with its terms, and the person or persons signing this Agreement for or on behalf of Owner has full power and authority to represent, act for, and bind Owner to all its terms and conditions; provided, however, that KW understands and agrees that (i) the Community is in process of being completed as a condominium project and that Owner's obligations

hereunder are conditioned on Owner being able to obtain all approvals, including a final public report from the California Department of Real Estate, necessary to sell the Homes as condominium units, and (ii) Owner is in Chapter 11 bankruptcy proceedings and that the effectiveness and terms of this Agreement and Owner's obligations hereunder are conditioned on and subject to approval by the Bankruptcy Court, and that Owner may also be subject to various requirements of its construction lender, and that if Owner does not obtain such Bankruptcy Court approval or cannot satisfy its lender's requirements to the extent necessary, Owner shall have the right to terminate this Agreement without any obligation on Owner's part.

(3)     Except as otherwise disclosed in writing to KW prior to the date of this Agreement or in connection with the delivery of the documents described in Exhibit B, Owner has no knowledge of any lawsuits, pending or threatened, or material physical defects affecting any of the Homes, other than the bankruptcy proceedings referenced above.

(4)     To the best of Owner's knowledge and belief, all information supplied by Owner to KW is and will be true, complete, and correct.

10.     Indemnification.

(a)     KW shall indemnify, defend with counsel reasonably acceptable to Owner, and hold harmless Owner, from and against any and all claims, demands, liabilities, losses, damages, and expenses (including attorneys and expert witness fees and expenses), and by whomever brought (collectively, "Claims"), arising out of or in any way related to (i) any negligence or willful misconduct of KW or anyone acting on behalf of KW in connection with or incidental to this Agreement or the services rendered or to be rendered by KW under this Agreement, (ii) technology-related problems experienced in connection with the online bidding process, provided that the identification and/or resolution of any such problems are within KW's reasonable control, or (iii) any breach of KW's representations and warranties or obligations set forth in this Agreement.

(b)     Owner shall indemnify, defend with counsel reasonably acceptable to KW, and hold harmless KW, its officers, directors, employees, and agents, from and against any and all Claims (as defined in Paragraph 10(a) above) arising out of or in any way related to (i) any negligence or willful misconduct of Owner or anyone (other than KW) acting on behalf of Owner in connection with or incidental to this Agreement, the Homes, and/or the Community, (ii) the physical condition and quality (and express or implied representations regarding such condition and quality) of the Homes and/or the Community, including without limitation claims relating to defective design, construction or maintenance of the Homes and/or the Community or any portion thereof, or (iii) any breach of Owner's representations and warranties set forth in Paragraph 9 of this Agreement.

11.     Resolution of Disputes. Owner and KW hereby agree that the judicial referral procedure described in this Paragraph 11, inclusive, shall be the sole, exclusive, and final means of resolving any dispute, claim, or controversy (collectively, "Dispute") between them concerning the Community, the Homes, the performance of Owner and KW hereunder, and/or any other matter arising out of or concerning this Agreement or the breach thereof.

Judicial Referral - Waiver of Jury Trial. In the event of a dispute between the parties, either party may file an action to resolve the matter in the applicable court of the State of California having jurisdiction of the subject matter of the dispute. Venue for any such action shall be in the county where the Community is located, unless another location is mutually agreed upon by the parties. except for any matters that may be subject to the jurisdiction to the small claims division of

73

the municipal court of the applicable county, the entire dispute shall be subject to judicial referral to a retired judge of the California courts. The discovery rights of the parties shall be as determined by the referee pursuant to such judicial referral. The referee pursuant to such referral shall have the power to grant all legal and equitable remedies and award compensatory damages, but shall not have the power to award punitive damages. Without limiting the generality of the foregoing, Owner and KW specifically and intentionally waive their respective rights to trial by jury of any contract or tort claim, counterclaim, cross-complaint, or cause of action in any action, proceeding, or hearing brought by either party against the other with respect to any dispute.

NOTICE: THE PARTIES HEREBY ACKNOWLEDGE THAT THIS PARAGRAPH 11 PROVIDES FOR JUDICIAL REFERRAL OF CIVIL PROCEDURE IN CONNECTION WITH THE RESOLUTION OF ANY AND ALL DISPUTES BETWEEN THE PARTIES. THE PARTIES FURTHER ACKNOWLEDGE THAT THIS PARAGRAPH 11 PROVIDES FOR A WAIVER OF THE PARTIES' RESPECTIVE RIGHTS TO TRIAL BY JURY IN CONNECTION WITH THE RESOLUTION OF ANY DISPUTES.

