1  Victor A. Sahn (CA Bar No. 97299)
       vsahn@sulmeyerlaw.com
2  Dean G. Rallis Jr. (CA Bar No. 94266)
       drallis@sulmeyerlaw.com
3  Asa S. Hami (CA Bar No. 210728)
       ahami@sulmeyerlaw.com
4  Tamar Kouyoumjian (CA Bar No. 254148)
       tkouyoumjian@sulmeyerlaw.com
5  **Sulmeyer**Kupetz
   A Professional Corporation
6  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
7  Telephone:  213.626.2311
   Facsimile:   213.629.4520
8
   Bankruptcy Counsel for the Official
9  Committee Of Unsecured Creditors

10

11              **UNITED STATES BANKRUPTCY COURT**

12    **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

13

14  In re                              Case No. 1:09-bk-21621 KT

15                                     Chapter 11
    MERUELO MADDUX - 845 S. FLOWER
16  STREET, LLC,                       **STATEMENT OF THE OFFICIAL
                                       COMMITTEE OF UNSECURED
17              Debtor and Debtor in   CREDITORS OF THE RELATED
                Possession.           BANKRUPTCY CASES OF THE
18                                     DEBTOR'S AFFILIATES IN RESPONSE
                                       TO DEBTOR'S MOTION FOR ORDER
19                                     AUTHORIZING SALE OF CONDOMINIUM
                                       UNITS FREE AND CLEAR OF LIENS AND
20                                     FOR OTHER RELIEF [DKT. NO. 88]**

21                                     **DATE:**   December 17, 2009
                                       **TIME:**   11:00 a.m.
22                                     **PLACE:**  Courtroom 301
                                         U.S. Bankruptcy Court
23                                       21041 Burbank Boulevard
                                         Woodland Hills, CA  91367
24

25

26        The Official Committee of Unsecured Creditors in the related, jointly-administered

27  cases of *Meruelo Maddux Properties, Inc., et al.*, Bk. Case No. 1:09-bk-13356 KT, (the

28  "Meruelo Committee"), hereby submits the following statement in response to the "Motion

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  for Order Authorizing: (1) Sale of Condominium Units Free and Clear of Liens;

2  (2) Retention of Kennedy Wilson Auction Group, Inc. as Broker for the Sale of

3  Condominium Units and Approval of the Terms Thereof Including Commissions to

4  Brokers; (3) Use of Cash Collateral for Payment of Certain Expenses With Respect to

5  Sale of Condominium Units; (4) Use of Sale Proceeds and Cash Collateral for Payment

6  of Operating Expenses; (5) Provision of Seller Financing to Condominium Purchasers;

7  and (6) Obtaining Letter of Credit and Granting of Priming Lien on Meruelo Chinatown

8  LLC Property to Act as Security for HOA Bond" [Dkt. No. 88] (the "Motion"), filed by

9  845 S. Flower Street LLC (the "Debtor").

10                                      I.

11                            **INTRODUCTION**

12         The Motion seeks multiple forms of relief noted above.  Based upon its review of

13  the Motion and accompanying evidence, with one exception, the Meruelo Committee

14  supports the Motion.[1]  As discussed in more detail below, the Meruelo Committee

15  supports the Debtor's request to engage in the sale of condominium units of the subject

16  property (the "Debtor's Property") in the manner described in the Motion, yet retains

17  certain concerns regarding the Debtor's proposed seller financing program.  As a result,

18  the Meruelo Committee requests that the Court grant the Motion, subject to the limitations

19  described below regarding the seller financing.

20                                     II.

21              **THE MERUELO COMMITTEE SUPPORTS THE**

22         **DEBTOR'S PROPOSED SALE OF THE CONDOMINIUM UNITS**

23         The Meruelo Committee supports the Debtor's request for authority to proceed

24  with an initial auction and subsequent conventional sale program of condominium units

25  _____

26  [1]  The Meruelo Committee is aware that it does not serve as the official committee of unsecured
    creditors in the above-captioned case.  The Motion makes clear, however, that the Debtor intends
27  to use excess proceeds from the sale of condominium units for distribution to the Debtor's parent
    entity debtors for use in connection with the plan of reorganization of the 55 related debtor
28  affiliates.  Motion at 4:12-17.  As a result, the Meruelo Committee is a party in interest in the
    instant case.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  (the "Sale Program"), as well as the proposed use of cash collateral and sale proceeds,

2  as designated in the Motion, to the extent necessary to maximize the success of the sale

3  program.  As noted above, the Meruelo Committee understands that the Debtor intends

4  to "upstream" the excess net sale proceeds to the Debtor's parent companies for

5  distribution to creditors in the related bankruptcy cases in which the Meruelo Committee

6  serves.

