JOHN J. BINGHAM, JR. (State Bar No. 075842)
jbingham@dgdk.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@dgdk.com
JULIA W. BRAND (State Bar No. 121760)
jbrand@dgdk.com
ZEV SHECHTMAN (State Bar No. 266280)
zshechtman@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Debtor and Debtor-in-Possession
Meruelo Maddux – 845 S. Flower Street, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX - 845 S. FLOWER STREET, LLC,

    Debtor and Debtor-in-Possession.

) Case No. 1:09-bk-21621-KT
)
) Chapter 11
)
) **MONTHLY OPERATING**
) **REPORT NUMBER 5**
) **(FOR THE MONTH ENDING**
) **JANUARY 31, 2010)**
)
) [No hearing required]

348303.02 [XP]    25293

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| 845 S. Flower Street and Chinatown | Case Number: | SV09-21621-KT and SV09-21622-KT (see attachment) |
| | Operating Report Number: | 5 |
| Debtor(s). | For the Month Ending: | 1/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

# SEE ATTACHMENT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

3. BEGINNING BALANCE:     0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify) _____
   **Other (Specify) _____

   TOTAL RECEIPTS THIS PERIOD:     0.00

5. BALANCE:     0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)     0.00
   Disbursements (from page 2)     0.00

   TOTAL DISBURSEMENTS THIS PERIOD:***     0.00

7. ENDING BALANCE:     0.00

8. General Account Number(s): _____

   Depository Name & Location: _____

---

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

I. CASH RECEIPTS AND DISBURSEMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 21621 | 21621 | 21621 | 21621 | 21621 | 21621 |
| Month Ending: | 01/31/2010 | 01/31/2010 | 01/31/2010 | 01/31/2010 | 01/31/2010 | 01/31/2010 |
| Account Number: | ●●●●0087 | ●●●●0079 | ●●●●5039 | ●●●●0060 | ●●●●5036 | ●●●●6863 |
| Depository Name & Location | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | EastWest Bank 1881 W. Main St., 2nd Flr Alhambra, CA 91801 |
| | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC |
| 1. Total Prior Receipts | 15,339.16 | 253.00 | 9,584,209.93 | 8,509.23 | 363.01 | 59,649.15 |
| 2. LESS: Total Prior Disbursements | 10,755,803.67 | 369.00 | 9,584,220.93 | 889,375.72 | 530,700.20 | 57,850.51 |
| 3. Beginning Balance | 2,720,563.63 | (116.00) | 316.00 | 3,406,730.49 | (97.91) | 2,209.25 |
| 4. Receipts During Current Period | | | | | | |
| A/R - Post Filing | 0 | 0 | 0 | 0 | 0 | 0 |
| A/R - Pre Filing | 0 | 0 | 0 | 0 | 0 | 0 |
| General Sales | 0 | 0 | 0 | 0 | 0 | 2,215.00 |
| Intercompany Receipts | 1,109.82 | 131.00 | 85,048.51 | 1,008.91 | 135.00 | 0 |
| TOTAL RECEIPTS | 1,109.82 | 131.00 | 85,048.51 | 1,008.91 | 135.00 | 2,215.00 |
| 5. BALANCE | 2,721,673.45 | 15.00 | 85,364.51 | 3,407,739.40 | 37.09 | 4,424.25 |
| 6. LESS: Disbursements | | | | | | |
| Transfers to other DIP Accounts | 85,029.51 | 0 | 0 | 0 | 0 | 0 |
| Disbursements | 0 | 131.00 | 85,380.51 | 923,598.08 | 135.00 | 3,616.74 |
| TOTAL Disbursements | 85,029.51 | 131.00 | 85,380.51 | 923,598.08 | 135.00 | 3,616.74 |
| 7. Ending Balance | 2,636,643.94 | (116.00) | (16.00) | 2,484,141.32 | (97.91) | 807.51 |

