In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC,

Debtor(s).

CHAPTER:  11

CASE NUMBER: 1:09-bk-21621-KT

## I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") and SERVED BY EMAIL

Kathryn T Anderson    kanderson@rutan.com (counsel for CraneVeyor)
John J Bingham    jbingham@dgdk.com
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com (counsel for Helix Elec.)
Cathrine M Castaldi    ccastaldi@rusmiliband.com (counsel for Mr. Crane)
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Aaron De Leest    aed@dgdk.com
Lynsey M Eaton    leaton@gglts.com (counsel for Pacific Stair)
Jeremy Faith    jfaith@goodmanfaith.com (counsel for SCS Flooring)
Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com (counsel for Canyon)
Daniel H Gill    ecf@ebg-law.com, dgill@ebg-law.com (counsel for Martin Bros.)
Barry S Glaser    bglaser@swjlaw.com (counsel for LA County)
Andrew A Goodman    agoodman@goodmanfaith.com (counsel for SCS Flooring)
John A Graham    jag@jmbm.com (counsel for Berkadia)
Asa S Hami    ahami@sulmeyerlaw.com (counsel for MMPI creditors' committee)
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com (counsel for KCS West)
Sharon C Hughes    schug98@aol.com (counsel for Richard Smith Custom Concrete)
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com (counsel for Canyon)
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Elmer D Martin    elmermartin@msn.com (counsel for East West)
Daniel J McCarthy    dmccarthy@hillfarrer.com (counsel for Warner Construction)
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com (counsel for Bank of America)
Dean G Rallis Jr    drallis@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com (counsel for Calex)
Victor A Sahn    vsahn@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Marian K Selvaggio    selvaggio@huntortmann.com (counsel for Martin Bros.)
Zev Shechtman    zshechtman@dgdk.com
Shashauna Szczechowicz    sszczechowicz@wolkincurran.com (counsel for Architectural Glass)
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com (counsel for Canyon)
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com (counsel for KCS West)
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Brett K Wiseman    bwiseman@aalaws.com (counsel for Angelus Waterproofing)

In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC,

Debtor(s).

CHAPTER: 11

CASE NUMBER: 1:09-bk-21621-KT

## II. SERVED BY OVERNIGHT MAIL

### MECHANICS' LIEN CREDITORS

ACCO Engineered Systems
Attn: Bill Henderson and Ron Falasca
6265 San Fernando Road
Glendale, CA 92102

American Heritage Landscape, LP
Attn: Angelica Yuson
7945 Deering Avenue
Canoga Park, CA 91304

American Heritage Landscape L.P.
Attn: Cindy Martlaro and Richard O. Hehir
7013 Owensmouth Ave.
Canoga Park, CA 91303

Bapko Metal, Inc.
Attn: Fred Bagatturian
838 N. Cypress St.
Orange, CA 92867

Buchanan Company
Attn: Melanie Overholt
1016 East Edna Place
Covina, CA 91724

Certified Swimming Pools
Attn: Kari P Shaw
1130 N Hollywood Way
Burbank, CA 91505

Complete Door Systems
c/o Curtiss Bonneville
929 N. Grand Avenue
Covina, CA 91724

CTMI
Attn: Susan Hung
15343 Minnesota Ave
Paramount, CA 90723

DK Mechanical Contractors
Attn: Gary Brubaker
3870 E Eagle Dr
Anaheim, CA 92807

Gonsalves & Santucci, Inc. dba Conco
c/o Allison N. Cooper
Marks, Golia & Finch, LLP
8620 Spectrum Center Blvd., Suite 900
San Diego, CA 92123

Graphic Display
Attn: Peter Lewlyn
2401 Hermosita Drive
Glendale, CA 91208

Harris and Ruth Painting
Attn: Mark Heydorff
2107 W. San Bernardino Road
West Covina, CA 91790

HI Teck Construction
Attn: Sarkis Misirian
14001 Ventura Blvd.
Sherman Oaks, CA 91423

Integrity Sheet Metal
Attn: Larry Shobe
319 Macarthur Way
Upland, CA 91786

Masonry Technology Inc.
Attn: Ray Alva
24385 Nandina Ave, #B
Moreno Valley, CA 92551

