1 | JOHN J. BINGHAM, JR. (State Bar No. 075842)
*jbingham@dgdk.com*

2 | JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@dgdk.com*

3 | JULIA W. BRAND (State Bar No. 121760)
*jbrand@dgdk.com*

4 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor

5 | Los Angeles, California 90067-2904
Telephone:  (310) 277-0077

6 | Facsimile:  (310) 277-5735

7 | Attorneys for Debtor and Debtor-in-Possession,
Meruelo Maddux-845 S. Flower Street, LLC

8

FILED & ENTERED

APR 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 | **SAN FERNANDO VALLEY DIVISION**

12 | In re

13 | MERUELO MADDUX - 845 S. FLOWER
STREET, LLC,

14 |        Debtor and Debtor-in-

15 |        Possession.

16

17

18

19

20

)  Case No. 1:09-bk-21621-KT
)
)  Chapter 11
)
)  **ORDER AUTHORIZING SALE OF REAL**
)  **PROPERTY FREE AND CLEAR OF LIENS**
)  **AND WAIVER OF 14-DAY STAY PER**
)  **F.R.B.P. 6004(h)**
)
)  Date:  April 19, 2010
)  Time:  9:30 a.m.
)  Ctrm:  "301"
)       21041 Burbank Blvd.
)       Woodland Hills, CA 91367
)
)

21 | On April 19, 2010 at 9:30 a.m., the Court heard and considered the Debtor's *Motion for*

22 | *Order Authorizing  the Sale of Real Property Free and Clear of Liens* (the "Motion") filed by

23 | Meruelo Maddux – 845 S. Flower Street, LLC (the "Debtor"), the Honorable Kathleen Thompson,

24 | United States Bankruptcy Judge, presiding.  Appearances were as noted on the record at the

25 | hearing.

26 | The Court having considered the Motion, all papers filed by the Debtor in support thereof

27 | including the Declarations of John Charles Maddux and Richard Meruelo, all papers filed in

28 | response or objection thereto, having heard the statements of counsel at the hearing, having found

352101.3 [XP]                                                                                                                    25293

1    that Watermarke Properties, Inc., a California corporation, is a good faith purchaser within the

2    meaning of 11 U.S.C. § 363(m), having found that notice of the hearing and the Debtor's request

3    for authority to sell real property under § 363 was adequate and proper under the circumstances, for

4    good cause appearing,

5        **IT IS ORDERED THAT:**

6        1.        The Motion is granted in its entirety and all objections thereto are overruled.

7        2.        The Debtor is authorized to convey fee title to the real property commonly known as

8    705 West 9th Street, California, APN 5144-021-044 (the "Property") to Watermarke Properties,

9    Inc., a California corporation, or its assignee ("Watermarke"), for $110,000,000 (with a purchase

10    price credit of $500,000 in consideration of the Debtor not having to purchase or install window

11    coverings), pursuant to the terms and conditions of the Purchase and Sale Agreement and Joint

12    Escrow Instructions dated as of February 5, 2010, as amended by the  First Amendment to

13    Purchase and Sale Agreement and Joint Escrow Instructions dated as of March 5, 2010 and the

14    Second Amendment to Purchase and Sale Agreement and Joint Escrow Instructions dated as of

15    April 1, 2010 and the Post Closing Agreement dated as of April 1, 2010 that were collectively

16    attached as Exhibit "A" to the Declaration of John Charles Maddux appended to the Motion.  The

17    legal description of the Property is set forth in Exhibit "1" hereto.

18        3.        The sale shall be free and clear of all liens, claims, interests and encumbrances

19    ("Liens") against the Property, which Liens shall be removed from the Property, including without

20    limitation the following:  (a) all real property tax liens in favor of the County of Los Angeles (the

21    "County"); (b) all liens in favor of any creditors asserting or that may assert mechanics' liens

22    against the Property (collectively, the "Mechanics' Lien Creditors"); and (c) all liens in favor of

23    Canpartners Realty Holding Company IV LLC ("Canyon"), including, without limitation (i) the

24    deed of trust recorded on or about August 5, 2008, as instrument number 20081399532 in favor of

25    Canyon, to secure an indebtedness in the original principal sum of $84,000,000.00; (ii) the

26    Absolute Assignment of Leases, Rents and Income recorded on or about August 5, 2008 as

27    instrument number 20081399533 in favor of Canyon; and (iii) a financing statement filed by

28

2

352101.2 [XP]                                                                                                      25293

1  Canyon on or about August 5, 2008 as instrument number 20081399534 showing Canyon as the

2  secured party therein.