NOTICE: BY INITIALING IN THE SPACE BELOW YOU ARE AGREEING TO HAVE ANY DISPUTE OR CLAIM ARISING OUT OF THE MATTERS INCLUDED IN THE FOREGOING "JUDICIAL REFERRAL; WAIVER OF JURY TRIAL" PROVISION SET FORTH IN THIS PARAGRAPH 11, INCLUSIVE, DECIDED BY JUDICIAL REFERRAL AS PROVIDED BY CALIFORNIA LAW AND YOU ARE GIVING UP ANY RIGHTS YOU MIGHT POSSESS TO HAVE THE DISPUTE LITIGATED IN A JURY TRIAL. YOUR AGREEMENT TO THIS JUDICIAL REFERRAL IS VOLUNTARY.

WE HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT DISPUTES ARISING OUT OF THE MATTERS INCLUDED IN THE "JUDICIAL REFERRAL; WAIVER OF JURY TRIAL" PROVISION TO JUDICIAL REFERRAL UNDER THE LAWS OF THE STATE OF CALIFORNIA.

_____   Owner

_____   KW

12.   General Provisions.

(a)   Except as otherwise expressly provided in this Agreement, any notice required or desired to be served, given or delivered hereunder shall be in writing, and shall be deemed to have been validly served, given or delivered (i) if mailed by certified mail, three (3) days after deposit in the United States mails, with proper postage prepaid, (ii) when sent by telecopy, telex, or other similar facsimile transmission, upon receipt of confirmation or answerback, (iii) one (1) business day after deposit with a reputable overnight courier with all charges prepaid, or (iv) when delivered, if hand-delivered by messenger, all of which shall be properly addressed to the party to be notified and sent to the address or number indicated as follows:

| OWNER: | KW: |
|---|---|
| Meruelo Maddux – 845 S. Flower Street, LLC, debtor-in-possession | Kennedy Wilson Auction Group, Inc. |
| Attention: John Charles Maddux, President | Attention: Rhett Winchell, President |
| 761 Terminal Street, Building 1, 2nd Floor | 9601 Wilshire Blvd., Suite 220 |
| Los Angeles, CA 90021 | Beverly Hills, CA 90210 |
| Telephone: 213-291-2800 | Telephone: 310-887-6446 |
| Fax: 213-627-5979 | Fax: 310-887-6414 |

or to such other address or number as each party designates to the other in the manner herein prescribed.

(b)     This Agreement contains the entire agreement between the parties as to the subject matter hereof, and supersedes any and all prior arrangements and understanding between the parties, and no other agreement, statement or promise made by either party hereto that is not contained herein shall be binding or valid. This Agreement may be amended only by the written agreement of the parties.

(c)     This Agreement shall be governed and construed in accordance with the laws of the State of California.

(d)     Time is of the essence of this Agreement and in each and every provision hereof.

(e)     The headings of this Agreement are for convenience only and do not in any way limit or amplify the terms or provisions hereof. All pronouns and variations thereof shall be deemed to refer to the masculine, feminine or neuter, and to the singular or plural, as the identity of the party or parties may require.

(f)     In the event any provisions of this Agreement should be held to be invalid, the validity of the remainder shall not be affected thereby.

(g)     The waiver of or failure to enforce any provision of this Agreement shall not operate as a waiver of any future breach of any such provision or any other provisions hereof.

(h)     This Agreement may be executed in any number of counterparts. Each such counterpart shall be deemed to be an original instrument, but all such counterparts together shall constitute but one Agreement.

(i)     The parties agree that at all times they shall cause to be done, executed, acknowledged, or delivered any and all such further acts, documents, instruments, escrow instructions, and assurances as may be required to consummate the purposes of this Agreement.

(j)     All the terms and provisions of this Agreement shall be binding upon and inure to the benefit of and be enforceable by the successors and assigns of the parties hereto, but this Agreement may not be assigned by either party without the express written consent of the other party hereto.

(k)     The indemnities set forth in this Agreement shall survive the expiration or termination hereof.

(l)     In the event that any legal action, arbitration, or other proceeding is initiated to interpret or enforce the terms, covenants, or conditions of this Agreement, the prevailing party shall be entitled to an award of reasonably attorneys' fees, court costs, and related expenses.

13.    KW's Auction Fee Escrow Instructions. This Agreement shall and does hereby constitute binding and irrevocable escrow instructions to the Escrow Holder(s) for the sale of the Auction Homes and/or the Community, or any portion thereof, with respect to the payment of the Auction Fee (and any Referral Fee) applicable to each Home pursuant to Paragraph 3, Paragraph 6(b), Paragraph 7, and/or Paragraph 8 of this Agreement, as applicable. Owner and KW agree to execute and deliver to the Escrow Holder(s) such additional escrow instructions consistent with this Agreement as may be reasonably requested from time to time by the Escrow Holder(s). KW shall have the right, but not the obligation, to issue to the Escrow Holder from time to time one or more demands for payment of the applicable Auction Fee and/or the Referral Fee with respect to any of the Homes.