7         A primary factor in the Meruelo Committee's decision to support the Sale Program

8  is the valuation evidence the Debtor submitted through the testimony of the president of

9  Kennedy Wilson Auction Group, Inc. ("Kennedy"), the Debtor's proposed broker for the

10  Sales Program.  As reflected in the Declaration of Richard A. "Rhett" Winchell, the Debtor

11  places the value of the Debtor's Property at anywhere between at least $105,534,500 to

12  at least $127,150,000.[2]

13         The Meruelo Committee is aware of the wide discrepancy between these values

14  and the value Canpartners Realty Holding Company IV LLC ("Canpartners") has

15  attributed to the Debtor's Property.  Indeed, in connection with its relief from stay motion

16  filed in this case, Canpartners asserts that the Debtor's Property is worth only

17  $62,500,000.00[3] — a difference of $43,034,500 at the low end and $64,650,000 at the

18  high end when compared to the Debtor's range of values.  Significantly, Canpartners

19  contends it is owed at least $90,811,316.31 on account of its loan to the Debtor.[4]

20  Depending on which of the property values is more accurate, the Sale Program would

21  either be a waste of time and resources or a mechanism by which substantial revenues

22  could be generated.

23

24  [2]  The Debtor asserts that the figures in this range do not account for the added value of 6,800
25  square feet of ground floor commercial space expected to be leased to a restaurant.  Motion at
    10:26-27.

26  [3]  See "Real Property Declaration" appended to Canpartners's "Notice of Motion and Motion for
    Relief From the Automatic Stay Under 11 U.S.C. § 362," filed November 12, 2009, [Dkt. No. 86],
27  (the "Canpartners Stay Motion"), at ¶ 10.

28  [4]  See "Real Property Declaration" to the Canpartners Stay Motion, at ¶ 6.  The Debtor contends
    that the debt to Canpartners is approximately $84,000,000.00.  Motion at 3:22-24.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1     The Meruelo Committee notes, however, that the appraisal Canpartners submitted

2   in support of its valuation is "as of August 5, 2009."[5]  As a result, unlike the valuation

3   evidence submitted by the Debtor, the Canpartners appraisal fails to consider recent

4   auctions and other sales of multi-unit residential projects near or comparable to the

5   Debtor's Property that occurred subsequent to that appraisal date.  Those recent sale

6   events offer substantial support for the conclusion that the proposed Sale Program has

7   the potential to generate revenues in line with the Debtor's projections.

8     Based on the foregoing, except as specified below, the Meruelo Committee

9   requests that the Court authorize the Sale Program, including the other forms of relief

10   sought necessary to facilitate the sale of the condominium units.

11                               III.

12   **CONCERNS RELATING TO THE PROPOSED SELLER FINANCING PROGRAM**

13     As part of the Sale Program, the Debtor seeks authority to offer seller financing to

14   prospective purchasers who are unable to obtain loans from other lenders (the "Seller

15   Financing Program").  The Debtor seeks authority to offer seller financing during both

16   phases of the Sale Program (i.e., the initial auction and the subsequent conventional sale

17   program).  The Debtor asserts that the Seller Financing Program will "enhance the sale

18   process."  Motion at 6:1-3.

19     Although the Meruelo Committee does not dispute that the availability of seller

20   financing likely will facilitate additional sales, the Meruelo Committee has the following

21   concerns regarding the Seller Financing Program.  First, the Debtor proposes to offer

22   financing at a fixed interest rate of 6% per annum.  Motion at 6:6-7.  The Meruelo

23   Committee notes that the rate offered by the Debtor is only half of the current 12%

24   contract rate accruing on its loan from Canpartners, and just one-third of the 18% default

25   rate on the Canpartners loan.

26     Second, the Meruelo Committee is concerned that the availability of seller

27   financing may result in sales of condominium units to "unqualified" buyers who are at a

28

---

[5]   See Exhibit E to the Canpartners Stay Motion, at pp. 2, 7.

1  higher risk of default in the future.  The Motion does not provide any real mechanism by

2  which this Court and parties in interest could determine whether the Debtor's provision of

3  financing to any particular prospective buyer is appropriate.