I. CASH RECEIPTS AND DISBURSEMENTS

| Case Number: | 21621 | 21622 | | |
|---|---|---|---|---|
| Month Ending: | 01/31/2010 | 01/31/2010 | | |
| Account Number: | ███████357 | ███████2201 | | |
| Depository Name & Location: | EastWest Bank | EastWest Bank | | |
| | 1881 W. Main St., 2nd Flr | 1881 W. Main St., 2nd Flr | | |
| | Alhambra, CA 91801 | Alhambra, CA 91801 | | |
| | 845 S. Flower Street, LLC | Meruelo Chinatown, LLC | | Total |
| 1. Total Prior Receipts | 12,737.71 | 53,647.82 | | 9,734,709.01 |
| 2. LESS: Total Prior Disbursements | 0 | 54,827.79 | | 21,873,147.82 |
| 3. Beginning Balance | 5,089,136.58 | 471.23 | | 11,219,213.27 |
| 4. Receipts During Current Period | | | | |
|     A/R - Post Filing | 0 | 0 | | 0 |
|     A/R - Pre Filing | 0 | 0 | | 0 |
|     General Sales | 0 | 7,500.00 | | 9,715.00 |
|     Intercompany Receipts | 2,886.17 | 0 | | 90,319.41 |
| TOTAL RECEIPTS | 2,886.17 | 7,500.00 | | 100,034.41 |
| 5. BALANCE | 5,092,022.75 | 7,971.23 | | 11,319,247.68 |
| 6. LESS: Disbursements | | | | |
|     Transfers to other DIP Accounts | 0 | 0 | | 85,029.51 |
|     Disbursements | 0 | 0 | | 1,012,861.33 |
| TOTAL Disbursements | 0 | 0 | | 1,097,890.84 |
| 7. Ending Balance | 5,092,022.75 | 7,971.23 | | 10,221,356.84 |

I. Cash Receipts and Disbursements
Page 2 of 2

I. TOTAL DISBURSEMENTS FROM ALL ACCOUNTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Case # | Entity | Acct # | Check Number | Internal Vendor Code | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 6863 | 924 | eddy-x | Eddy Juarez | Christmas decorations for sidewalk and lobby area | 0.00 | 753.91 | 753.91 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 3754 | aicco | AICCO, Inc. | Jan10 Wire Out | 0.00 | 24,631.38 | 24,631.38 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145415 | latimes | Los Angeles Times | Jan10 Wire Out | 0.00 | 2,212.70 | 2,212.70 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145416 | pitney2 | Pitney Bowes Inc | a/c 2161-113-86-2  Jan10 Wire Out | 0.00 | 106.32 | 106.32 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145417 | pitney2 | Pitney Bowes Inc | a/c 8000-9090-0538-3802 Jan10 Wire Out | 0.00 | 42.00 | 42.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145418 | v0000573 | dba: LA/San Fernando Valley Apt Guide | Jan10 Wire Out | 0.00 | 6,575.00 | 6,575.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145419 | v0000643 | dba Network Communications Inc | Jan10 Wire Out | 0.00 | 10,168.00 | 10,168.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145421 | office | Office Depot | Jan10 Wire Out | 0.00 | 523.67 | 523.67 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 1807 | v0000039 | GPS Security | Jan10 Wire Out | 0.00 | 27,032.00 | 27,032.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145413 | v0000733 | First Advantage Saferent | Jan10 Wire Out | 0.00 | 208.60 | 208.60 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145414 | v0000734 | For Rent Magazine | Jan10 Wire Out | 0.00 | 10,506.00 | 10,506.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145420 | v0000735 | Allegra Print and Imaging | Jan10 Wire Out | 0.00 | 196.15 | 196.15 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145422 | v0000736 | Filter Fresh | Jan10 Wire Out | 0.00 | 281.33 | 281.33 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145423 | v0000737 | Can You Imagine | Jan10 Wire Out | 0.00 | 327.36 | 327.36 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 30145424 | v0000738 | Weaver Multimedia Group | Jan10 Wire Out | 0.00 | 2,500.00 | 2,500.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 6863 | JE 23673 | | The Gas Company | SoCalGas 11/2/09-12/3/09 | 0.00 | 2,862.83 | 2,862.83 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0060 | JE 23935 | | City National Bank | 1/10 Interest Payment For 12/09 | 0.00 | 923,598.08 | 923,598.08 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0079 | JE 23935 | | City National Bank | Bank Fee | 0.00 | 5.00 | 5.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0036 | JE 23936 | | City National Bank | Bank Fee | 0.00 | 5.00 | 5.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0079 | JE 23936 | | City National Bank | Bank Fee | 0.00 | 5.00 | 5.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0036 | JE 23937 | | City National Bank | Bank Fee | 0.00 | 5.00 | 5.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0079 | JE 23937 | | City National Bank | Bank Fee | 0.00 | 5.00 | 5.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0039 | JE 23939 | | City National Bank | Domestic Wire Fee | 0.00 | 35.00 | 35.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0087 | JE 23940 | | 113015039 | Inter-Company - Inter-Bank Transfer | 85,029.51 | 0.00 | 85,029.51 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0039 | JE 23941 | | City National Bank | Domestic Wire Fee | 0.00 | 35.00 | 35.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0036 | JE 23942 | | City National Bank | Maintenance and Periodic Fee | 0.00 | 120.00 | 120.00 |
| 1/31/2010 | 21621 | 845 S. Flower Street, LLC | 0079 | JE 23942 | | City National Bank | Maintenance and Periodic Fee | 0.00 | 116.00 | 116.00 |
| | | | | | | | | 85,029.51 | 1,012,861.33 | 1,097,890.84 |