Mckendry Door Sales
Attn: Steve Mckendry
16026 Carmentia Road
Cerritos, CA 90703

Midwest Roofing
Attn: Mark Philpott
1305 W. 132nd Street
Gardena, CA 90247

Mirrors, Showers & Wardrobes
Attn: Kathleen R. Peffer
26121 Avenue Hall
Valencia, CA 91355

Mitsubishi Electric & Electronics, USA, Inc
Attn: Michael Corbo and Adam Stolen
5665 Plaza Drive
Cypress, CA 90630

| | |
|---|---|
| 1 | |
| 2 | Morrow Equipment Company<br>Attn: Bruce Hatkoff<br>16633 Ventura Blvd., Suite 940<br>Encino, CA 91436 |
| 3 | |

Morrow Equipment Company
Attn: Bruce Hatkoff
16633 Ventura Blvd., Suite 940
Encino, CA 91436

Pacific Pride
Attn: Christine Chow
2738 Poterro Ave
El Monte, CA 91731

Rolf Jenson and Assoc. Inc.
Attn: Tony Blackburn
1 Pointe Drive, Suite 210
Brea, CA 92821

S&S Rent a Fence
Attn: Robin Goebel
10232 Glenoaks Blvd.
Pacoima, CA 91331

SAFE-T-WALK INC.
Attn: David Creek
1536 West 25th Street, Suite 118
San Pedro, CA 90732

TO BE SERVED ON APRIL 14, 2010 VIA
FEDERAL EXPRESS

Sapa Profiles, Inc
Attn: Steven Watkins
7320 NE 55th St
Portland, OR 97218

Seeley Brothers
Attn: Michele M Walthers and Phil Norys
1400 Moonstone
Brea, CA 92821

Skymaster, Inc.
Attn: Ray Dominice
17837 Maclaren
City of Industry, CA 91744

Traffic Management Inv.
Attn: David Graham
2435 Lemon Avenue
Signal Hill, CA 90755

Valley Waterproofing
Attn: Maureen Mahoney
825 Civic Center Drive 6
Santa Clara, CA 95050

XL Fire Protection
c/o Theresa Crawford Tate
Crowford & Bangs, LLP
1290 E. Center Court Drive
Covina, CA 91724

**20 LARGEST UNSECURED CREDITORS**

Angel City Investment
Attn: Officer, Manager or General Agent
1100 S. Hope Street, #1407
Los Angeles, CA 90015

TO BE SERVED ON APRIL 14, 2010 VIA
FEDERAL EXPRESS

Apartment Magazine
Attn: Office Manager or General Agent
c/o Network Communications, Inc.
2305 Newpoint Parkway
Lawrenceville, GA 30043

Served via U.S. Mail
Department of Water and Power of
City of Los Angeles
Attn: Bankruptcy
P.O. Box 51111
Los Angeles, CA 90051

Dept. of Water & Power
Attn: Officer, Manager or General Agent
705 West 9th Street
Los Angeles, CA 90015

First American Title Insurance Co.
Attn: Frank L. Bryant, Title Officer
777 S. Figueroa Street, Suite 400
Los Angeles, CA 90017

Funes Architecture
Attn: Manuel Funes, AIA
761 Terminal Street
Los Angeles, CA 90021

Fuscoe Engineering
Attn: John Olivier
16795 Von Karman St., Suite 100
Irvine, CA 92606

Garnet Protective Services & Security
Attn: Officer, Manager or General Agent
10008 National Blvd., Suite 298
Los Angeles, CA 90034

| | |
|---|---|
| 1 | Glendon Company |
| 2 | Attn: Officer, Manager or General Agent |
| | 14946 Shoemaker Avenue, Unit N |
| 3 | Santa Fe Springs, CA 90670 |

Glendon Company
Attn: Officer, Manager or General Agent
14946 Shoemaker Avenue, Unit N
Santa Fe Springs, CA 90670

Hirsch Bedner Associates
c/o Jonathan O'Donnell
MBV Law
855 Front Street
San Francisco, CA 94111

**Served via U.S. Mail**
Hospitality Procurement Management
Attn: Officer, Manager or General Agent
P.O. Box 1667
El Segundo, CA 90245

L.P. Carreras & Associates
L.P. Carreras
9550 Firestone Boulevard, Suite 204
Downey, CA 90241