3         4.      At closing, the Debtor shall establish a segregated account at City National Bank

4  (the "Remaining Claims Fund"), which may be one of the Debtor's existing construction reserve

5  accounts at City National Bank, to hold funds for payment of the unpaid or disputed Mechanics'

6  Lien Claims and unsecured claims against the Debtor's estate and payment of fees and expenses

7  incurred by Canyon in connection therewith as provided in the Debtor's Settlement Agreement

8  with Canyon (the "Canyon Settlement Agreement").  The Liens of the Mechanics' Lien Creditors

9  shall attach to the Remaining Claims Fund to the same extent and with the same validity and

10  priority as such Liens had in the Property immediately prior to the closing of the sale.   At closing,

11  the Remaining Claims Fund shall be funded in an amount not to exceed $10,462,268.12, comprised

12  of $8,862,628.12 representing the maximum amount of all unpaid or disputed Mechanics Lien

13  Claims (which amount shall be reduced by any Mechanics' Lien Claims paid after entry of this

14  order but prior to closing of the sale), $100,000 for payment of unsecured claims and $1,500,000 as

15  provided in the Canyon  Settlement Agreement.  The Remaining Claims Fund shall be funded with

16  the remaining funds from the Debtor's construction reserve accounts at City National Bank and

17  East West Bank plus proceeds of the sale sufficient to fully fund the Remaining Claims Fund.  East

18  West Bank shall transfer the funds held in the construction reserve account number 0080360357 to

19  the Remaining Claim Fund on or prior to closing of the sale.

20         5.      The Debtor is authorized to pay through escrow all real property taxes and related

21  charges owed to the County and ordinary and reasonable escrow and closing costs.

22         6.      The Debtor is authorized to pay through escrow at closing the amounts required to

23  be paid to Canyon as provided in the Canyon Settlement Agreement. Upon such payment, all liens

24  in favor of Canyon shall be fully satisfied and discharged.

25         7.      Upon payment to Canyon as provided in paragraph 6 above and the establishment of

26  the Remaining Claims Fund at closing, the balance of the sale proceeds shall be free and clear of all

27  Liens.

28

352101.2 [XP]                                                                                                          25293

1       8.     The recordation of this order with the Los Angeles County Recorder's Office shall

2 constitute a discharge, termination and cancellation as to the Property of all of the Liens against the

3 Property without the need for reconveyance or release of such Liens or other interests.

4       9.     Watermarke shall be entitled to all of the protections afforded to good faith

5 purchasers pursuant to 11 U.S.C. § 363(m).

6      10.    The Debtor is authorized to execute all documents and otherwise take all actions it

7 deems necessary and appropriate to close the sale of the Property to Watermarke.

8      11.    The fourteen day stay of enforcement of this order set forth in Federal Rule of

9 Bankruptcy Procedure 6004(h) is waived, and the terms and conditions of this order shall be

10 immediately effective and enforceable upon its entry.

11                                # # # # #

12

13

14

15

16

17

18

19

20

21

22

23

24

DATED: April 19, 2010

_____
United States Bankruptcy Judge

25

26

27

28

4

# EXHIBIT 1

That certain real property in the City of Los Angeles, County of Los Angeles, State of California, more particularly described as follows:

LOT 1 OF TRACT NO. 53965-01, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1358 PAGES 91 AND 92 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

{E0158 / P0180 / 00008727.DOC V1}

1

2

3

| In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC, & CHINATOWN, LLC | CHAPTER:  11 |
|---|---|
| Debtor(s). | CASE NUMBERS: 1:09-bk-21621-KT & 1:09-bk-21622-KT |

4  NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been

5  entered are placed on the CM/ECF docket.