**WHEREFORE**, the parties have executed this Agreement as of the date first set forth above.

**OWNER:**                                              **KW:**

Meruelo Maddux – 845 S. Flower Street, LLC    Kennedy Wilson Auction Group, Inc.
a Delaware limited liability company           a California corporation
debtor-in-possession


By: ___Todd N. Nielsen___                       By: ___Richard Winchell___

Its: ___General Counsel / Secretary___          Its: ___president___

# Auction Marketing Budget

### Exhibit 13
### 705 West 9th Street Condominiums

**Advertising**

| 200 | | Estimate |
|---|---|---|
| 201 | Print, TV & Internet Media Ad | $120,000 |
| 202 | Direct Mail Production | $5,000 |
| 203 | Brochure Production & Shipping | $8,000 |
| 204 | Ad, Direct Mail & Brochure Design | $4,000 |
| 205 | Photography/Artwork (Seller to provide digital art) | Owner provided |
| 206 | Postage (Direct mail & brochure) | $3,500 |
| 207 | Messenger/Overnight Delivery | $1,000 |
| 208 | Public Relations | $4,000 |
| 209 | Web-related Fees | $2,000 |
| 210 | Incidental Expenses/Reserve | $1,000 |
| | Advertising Sub Total | $148,500 |

**Marketing**

| 400 | | |
|---|---|---|
| 401 | Signage (Project Sign, Home Signs, Weekend Bootlegs) | $20,000 |
| 402 | Collateral | $3,500 |
| 403 | Due Diligence | $1,000 |
| 404 | Seminar/How to Buy Workshop | $1,000 |
| 405 | Legal/Compliance Review | $1,000 |
| 406 | Incidental Expenses/Reserve | $2,000 |
| | Marketing Sub Total | $28,500 |

**Sales Personnel**

| 500 | | |
|---|---|---|
| 501 | Project Supervision | $5,000 |
| 502 | Project Personnel (Pre & Post Auction) | $25,000 |
| 503 | Telemarketing | $1,500 |
| 504 | Closing Coordination | no charge |
| 505 | Housing/Travel/Mileage/Per Diem | $5,000 |
| 506 | Incidental Expenses/Reserve | $1,000 |
| | Sales Personnel Sub Total | $37,500 |

**Auction Day**

| 600 | | |
|---|---|---|
| 601 | Administration | $1,500 |
| 602 | Auctioneer/Floor men | $10,000 |
| 603 | Auction Staff | $1,000 |
| 604 | Security | |
| 605 | Collateral | $2,000 |
| 606 | Housing/Travel/Mileage/Per Diem | $2,000 |
| 607 | Auction Venue, Rentals, Food & Beverage | $8,500 |
| 608 | Sound | $3,500 |
| 609 | Telephone | $1,000 |
| 610 | Incidental Expenses/Reserve | $1,000 |
| | Auction Day Sub Total | $35,500 |

**Total Expenses** $250,000

### Cost Distribution



Legend: Advertising, Marketing, Sales Personnel, Auction Day

Note: Kennedy Wilson Marketing Budget allocations are preliminary and are subject to change and reallocation based upon completion of the marketing program. This Budget covers Auction Expenses through Auction Day and staffing expenses for an additional 45 days post auction. Upon the finalization of the auction event, Kennedy Wilson will prepare a marketing plan, media schedule and budget for the post auction marketing program.

Owner

KW



# Model Furnishing Funds

## Exhibit A-2

## 705 West 9th Street Condominiums

10/26/2009 16:44

| Model Furnishing Funds | 900 | 901 | Estimate |
|---|---|---|---|
| Furnishings and equipment for Sales office and Four (4) Model Homes | | | $250,000 |
| Advertising Sub Total | | | $250,000 |

Owner

KW

*705 W 9th Documents*
**(Exhibit B)**

a. Summary of any related litigation;

b. Agreements or contracts affecting ownership, including leases, marketing maintenance and management agreements and consumer disclosures, warranty packages;

c. Accurate legal descriptions;

d. HOA documents;

e. Past marketing information, including offering prices, length of time marketed and offers received;

f. Current Listing Agreements, Sales Contracts;

g. Physical description of property and improvements, marketing material ;

h. Updated status of utilities and public services availability.