4      Finally, among the reasons a prospective buyer may not be able to obtain

5  financing from an independent lender is that lender's determination that the unit at issue

6  does not have sufficient value to justify the amount of the loan sought.  As a result,

7  authorizing the Seller Financing Program runs the risk of creating a false sense of the

8  actual value of the condominium units.

9      To address these concerns to some extent, the Meruelo Committee requests that,

10  at this time, the Court only authorize the Seller Financing Program with respect to the

11  initial auction of the first 48 units, subject to reconsideration after and based on the first

12  sale phase.  More specifically, upon conclusion of the initial sale event, the Debtor should

13  be required to file with the Court a report disclosing the number of units sold, the

14  purchase price for each unit and the type and amount of financing involved in the sale of

15  each unit.  This will allow the Court and interested parties to more accurately assess the

16  propriety of the Seller Financing Program before additional seller financing is authorized.

17                              IV.

18                          **CONCLUSION**

19      Based on the foregoing and the reasons state in the Motion, subject to the

20  limitations discussed regarding the Seller Financing Program, the Meruelo Committee

21  requests that this Court grant the Motion.

22

23  DATED:  December 4, 2009        **Sulmeyer**Kupetz
                                    A Professional Corporation

24

25

26                          By:  /s/ Dean G. Rallis Jr.
                                 Dean G. Rallis Jr.
27                               Bankruptcy Counsel for the Official
                                 Committee of Unsecured Creditors

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| In re:<br><br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC<br><br>                                    Debtor. | CHAPTER: 11<br><br>CASE NUMBER:  1:09-bk-21621 KT |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as **"STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE RELATED BANKRUPTCY CASES OF THE DEBTOR'S AFFILIATES IN RESPONSE TO DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF CONDOMINIUM UNITS FREE AND CLEAR OF LIENS AND FOR OTHER RELIEF [DKT. NO. 88]"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Office of the United States Trustee — ustpregion16.wh.ecf@usdoj.gov
- Jennifer L. Braun, Esq. – Office of the U.S. Trustee — jennifer.l.braun@usdoj.gov
- Katherine Bunker, Esq. – Office of the U.S. Trustee — kate.bunker@usdoj.gov
- Counsel for Debtors – John N. Tedford, Esq. — jtedford@dgdk.com
- Counsel for Debtors – John J. Bingham, Jr., Esq. — jbingham@dgdk.com
- Counsel for Debtors – Aaron De Leest, Esq. — aed@dgdk.com
- Counsel for Debtors – Michael C. Abel, Esq. — mca@dgdk.com
- Counsel for Debtors – Julia W. Brand, Esq. — jwb@dgdk.com
- Counsel for Debtors – Jennifer L. Nassiri, Esq. — jennifer.nassiri@dlapiper.com
- Michael D. Breslauer, Esq. – Courtesy NEF — mbreslauer@swsslaw.com
- Counsel for Can Partners Realty – Lisa Hill Fenning, Esq. — Lisa.Fenning@aporter.com
- Counsel for Can Partners Realty Holding Co. – Lance N. Jurich, Esq. — ljurich@loeb.com
- Counsel for Kathryn Anderson Craneveyor Corp. – Kathryn T. Anderson — kanderson@rutan.com
- Asa S. Hami, Esq. – Courtesy NEF — ahami@sulmeyerlaw.com
- David W. Hercher, Esq. – Courtesy NEF — dave.hercher@millernash.com
- Counsel for KCS West, Inc. – William W. Huckins, Esq. — whuckins@allenmatkins.com
- Tamar Kouyoumjian, Esq. – Courtesy NEF — tkouyoumjian@sulmeyerlaw.com
- Counsel for L.A. County Treasurer & Tax Collector – Barry S. Glaser, Esq. — bglaser@swjlaw.com
- Elmer D. Martin, Esq. – Courtesy NEF — elmermartin@msn.com
- Counsel for Mr. Crane, Inc. – Cathrine M. Castaldi, Esq. — ccastaldi@rusmiliband.com
- Counsel for Pacific Stair Company – Lynsey M. Eaton, Esq. — leaton@gglts.com
- Dean G. Rallis, Jr., Esq. – Courtesy NEF — drallis@sulmeyerlaw.com
- Counsel for Richard Smith Custom Concrete, Inc. – Sharon C.Hughes, Esq. — schug98@aol.com
- Kirsten A. Roe, Esq. – Courtesy NEF — kroe@wthf.com
- Victor A. Sahn, Esq. – Courtesy NEF — vsahn@sulmeyerlaw.com
- Counsel for Wells Fargo Bank, N.A. – John A. Graham, Esq. — jag@jmbm.com
- Counsel for Warner Constructors, Inc. – Daniel J. McCarthy, Esq. — dmccarthy@hillfarrer.com
- James A. Timko, Esq. – Courtesy NEF — jtimko@allenmatkins.com