I. BANK RECONCILIATION

| CASE NO. | ENTITY | ACCOUNT NO. | STATEMENT DATE | | STATEMENT BALANCE |
|---|---|---|---|---|---|
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●0087 | Statement Date: | 01/31/2010 Statement Bal: | 2,636,643.94 |
| | | | | ADJUSTED BANK BALANCE | 2,636,643.94 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●0079 | Statement Date: | 01/31/2010 Statement Bal: | -116.00 |
| | | | | ADJUSTED BANK BALANCE | -116.00 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●5039 | Statement Date: | 01/31/2010 Statement Bal: | -16.00 |
| | | | | ADJUSTED BANK BALANCE | -16.00 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●0060 | Statement Date: | 01/31/2010 Statement Bal: | 2,484,141.32 |
| | | | | ADJUSTED BANK BALANCE | 2,484,141.32 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●5036 | Statement Date: | 01/31/2010 Statement Bal: | -97.91 |
| | | | | ADJUSTED BANK BALANCE | -97.91 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●6863 | Statement Date: | 01/31/2010 Statement Bal: | 807.51 |
| | | | | 910    12/03/2009 | 343.00 |
| | | | | 914    12/07/2009 | 121.00 |
| | | | | 925    01/18/2010 | 9.94 |
| | | | | 926    01/18/2010 | 274.84 |
| | | | | TOTAL OUTSTANDING CHECKS | 748.78 |
| | | | | ADJUSTED BANK BALANCE | 58.73 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ●0357 | Statement Date: | 01/31/2010 Statement Bal: | 5,092,022.75 |
| | | | | ADJUSTED BANK BALANCE | 5,092,022.75 |
| 21622 | Meruelo Chinatown, LLC Debtor-In-Possession | ●2201 | Statement Date: | 01/31/2010 Statement Bal: | 7,971.23 |
| | | | | 01/29/2010 | 1,500.00 |
| | | | | TOTAL DEPOSITS IN TRANSIT | 1,500.00 |
| | | | | 254    10/19/2009 | 362.50 |
| | | | | 266    01/28/2010 | 650.00 |
| | | | | TOTAL OUTSTANDING CHECKS | 1,012.50 |
| | | | | ADJUSTED BANK BALANCE | 8,458.73 |
| | | | | Statement Bal Total: | 10,221,356.84 |

I. D.  SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD: 01/10
(Provide a copy of monthly account statements for each of the below)

| CASE NO. | ENTITY | | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---:|
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 0087 | 2,636,643.94 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 0079 | (116.00) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 5039 | (16.00) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 0060 | 2,484,141.32 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 5036 | (97.91) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 6863 | 807.51 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | 0357 | 5,092,022.75 |
| 21622 | Meruelo Chinatown, LLC | Debtor-In-Possession | 2201 | 7,971.23 |
| | | | TOTAL | 10,221,356.84 |

Note:  We do not have petty cash accounts.