**Served via U.S. Mail**
LA Dept. of Water and Power
Attn: Officer, Manager or General Agent
P.O. Box 30808
Los Angeles, CA 90030

LA Dept of Water & Power
Bankruptcy Desk
Attn: Ms. Tocol
111 N. Hope Street, #732
Los Angeles, CA 90012

Legacy Partners Residential
Attn: Scott Morrison
5141 California Ave., Suite 100
Irvine, CA 92617

TO BE SERVED ON APRIL 14, 2010 VIA
FEDERAL EXPRESS
Lerch Bates and Assoc. Inc.
Attn: D. Orion Pepin
2529 Foothill Blvd., Suite 206
La Crescenta, CA 91214

Lerch Bates, Inc.
Attn: Officer, Manager or General Agent
8089 S. Lincoln Street, Suite 300
Littleton, CO 80122

TO BE SERVED ON APRIL 14, 2010 VIA
FEDERAL EXPRESS

Magnusson Klemencic Assoc. Inc.
Attn: Bill Christopher, CFO
1301 Fifth Avenue, Suite 3200
Seattle, WA 98101

TO BE SERVED ON APRIL 14, 2010 VIA
FEDERAL EXPRESS
Merritt and Harris Inc.
Attn: Officer, Manager or General Agent
90 John Street
New York, NY 10038

PGA Media
Attn: Peter Almqvist
6205 Hill Ave.
Whittier, CA 90601

PRATS, Inc.
Attn: Leo Pratz
3710 S. Robertson Street, #202
Culver City, CA 90232

Rhonda Slavik
1245 Potrero Avenue
San Francisco, CA 94110

Special Inspection Services, Inc.
Attn: Officer, Manager or General Agent
12460 Euclid Street, Suite 100B
Garden Grove, CA 92840

**GOVERNMENT AGENCIES**
**Served via U.S. Mail**
Department of Real Estate Legal
State of California
Attn: Officer, General or Managing Agent
P.O. Box 187007
Sacramento, CA 95818

Department of Real Estate
Attn: Officer, General or Managing Agent
320 West 4th Street, Suite 350
Los Angeles, CA 90013

**Served via U.S. Mail**
Franchise Tax Board
Attn: Officer, Manager or General Agent
P.O. Box 942857
Sacramento, CA 94257

1

**Served via U.S. Mail**
Internal Revenue Service
2  Centralized Insolvency Operations
P.O. Box 21126
3  Philadelphia, PA 19114

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## III. SERVED BY EMAIL

Howard Camhi, hcamhi@ecjlaw.com (counsel for Kennedy Funding Inc.)
Michael G Fletcher, mfletcher@frandzel.com (counsel for Cathay Bank)
Donald L Gaffney, dgaffney@swlaw.com (counsel for Bank of America)
Thomas M Geher, tmg@jmbm.com (counsel for Capmark Finance Inc.)
Bernard R Given, bgiven@frandzel.com (counsel for Cathay Bank)
Cara Hagan, carahagan@haganlaw.org
Brian T Harvey, bharvey@buchalter.com (counsel for California Bank & Trust)
Michael S Kogan, mkogan@ecjlaw.com (counsel for Kennedy Funding Inc.)
David E Leta, dleta@swlaw.com (counsel for FNBN-CMLCON I LLC)
Steven K Linkon, slinkon@rcolegal.com (counsel for Chinatrust Bank)
Elissa Miller, emiller@sulmeyerlaw.com (counsel for Committee)
Iain A W Nasatir, inasatir@pszjlaw.com (counsel for East West Bank and Legendary)
Michael H Raichelson,  mhr@cabkattorney.com (counsel for Stanford Group)
Michael B Reynolds, mreynolds@swlaw.com (counsel for FNBN-CMLCON I LLC)
Stephen Shiu, sshiu@swlaw.com (counsel for FNBN-CMLCON I LLC)
Daniel H Slate, dslate@buchalter.com (counsel for California Bank & Trust)
Surjit P Soni, surj@sonilaw.com (counsel for Legendary)
James Stang, jstang@pszjlaw.com (counsel for East West Bank and Legendary)
Alan G Tippie, atippie@sulmeyerlaw.com (counsel for Committee)
Jasmin Yang, jyang@swlaw.com (counsel for Bank of America)
WChristopher@mka.com (Magnusson Klemencic)