6  **PROOF OF SERVICE OF DOCUMENT**

7  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA

8  90067

9  A true and correct copy of the foregoing document described **PROPOSED ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND**

10  **WAIVER OF 14-DAY STAY PER F.R.B.P. 6004(h)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner

11  indicated below:

12  **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be

13  served by the court via NEF and hyperlink to the document. On , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic

14  Mail Notice List to receive NEF transmission at the email address(es) indicated below:

15  **III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 19, 2010, I served the

16  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that

17  personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

18  <u>Via Personal Delivery</u>
The Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

19  U.S. Trustee, Jennifer Braun, 21051 Warner Center Lane, #115, Woodland Hills, CA  91367

20  <u>Served Via E-Mail</u> (see attached)

21  ☒Service information continued on attached page

22  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23  | April 19, 2010 | Cindy M. Cripe | /s/ Cindy Cripe |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

24

25

26

27

28

5

352101.2 [XP]                                                                                                          25293

| | |
|---|---|
| In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC<br><br>Debtor(s). | CHAPTER:   11<br><br>CASE NUMBERS: 1:09-bk-21621-KT |

**SERVED BY EMAIL**
Jennifer L Braun      jennifer.l.braun@usdoj.gov
Jeremy Faith      jfaith@goodmanfaith.com (counsel for SCS Flooring)
Daniel H Gill      ecf@ebg-law.com, dgill@ebg-law.com (counsel for Martin Bros.)
Barry S Glaser      bglaser@swjlaw.com (counsel for LA County)
Andrew A Goodman      agoodman@goodmanfaith.com (counsel for SCS Flooring)
Lance N Jurich      ljurich@loeb.com, kpresson@loeb.com (counsel for Canyon)
Elmer D Martin      elmermartin@msn.com (counsel for East West)
Marian K Selvaggio      selvaggio@huntortmann.com (counsel for Martin Bros.)
Derrick Talerico      dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com (counsel for Canyon)
James W. Maddox jmaddox@americanheritagelandscape.com

6

352101.2 [XP]                                                                                                                25293

| In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC | CHAPTER:  11 |
|---|---|
| Debtor(s). | CASE NUMBERS: 1:09-bk-21621-KT |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND WAIVER OF 14-DAY STAY PER F.R.B.P. 6004(h)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>April 19, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

James W. Maddox jmaddox@americanheritagelandscape.com

☐ Service information continued on attached page

7

352101.2 [XP]                                                                                                                25293

| 1 | In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC | CHAPTER 11 |
|---|---|---|
| 2 | Debtor(s). | CASE NUMBER 1:09-bk-01435-KT |

3
**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the
4
following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>April 19, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary
5
proceeding to receive NEF transmission at the email address(es) indicated below.

6
Kathryn T Anderson    kanderson@rutan.com
John J Bingham    jbingham@dgdk.com
7
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
8
Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
9
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Aaron De Leest    aed@dgdk.com
10
Lynsey M Eaton    leaton@gglts.com (counsel for Pacific Stair)
Jeremy Faith    jfaith@goodmanfaith.com
11
Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
Daniel H Gill    ecf@ebg-law.com, dgill@ebg-law.com (counsel for Martin Bros.)
12
Barry S Glaser    bglaser@swjlaw.com
Andrew A Goodman    agoodman@goodmanfaith.com
13
John A Graham    jag@jmbm.com
Asa S Hami    ahami@sulmeyerlaw.com
14
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com (counsel for KCS West)
15
Sharon C Hughes    schug98@aol.com
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com (counsel for Canyon)
16
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com
Elmer D Martin    elmermartin@msn.com
17
Daniel J McCarthy    dmccarthy@hillfarrer.com (counsel for Warner Constructors)
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
18
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com (counsel for Calex Engineering)
19
Victor A Sahn    vsahn@sulmeyerlaw.com
Marian K Selvaggio    selvaggio@huntortmann.com
20
Zev Shechtman    zshechtman@dgdk.com
Shashauna Szczechowicz    sszczechowicz@wolkincurran.com (counsel for Architectural Glass)
21
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
John N Tedford    jtedford@dgdk.com
22
James A Timko    jtimko@allenmatkins.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
23
Brett K Wiseman    bwiseman@aalaws.com

24

25

26

27

28

8

352101.2 [XP]                                                                                    25293