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC<br><br>Debtor. | CHAPTER: 11<br><br>CASE NUMBER:  1:09-bk-21621 KT |
|---|---|

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On ___December 4, 2009,  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Kathleen Thompson
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 305
Woodland Hills, CA 91367-6606

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 4, 2009 | Kathleen Fox | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 606685.1

F 9013-3.1

| In re:<br><br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC | CHAPTER: 11 |
|---|---|
| Debtor. | CASE NUMBER:  1:09-bk-21621 KT |

## ADDITIONAL SERVICE INFORMATION (if needed):

### SERVICE VIA U.S. MAIL
### *20 LARGEST CREDITORS*

SCS Flooring Systems
Attn:  John Diesenbruch
6330 San Vicente Blvd., #110
Los Angeles, CA  90048

Martin Bros./Marcowall, Inc.
Attn:  Robert Klugh
17104 S. Figueroa St.
PO Box 2089
Gardena, CA  90247

Architectural Glass & Alum
Attn:  Joanna Lefler
151 Marina Village Pkwy, Suite 101
Alameda, CA  94501

Architectural Glass & Aluminum Co., Inc.
David F. Myers, Esq.
Wolkin Curran LLP
555 Montgomery St., Suite 1100
San Francisco, CA  94111

Architectural Glass And Aluminum Co.
Attn:  Dennis Jean
1911 Union St.
Oakland, CA  94607

Helix Electric, Inc.
Attn:  Casey Long
P.O. Box 85298
San Diego, CA  92186

KCS West, Inc.
c/o William W. Huckins, Esq.
Allen Matkins et al.
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4015

Mitsubishi Electric & Electronics USA Inc.
Attn:  Michael Corbo
5665 Plaza Dr.
Cypress CA  90630

XL Fire Protection
Attn:  Linda Evans
3022 N. Hesperian Way
Santa Ana, CA  92706

DK Mechanical Contractors
Attn:  Gary Brubaker
3870 E. Eagle Dr.
Anaheim CA  92807

ACCO Engineered Systems
Attn:  Ron Falasca
6265 San Fernando Road
Glendale, CA  92102

Certified Swimming Pools
Attn:  Kari P. Shaw
130 N. Hollywood Way
Burbank, CA  91505

Mr. Crane, Inc.
Attn:  Julie Woods
647 N. Hariton St.
Orange, CA  92868

Sapa Profiles, Inc.
Attn:  Steven Watkins
7320 N.E. 55th St.
Portland, OR  97218

Mirrors, Showers & Wardrobes
Attn:  Kathleen R. Peffer
26121 Avenue Hall
Valencia, CA  92355

Angelus Waterproofing & Restoration
Attn:  Cindy Martlaro
13217 Barton Circle
Whittier, CA  90605

Pacific Pride
Attn:  Christine Chow
2738 Potrero Ave.
El Monte, CA  91731

Funes Architecture
Attn:  Manuel Funes AIA
761 Terminal Street
Los Angeles, CA  90021

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 606685.1

F 9013-3.1

| | |
|---|---|
| In re:<br><br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC<br><br>                                        Debtor. | CHAPTER: 11<br><br>CASE NUMBER:  1:09-bk-21621 KT |

Complete Door Systems
Attn:  Toby Svarc
14221 Fern Ave.
Chino, CA  91710


### _MECHANICS LIEN CREDITORS_


Gonsalves And Santucci, Inc.
dba CONCO
Attn:  Rick Parker
5141 Commercial Circle
Concord, CA  94520

James Maddox, Esq.
American Heritage Landscape L.P.
Canoga Park, CA  91303

Pacific Stair Company
Attn:  Tim Bradley
851 S. Western Ave.
Anaheim, CA  92804

Warner Constructors, Inc.
c/o Daniel J. McCarthy
300 S. Grand Ave, 37th Fl
Los Angeles, CA  90071

Harris and Ruth Painting
Attn:  Mark Heydorff
2107 W. San Bernardino Road
West Covina, CA  91790

Seeley Brothers
Attn:  Michele M. Walthers
1400 Moonstone
Brea, CA  92821

Mckendry Door Sales
Attn:  Steve McKendry
16026 Carmentia Road
Cerritos, CA  90703

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.