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Entity | Case No. | Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment** | Post-Petition payments not made (Number) | Total Due** |
|---|---|---|---|---|---|---|
| **Secured Creditors:** | | | | | | |
| Meruelo Maddux - 845 S. Flower Street, LLC | 21621 | Canyon Capital Realty Advisors | Monthly | 928,370.00 | 3 | 2,696,186.84 |
| | | | | | | |
| **Lessor:** | | | | | | |
| | | | | | | |
| **Executory Contracts / Employment Agreements*:** | | | | | | |
| | | | | | | |
| | | | | | 928,370.00 | **TOTAL DUE:** 2,696,186.84 |

*Currently, no Executory Contracts have been assumed or rejected.
**The "amount of payment" may vary due to factors such as the number of days in a month and variable rates; therefore, the "total due" is generally the amount previously accrued plus current month.
***We made adjustments to the accrued interest rate to exclude the default rate.

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD: JANUARY 1 - 31, 2010

Gross Sales Subject to Sales Tax: 0.00
Total Wages Paid: 0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | N/A |
| State Withholding | 0.00 | 0.00 | N/A |
| FICA- Employer's Share | 0.00 | 0.00 | N/A |
| FICA- Employee's Share | 0.00 | 0.00 | N/A |
| Federal Unemployment | 0.00 | 0.00 | N/A |
| Sales and Use | 0.00 | 0.00 | N/A |
| Real Property | 0.00 | 0.00 | N/A |
| Real Property | 0.00 | 0.00 | N/A |
| Other: | | | |
| **TOTAL:** | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 0.00 | 0.00 | 8,250.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | (6,113.49) | 0.00 | 23,250.00 |
| 91 - 120 days | 3,120.00 | 0.00 | 22,500.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | (2,993.49) | 0.00 | 54,000.00 |

## V. INSURANCE COVERAGE

Waived by Ms. Maria Marquez. See Insurance Schedule previously provided

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Case # | Entity | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|---|---|
| 12/31/2009 | 21622 | Meruelo Chinatown, LLC |  | 650 | 01/28/2010 | 650 | 0 |
| 09/30/2009 | 21622 | Meruelo Chinatown, LLC |  | 325 | 10/22/2009 | 325 | 0 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
| None |  |  | 0.00 |
|  |  |  |  |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
| None |  |  | 0.00 |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# 845 South Flower Street and Chinatown
## Statement of Income of Debtors-In-Possession
## For January 2010

| | Meruelo Maddux - 845 S. Flower Street, LLC 21621 | Meruelo Chinatown, LLC 21622 |
|---|---:|---:|
| **REVENUE** | | |
| Rental Income | - | 8,250 |
| Management Fees | - | - |
| Other Income | - | 9,000 |
| **TOTAL REVENUE** | - | 17,250 |
| | | |
| **OPERATING EXPENSES** | | |
| Direct Corporate Property Management | - | - |
| Payroll - Insiders | - | - |
| Property Administration | 251 | 650 |
| Cleaning | - | - |
| General Building | - | - |
| Insurance | - | 117 |
| Repairs and Maintenance | - | - |
| Real Property Taxes | - | 6,580 |
| Security | - | - |
| Utilities | - | 363 |
| Depreciation and Amortization | - | - |
| Stock Compensation | - | - |
| General and Administrative | - | - |
| Misc Operating Expense | | |
| **TOTAL OPERATING EXPENSES** | 251 | 7,709 |
| | | |
| **Net Income/(Loss) from Operations** | (251) | 9,541 |
| | | |
| **NON-OPERATING INCOME** | | |
| Interest Income | 5,205 | - |
| Gain on Sale of Asset | - | - |
| Other | | |
| **TOTAL NON-OPERATING INCOME** | 5,205 | - |
| | | |
| **NON-OPERATING EXPENSES** | | |
| Interest Expense | - | - |
| Legal and Professional | - | - |
| Impairment Loss on Real Estate | - | - |
| Provision (Benefit) for Income Taxes | - | - |
| Minority Interests | - | - |
| **TOTAL NON-OPERATING EXPENSES** | - | - |
| | | |
| **NET INCOME/(LOSS)** | 4,954 | 9,541 |

Schedule IX

11

# 845 South Flower Street and Chinatown
## Balance Sheet of Debtors-In-Possession
## As of January 31, 2010

|  | Meruelo Maddux - 845 S. Flower Street, LLC 21621 | Meruelo Chinatown, LLC 21622 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Unrestricted Cash | 59 | 8,459 |
| Restricted Cash | 10,212,578 | - |
| Accounts Receivable | - | 54,000 |
| Notes Receivable | - | - |
| Prepaid Expenses | 384,461 | - |
| **Total Current Assets** | 10,597,098 | 62,459 |
| | | |
| Investment in Real Estate | 93,092,220 | 7,737,449 |
| Accumulated Depreciation | - | - |
| **Net Investment in Real Estate** | 93,092,220 | 7,737,449 |
| | | |
| **Other Assets (Net of Amoritization)** | | |
| Due to Affiliates, Net | (73,546,867) | (6,413,736) |
| Due from Insiders | | |
| Other Assets | - | - |
| **Total Other Assets** | (73,546,867) | (6,413,736) |
| **TOTAL ASSETS** | 30,142,451 | 1,386,171 |
| | | |
| **LIABILITIES** | | |
| **Post-Petition Liabilities** | | |
| Accounts Payable | 2,558,377 | 688 |
| Taxes Payable | - | 6,580 |
| Notes Payable | | |
| Professional Fees | - | - |
| Secured Debt | | |
| Other | - | - |
| **Total Post-Petition Liabilities** | 2,558,377 | 7,268 |
| **Pre-Petition Liabilities** | | |
| Secured Liabilities | 84,000,000 | - |
| Priority Liabilities | | |
| Unsecured Liabilities | 229,957 | 1,080 |
| Other | 346,149 | |
| **Total Pre-Petition Liabilities** | 84,576,106 | 1,080 |
| **TOTAL LIABILITIES** | 87,134,483 | 8,348 |
| **MINORITY INTEREST** | - | - |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Pre-Petition Stockholders' Equity | (57,032,393) | 1,270,991 |
| Post-Petition Profit/(Loss) | 40,361 | 106,833 |
| Direct Charges to Equity | | |
| **TOTAL STOCKHOLDERS' EQUITY** | (56,992,031) | 1,377,823 |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | 30,142,451 | 1,386,171 |

Schedule X

# 845 S Flower Street and Chinatown
## January's Report
### XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X |  |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X |  |

3. State what progress was made during the reporting period toward filing a plan of reorganization:

During the previous reporting period, Meruelo Maddux - 845 S. Flower Street, LLC ("845 S. Flower"), together with Meruelo Chinatown, LLC under case no. 1:09-bk-21622-KT ("Chinatown") and Meruelo Maddux Properties and its 53 affiliate debtors jointly administered under case no. 1:09-bk-13356-KT (the "MMPI Case"), filed a joint and consolidated Chapter 11 plan of reorganization and disclosure statement. A hearing on the approval of the disclosure statement was held on January 20, 2010. The Court declined to approve the disclosure statement at that time, and set a further hearing on the disclosure statement. As a result of the hearing and various other factors, 845 S. Flower and Chinatown are preparing to file their First Joint Amended Disclosure Statement and Joint Amended Plan of Reorganization separate from the amended plan to be filed in the MMPI Case.

The hearing on 845 S. Flower's motion to sell condominium units in its luxury condominium tower (the "Project") to third party purchasers, free and clear of liens, and other related requests for relief to assist in the execution of the sale (the "Sale Motion") was held on December 17, 2009. A continued hearing was held on January 8, 2010. The Court denied the motion without prejudice to the Debtor including its sale program in a plan of reorganization. As discussed above, 845 S. Flower and Chinatown are preparing to file an amended plan that provides for the sale of the condominium in units through a sale program or the sale of the Project as a whole.

4. **Describe potential future developments which may have a significant impact on the case:**

In a previous reporting period, Canpartners filed a motion for relief from stay with respect to the Project. 845 S. Flower Street contested the motion and disputed that Canpartners is entitled to relief from the automatic stay on any grounds. A continued hearing on the motion took place on January 8, 2010. The Court authorized further briefing and set a further hearing on the motion for February 5, 2010. At that time, the Court set March 12, 2010 for a continued evidentiary hearing on the valuation of the Project. The outcome of this motion will have an impact on 845 S. Flower's plan.

In a previous reporting period, Canpartners also filed an adversary proceeding against 845 S. Flower and Chinatown seeking declaratory relief that Canpartners is not required to release its lien on Chinatown's real property as required under Canpartners' Loan Agreement with 845 S. Flower. 845 S. Flower and Chinatown contest the relief requested in the declaratory relief action and continue to assert that Canpartners is required to release its lien on the Chinatown property once 845 S. Flower obtains an Acceptable Temporary Certificate of Occupancy (as defined in the Loan Agreement). A status conference on this matter was held on January 8, 2010. The Court set March 12, 2010 for a hearing on motions for summary judgment to be filed by the parties. A continued status conference will also be held on that date. The outcome of this litigation may have an impact on the case.

5. **Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.**

   None

|  | No | Yes |
|---|---|---|
| 6. **Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.** | X |  |

I, Richard Meruelo, Chief Executive Officer, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_2/16/2010_    _[signature]_
Date    Principal for Debtor-in-Possession

| In re: |  | CHAPTER: 11 |
|---|---|---|
|  | MERUELO MADDUX - 845 S. FLOWER STREET, LLC | CASE NO.: 1:09-bk-21621-KT |
|  | Debtor(s). | ADV. NO: |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   2029 Century Park East, Third Floor
   Los Angeles, California 90067-2904

A true and correct copy of the foregoing document described as **MONTHLY OPERATING REPORT NUMBER 5 (FOR THE MONTH ENDING JANUARY 31, 2010)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 16, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On **February 16, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**U.S. Mail:**
Debtors: Meruelo Maddux Properties, Inc. Attn: Todd W. Nielsen, 761 Terminal Street, Building 1, 2nd Floor, Los Angeles, CA 90021

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 16, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery:**
Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd, Bin outside of Elevators on 3rd Fl. Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/16/2010 | Gloria E. Ramos | /s/ Gloria E. Ramos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9013-3.1**
348303.02 [XP]   25293

| In re: | | CHAPTER: 11 |
|---|---|---|
| MERUELO MADDUX - 845 S. FLOWER STREET, LLC | | CASE NO: 1:09-bk-21621-KT |
| | Debtor(s). | ADV NO.: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **BY NOTICE OF ELECTRONIC FILING ("NEF")**

- Kathryn T Anderson    kanderson@rutan.com
- John J Bingham    jbingham@dgdk.com
- Julia W Brand    jwb@dgdk.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
- Aaron De Leest    aed@dgdk.com
- Lynsey M Eaton    leaton@gglts.com
- Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Barry S Glaser    bglaser@swjlaw.com
- John A Graham    jag@jmbm.com
- Asa S Hami    ahami@sulmeyerlaw.com
- David W Hercher    dave.hercher@millernash.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Sharon C Hughes    schug98@aol.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
- Elmer D Martin    elmermartin@msn.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Dean G Rallis Jr    drallis@sulmeyerlaw.com
- Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- Marian K Selvaggio    selvaggio@huntortmann.com
- Shashauna Szczechowicz    sszczechowicz@wolkincurran.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-3.1

348303.02 [XP]    25293

| In re:                                          | CHAPTER: 11                |
|                                                 | CASE NO: 1:09-bk-21621-KT  |
| MERUELO MADDUX - 845 S. FLOWER STREET, LLC      | ADV NO.:                   |
|                                    Debtor(s).  |                            |

- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- James A Timko    jtimko@allenmatkins.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

348303.02 [XP]    25293

F 9013-3.1