1 | JOHN J. BINGHAM, JR. (State Bar No. 075842)
    *jbingham@dgdk.com*
2 | JOHN N. TEDFORD, IV (State Bar No. 205537)
    *jtedford@dgdk.com*
3 | JULIA W. BRAND (State Bar No. 121760)
    *jbrand@dgdk.com*
4 | ZEV SHECHTMAN (State Bar No. 266280)
    *zshechtman@dgdk.com*
5 | DANNING, GILL, DIAMOND & KOLLITZ, LLP
    2029 Century Park East, Third Floor
6 | Los Angeles, California 90067-2904
    Telephone: (310) 277-0077
7 | Facsimile: (310) 277-5735

8 | Attorneys for Debtor and Debtor-in-Possession
    Meruelo Maddux – 845 S. Flower Street, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:09-bk-21621-KT |
| MERUELO MADDUX - 845 S. FLOWER STREET, LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **MONTHLY OPERATING REPORT NUMBER 8 (FOR THE MONTH ENDING APRIL 30, 2010)** |
| | [No hearing required] |

348303.05 [XP]    25293

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>845 S. Flower Street and Chinatown<br><br>Debtor(s). | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| | Case Number: | SV09-21621-KT and SV09-21622-KT (see attachment) |
| | Operating Report Number: | 8 |
| | For the Month Ending: | 4/30/2010 |

I. CASH RECEIPTS AND DISBURSEMENTS
A. (GENERAL ACCOUNT*)

# SEE ATTACHMENT

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS

3. BEGINNING BALANCE: 0.00

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

   TOTAL RECEIPTS THIS PERIOD: 0.00

5. BALANCE: 0.00

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)    0.00
   Disbursements (from page 2)    0.00

   TOTAL DISBURSEMENTS THIS PERIOD:*** 0.00

7. ENDING BALANCE: 0.00

8. General Account Number(s):

   Depository Name & Location:

---

\* All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

1

I. CASH RECEIPTS AND DISBURSEMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 21621 | 21621 | 21621 | 21621 | 21621 | 21621 |
| Month Ending: | 04/30/2010 | 04/30/2010 | 04/30/2010 | 04/30/2010 | 04/30/2010 | 04/30/2010 |
| Account Number: | ●087 | ●079 | ●5039 | ●0060 | ●5036 | ●5860 |
| Depository Name & Location | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 | City National Bank 400 N. Roxbury Drive Beverly Hills, CA 90210 |
| | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC |
| 1. Total Prior Receipts | 16,448.98 | 389.00 | 10,180,786.42 | 9,518.14 | 503.01 | 0 |
| 2. LESS: Total Prior Disbursements | 11,338,157.38 | 505.00 | 10,181,229.42 | 3,583,229.69 | 530,840.19 | 0 |
| 3. Beginning Balance | 2,139,319.74 | (116.00) | (116.00) | 713,885.43 | (97.90) | 0 |
| 4. Receipts During Current Period | | | | | | |
| A/R - Post Filing | 0 | 0 | 0 | 0 | 0 | 0 |
| A/R - Pre Filing | 0 | 0 | 0 | 0 | 0 | 0 |
| General Sales | 425.68 | 0 | 0 | 0 | 0 | 0 |
| Intercompany Receipts | 0 | 0 | 785,183.93 | 0 | 0 | 10,515,931.12 |
| TOTAL RECEIPTS | 425.68 | 0 | 785,183.93 | 0 | 0 | 10,515,931.12 |
| 5. BALANCE | 2,139,745.42 | (116.00) | 785,067.93 | 713,885.43 | (97.90) | 10,515,931.12 |
| 6. LESS: Disbursements | | | | | | |
| Transfers to other DIP Accounts | 2,079,319.74 | 0 | 0 | 0 | 0 | 0 |
| Disbursements | 60,100.00 | 0 | 785,155.93 | 713,916.95 | 22.10 | 1,274,892.00 |
| TOTAL Disbursements | 2,139,419.74 | 0 | 785,155.93 | 713,916.95 | 22.10 | 1,274,892.00 |
| 7. Ending Balance | 325.68 | (116.00) | (88.00) | (31.52) | (120.00) | 9,241,039.12 |

I. CASH RECEIPTS AND DISBURSEMENTS

| Case Number: | 21621 | 21621 | 21622 | 21622 | | 21621 | |
|---|---|---|---|---|---|---|---|
| Month Ending: | 04/30/2010 | 04/30/2010 | 04/30/2010 | 04/30/2010 | | 04/30/2010 | |
| Account Number: | 5863 | 0357 | 2201 | | | 5451 | |
| Depository Name & Location | EastWest Bank 1881 W. Main St., 2nd Flr Alhambra, CA 91801 | EastWest Bank 1881 W. Main St., 2nd Flr Alhambra, CA 91801 | EastWest Bank 1881 W. Main St., 2nd Flr Alhambra, CA 91801 | EastWest Bank 1881 W. Main St., 2nd Flr Alhambra, CA 91801 | | US Bank 633 W. 5th Street, 29th Fl Los Angeles, CA 90071 | |
| | 845 S. Flower Street, LLC | 845 S. Flower Street, LLC | Meruelo Chinatown, LLC | 845 S. Flower Street, LLC | | 845 S. Flower Street, LLC | Total |
| 1. Total Prior Receipts | 61,864.15 | | 20,438.03 | 99,147.82 | | 0 | 10,389,095.55 |
| 2. LESS: Total Prior Disbursements | 61,775.03 | | 0 | 63,311.79 | | 0 | 25,759,048.50 |
| 3. Beginning Balance | 499.73 | | 5,096,836.90 | 37,487.23 | | 0 | 7,987,699.13 |
| 4. Receipts During Current Period | | | | | | | |
|    A/R - Post Filing | 0 | | 0 | 0 | | 0 | 0.00 |
|    A/R - Pre Filing | 0 | | 0 | 0 | | 0 | 0.00 |
|    General Sales | 0 | | 0 | 0 | | 0 | 425.68 |
|    Intercompany Receipts | 0 | | 0 | 0 | | 18,339,087.00 | 29,640,202.05 |
| TOTAL RECEIPTS | 0 | | 0 | 0 | | 18,339,087.00 | 29,640,627.73 |
| 5. BALANCE | 499.73 | | 5,096,836.90 | 37,487.23 | | 18,339,087.00 | 37,628,326.86 |
| 6. LESS: Disbursements | | | | | | | |
|    Transfers to other DIP Accounts | 0 | | 5,096,836.90 | 0 | | 0 | 7,176,178.74 |
|    Disbursements | 0 | | 0 | 24,317.00 | | 0 | 2,858,381.88 |
| TOTAL Disbursements | 0 | | 5,096,836.90 | 24,317.00 | | 0 | 10,034,560.62 |
| 7. Ending Balance | 499.73 | | 0 | 13,170.23 | | 18,339,087.00 | 27,593,766.24 |

Case 1:09-bk-21621-KT    Doc 330    Filed 05/13/10    Entered 05/13/10 16:40:35    Desc
Main Document    Page 5 of 16

## I. TOTAL DISBURSEMENTS FROM ALL ACCOUNTS FOR CURRENT PERIOD

| Date mm/dd/yyyy | Case # | Entity | Acct # | Check Number | Internal Vendor Code | Payee or DIP account | Purpose | *Amount Transferred | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2010 | 21622 | Meruelo Chinatown, LLC | 2201 | 270 | franchis | Franchise Tax Board | 200202810105 | 0.00 | 800.00 | 800.00 |
| 4/30/2010 | 21622 | Meruelo Chinatown, LLC | 2201 | 271 | fine | Fine Line Systems | Addit'l Svc for 717 9th Street Project | 0.00 | 160.00 | 160.00 |
| 4/30/2010 | 21622 | Meruelo Chinatown, LLC | 2201 | 272 | psomas | PSOMAS | Prof Svc 8/28/09-10/1/09 | 0.00 | 1,846.00 | 1,846.00 |
| 4/30/2010 | 21622 | Meruelo Chinatown, LLC | 2201 | 273 | v0000242 | Graphic Display | Addit'l Svc for Fire Dept | 0.00 | 2,071.00 | 2,071.00 |
| 4/30/2010 | 21622 | Meruelo Chinatown, LLC | 2201 | 274 | v0000039 | GPS Security | Security Svc 3/29/10-4/11/10 Security Svc 3/15/10-3/28/10 Security Svc 3/1/10-3/14/10 Security Svc 2/17/10-2/28/10 | 0.00 | 19,440.00 | 19,440.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5087 | 4261 | cec | Calex Engineering Co. | Wires 04/2010 | 0.00 | 60,000.00 | 60,000.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 3883 | v0000035 | Helix Electric, Inc. | Wires 4/2010 | 0.00 | 600,000.00 | 600,000.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 5817 | awri | Angelus Waterproofing & Restoration, Inc | Wires 4/2010 | 0.00 | 45,610.00 | 45,610.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 10072700 | dwp | Department of Water & Power | Wire 04/2010 | 0.00 | 106,425.35 | 106,425.35 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 10291360 | dwp | Department of Water & Power | Wire 04/2010 | 0.00 | 9,946.99 | 9,946.99 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 40154130 | dwp | Department of Water & Power | Wire 04/2010 | 0.00 | 14,384.32 | 14,384.32 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5039 | 131408290 | v0000350 | Bapko Metal, Inc. | Wire 04/2010 | 0.00 | 8,603.27 | 8,603.27 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5860 | 30145913 | v0000289 | Architectural Glass & Aluminum Co, Inc. | Wire 04/2010 | 0.00 | 163,319.00 | 163,319.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5860 | 30145924 | v0000110 | ACCO Engineered Systems | Wire 04/2010 | 0.00 | 575,624.00 | 575,624.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 5860 | 30145923 | | | Wire 04/2010 | 0.00 | 535,949.00 | 535,949.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0087 | JE 25689 | | 113015039 | Transfer Funds | 12,315.69 | 0.00 | 12,315.69 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0087 | JE 25742 | | City National Bank | Periodic Fee | 0.00 | 100.00 | 100.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0087 | JE 25742 | | 113015039 | Transfer Funds | 785,120.93 | 0.00 | 785,120.93 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0087 | JE 25742 | | City National Bank | Bank Fees | 0.00 | 186.00 | 186.00 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0357 | JE 25742 | | 113325860 | Transfer Funds | 1,281,883.12 | 0.00 | 1,281,883.12 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 0060 | JE 25742 | | 113325860 | Transfer Funds | 5,096,836.90 | 0.00 | 5,096,836.90 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | 6036 | JE 25742 | | City National Bank | 03/2010 Interest | 0.00 | 713,916.95 | 713,916.95 |
| 4/30/2010 | 21621 | 845 S. Flower Street, LLC | | | | 0080993116 | Transfer Funds | 22.10 | 0.00 | 22.10 |
| | | | | | | | | 7,176,178.74 | 2,858,381.88 | 10,034,560.62 |

4

I. Disbursements
Page 1 of 1

I. BANK RECONCILIATION

| CASE NO. | ENTITY | ACCOUNT NO. | STATEMENT DATE | | STATEMENT BALANCE |
|---|---|---|---|---|---|
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮0087 | Statement Date: | 04/30/2010 Statement Bal: | 325.68 |
| | | | | ADJUSTED BANK BALANCE | 325.68 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮0079 | Statement Date: | 04/30/2010 Statement Bal: | -116.00 |
| | | | | ADJUSTED BANK BALANCE | -116.00 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮5039 | Statement Date: | 04/30/2010 Statement Bal: | -88.00 |
| | | | | ADJUSTED BANK BALANCE | -88.00 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮0060 | Statement Date: | 04/30/2010 Statement Bal: | -31.52 |
| | | | | ADJUSTED BANK BALANCE | -31.52 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮5036 | Statement Date: | 04/30/2010 Statement Bal: | -120.00 |
| | | | | ADJUSTED BANK BALANCE | -120.00 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮6860 | Statement Date: | 04/30/2010 Statement Bal: | 9,241,039.12 |
| | | | | ADJUSTED BANK BALANCE | 9,241,039.12 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮6863 | Statement Date: | 04/30/2010 Statement Bal: | 499.73 |
| | | | | 910    12/03/2009 | 343.00 |
| | | | | 914    12/07/2009 | 121.00 |
| | | | | TOTAL OUTSTANDING CHECKS | 464.00 |
| | | | | ADJUSTED BANK BALANCE | 35.73 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮0357 | Statement Date: | 04/30/2010 Statement Bal: | 0.00 |
| | | | | ADJUSTED BANK BALANCE | 0.00 |
| 21622 | Meruelo Chinatown, LLC Debtor-In-Possession | ▮2201 | Statement Date: | 04/30/2010 Statement Bal: | 13,170.23 |
| | | | | 254    10/19/2009 | 362.50 |
| | | | | 275    04/27/2010 | 325.00 |
| | | | | TOTAL OUTSTANDING CHECKS | 687.50 |
| | | | | ADJUSTED BANK BALANCE | 12,482.73 |
| 21621 | 845 S. Flower Street, LLC Debtor-In-Possession | ▮5451 | Statement Date: | 04/30/2010 Statement Bal: | 18,339,087.00 |
| | | | | ADJUSTED BANK BALANCE | 18,339,087.00 |

Statement Bal Total:    27,593,766.24

I. D. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD: 4/10
(Provide a copy of monthly account statements for each of the below)

| CASE NO. | ENTITY | | ACCOUNT NO. | AMOUNT |
|---|---|---|---|---|
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉0087 | 325.68 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉0079 | (116.00) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉5039 | (88.00) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉0060 | (31.52) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉5036 | (120.00) |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉860 | 9,241,039.12 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉6863 | 499.73 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉0357 | 0.00 |
| 21622 | Meruelo Chinatown, LLC | Debtor-In-Possession | ▉2201 | 13,170.23 |
| 21621 | 845 S. Flower Street, LLC | Debtor-In-Possession | ▉5451 | 18,339,087.00 |
| | | | TOTAL | 27,593,766.24 |

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Entity | Case No. | Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment** | Post-Petition payments not made (Number) | Total Due** |
|---|---|---|---|---|---|---|
| **Secured Creditors:** | | | | | | |
| Meruelo Maddux - 845 S. Flower Street, LLC | 21621 | Canyon Capital Realty Advisors | Monthly | 792,311.54 | 0 | 0.00 |
| | | | | | | |
| **Lessor:** | | | | | | |
| | | | | | | |
| **Executory Contracts / Employment Agreements*:** | | | | | | |
| | | | | | | |
| | | | | | 792,311.54 TOTAL DUE: | 0.00 |

*Currently, no Executory Contracts have been assumed or rejected.
**The "amount of payment" may vary due to factors such as the number of days in a month and variable rates; therefore, the "total due" is generally the amount previously accrued plus current month.
***We made adjustments to the accrued interest rate to exclude the default rate.

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD: APRIL 1 - 30, 2010

Gross Sales Subject to Sales Tax: 0.00
Total Wages Paid: 0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | N/A |
| State Withholding | 0.00 | 0.00 | N/A |
| FICA- Employer's Share | 0.00 | 0.00 | N/A |
| FICA- Employee's Share | 0.00 | 0.00 | N/A |
| Federal Unemployment | 0.00 | 0.00 | N/A |
| Sales and Use | 0.00 | 0.00 | N/A |
| Real Property | 0.00 | 0.00 | N/A |
| Real Property | 0.00 | 0.00 | N/A |
| Other: | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable Pre-Petition | Accounts Receivable Post-Petition |
|---|---|---|---|
| 30 days or less | 253.69 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | (2,993.49) | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | (2,739.80) | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

Waived by Ms. Maria Marquez. See Insurance Schedule previously provided

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Case # | Entity | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|---|---|
| 03/31/2010 | 21622 | Meruelo Chinatown, LLC |  | 325 | 04/27/2010 | 325 | 0 |
| 12/31/2009 | 21622 | Meruelo Chinatown, LLC |  | 650 | 01/28/2010 | 650 | 0 |
| 09/30/2009 | 21622 | Meruelo Chinatown, LLC |  | 325 | 10/22/2009 | 325 | 0 |
| 03/31/2010 | 21621 | 845 S. Flower Street, LLC |  | 10,400 |  | 0 | 10,400 |
| 12/31/2009 | 21621 | 845 S. Flower Street, LLC |  | 13,000 |  | 0 | 13,000 |
| 09/30/2009 | 21621 | 845 S. Flower Street, LLC |  | 10,400 |  | 0 | 10,400 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| None | | | 0.00 |
| | | | |

## VIII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| None | | | 0.00 |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

# 845 South Flower Street and Chinatown
## Statement of Income of Debtor-In-Possession
## For April 2010

| | Meruelo Maddux - 845 S. Flower Street, LLC 21621 | Meruelo Chinatown, LLC 21622 |
|---|---:|---:|
| **REVENUE** | | |
| Rental Income | - | - |
| Management Fees | - | - |
| Other Income | - | - |
| **TOTAL REVENUE** | - | - |
| | | |
| **OPERATING EXPENSES** | | |
| Direct Corporate Property Management | - | - |
| Payroll - Insiders | - | - |
| Property Administration | 506 | 325 |
| Cleaning | - | - |
| General Building | - | - |
| Insurance | - | 103 |
| Repairs and Maintenance | - | - |
| Real Property Taxes | - | 6,580 |
| Security | - | - |
| Utilities | - | - |
| Depreciation and Amortization | - | - |
| Stock Compensation | - | - |
| General and Administrative | - | 800 |
| Misc Operating Expense | | |
| **TOTAL OPERATING EXPENSES** | 506 | 7,808 |
| | | |
| **Net Income/(Loss) from Operations** | (506) | (7,808) |
| | | |
| **NON-OPERATING INCOME** | | |
| Interest Income | 871 | - |
| Gain on Sale of Asset | - | - |
| Other | | |
| **TOTAL NON-OPERATING INCOME** | 871 | - |
| | | |
| **NON-OPERATING EXPENSES** | | |
| Interest Expense | - | - |
| Legal and Professional | - | - |
| Impairment Loss on Real Estate | - | - |
| Provision (Benefit) for Income Taxes | - | - |
| Minority Interests | - | - |
| **TOTAL NON-OPERATING EXPENSES** | - | - |
| | | |
| **NET INCOME/(LOSS)** | 365 | (7,808) |

Schedule IX

# 845 South Flower Street and Chinatown

## Balance Sheet of Debtors-In-Possession
## As of April 30, 2010

| | Meruelo Maddux - 845 S. Flower Street, LLC 21621 | Meruelo Chinatown, LLC 21622 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Unrestricted Cash | 18,339,123 | 12,483 |
| Restricted Cash | 9,241,009 | - |
| Accounts Receivable | - | - |
| Notes Receivable | - | - |
| Prepaid Expenses | - | - |
| **Total Current Assets** | 27,580,132 | 12,483 |
| | | |
| Investment in Real Estate | - | 7,737,449 |
| Accumulated Depreciation | - | - |
| **Net Investment in Real Estate** | - | 7,737,449 |
| | | |
| **Other Assets (Net of Amoritization)** | | |
| Due to Affiliates, Net | (73,363,085) | (6,382,723) |
| Due from Insiders | | |
| Other Assets | - | - |
| **Total Other Assets** | (73,363,085) | (6,382,723) |
| **TOTAL ASSETS** | (45,782,953) | 1,367,209 |
| | | |
| **LIABILITIES** | | |
| **Post-Petition Liabilities** | | |
| Accounts Payable | 4,697,260 | 1,750 |
| Taxes Payable | - | 26,320 |
| Notes Payable | | |
| Professional Fees | - | - |
| Secured Debt | | |
| Other | - | - |
| **Total Post-Petition Liabilities** | 4,697,260 | 28,070 |
| **Pre-Petition Liabilities** | | |
| Secured Liabilities | - | - |
| Priority Liabilities | | |
| Unsecured Liabilities | 492,106 | 2,177 |
| Other | | |
| **Total Pre-Petition Liabilities** | 492,106 | 2,177 |
| **TOTAL LIABILITIES** | 5,189,366 | 30,247 |
| **MINORITY INTEREST** | - | - |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Pre-Petition Stockholders' Equity | (51,020,622) | 1,270,991 |
| Post-Petition Profit/(Loss) | 48,303 | 65,971 |
| Direct Charges to Equity | | |
| **TOTAL STOCKHOLDERS' EQUITY** | (50,972,319) | 1,336,962 |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY** | (45,782,953) | 1,367,209 |

Schedule X

11

# 845 S Flower Street and Chinatown
## Report for April 2010
### XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X |   |
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X |   |

3. State what progress was made during the reporting period toward filing a plan of reorganization:

1) During a previous reporting period, Meruelo Maddux - 845 S. Flower Street, LLC under case no. 1:09-bk-21621-KT ("845 S. Flower") together with Meruelo Chinatown, LLC under case no. 1:09-bk-21622-KT ("Chinatown" and collectively the "Debtors") filed their *Joint First Amended Disclosure Statement and Joint First Amended Plan of Reorganization*.

2) The Court has extended the period during which only the Debtors may file, solicit and obtain acceptances of a plan of reorganization to August 31, 2010.

3) On April 13, 2010, 845 S. Flower filed a motion to sell (the "Sale Motion") its luxury condominium tower (the "Project") to Watermarke Properties, Inc., for a purchase price of $110,000,000 (less certain purchase price credits of $500,000). The Sale Motion was heard and the Court entered an order approving it on April 19, 2010.

4) In addition, on April 13, 2010, 845 S. Flower and Chinatown filed a motion to approve a settlement (the "Settlement Motion") between the Debtors and their secured lender, Canpartners, resolving all disputes between them. The Settlement Motion was heard and the Court entered an order approving it on April 19, 2010. The Settlement resolves all disputes between the Debtor and Canpartners, including but not limited to disputes related to the Debtors' loan documents with Canpartners, Canpartners' claims in the cases, Canpartners' motion for relief from stay regarding the Project and the adversary proceeding filed by Canpartners against 845 S. Flower and Chinatown seeking, among other things, declaratory relief that Canpartners is not required to release its lien on Chinatown's real property. As a result of the sale and the settlement, Canpartners has been paid in full and its liens on the Debtors' assets have been released.

4.  **Describe potential future developments which may have a significant impact on the case:**

    The Debtors will file a second amended plan of reorganization to address payment of any remaining claims.

5.  **Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.**

    None

|  | No | Yes |
|---|---|---|
| 6. **Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below.** | X | |

I, Richard Meruelo, Chief Executive Officer, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_5/11/10_  
Date

_[signature]_  
Principal for Debtor-in-Possession

| In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC, Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-21621-KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **MONTHLY OPERATING REPORT NUMBER 8 (FOR THE MONTH ENDING APRIL 30, 2010)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathryn T Anderson    kanderson@rutan.com (counsel for CraneVeyor)
John J Bingham    jbingham@dgdk.com
Julia W Brand    jwb@dgdk.com
Jennifer L Braun    jennifer.l.braun@usdoj.gov
Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com (counsel for Helix Elec.)
Cathrine M Castaldi    ccastaldi@rusmiliband.com (counsel for Mr. Crane)
Enid M Colson    emc@dgdk.com, ecolson@dgdk.com
Aaron De Leest    aed@dgdk.com
Lynsey M Eaton    leaton@gglts.com (counsel for Pacific Stair)
Jeremy Faith    jfaith@goodmanfaith.com (counsel for SCS Flooring)
Lisa Hill Fenning    Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com (counsel for Canyon)
Daniel H Gill    ecf@ebg-law.com, dgill@ebg-law.com (counsel for Martin Bros.)
Barry S Glaser    bglaser@swjlaw.com (counsel for LA County)
Andrew A Goodman    agoodman@goodmanfaith.com (counsel for SCS Flooring)
John A Graham    jag@jmbm.com (counsel for Berkadia)
Asa S Hami    ahami@sulmeyerlaw.com (counsel for MMPI creditors' committee)
David W Hercher    dave.hercher@millernash.com
William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com (counsel for KCS West)
Sharon C Hughes    schug98@aol.com (counsel for Richard Smith Custom Concrete)
Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com (counsel for Canyon)
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Elmer D Martin    elmermartin@msn.com (counsel for East West)
Daniel J McCarthy    dmccarthy@hillfarrer.com (counsel for Warner Construction)
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com (counsel for Bank of America)

☒Service information continued on attached page

348303.05 [XP]    25293

| In re: MERUELO MADDUX - 845 S. FLOWER STREET, LLC, Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 1:09-bk-21621-KT |
|---|---|

Dean G Rallis Jr    drallis@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Kirsten A Roe    kroe@wthf.com, dfunsch@wthf.com (counsel for Calex)
Victor A Sahn    vsahn@sulmeyerlaw.com (counsel for MMPI Creditors' Committee)
Marian K Selvaggio    selvaggio@huntortmann.com (counsel for Martin Bros.)
Zev Shechtman    zshechtman@dgdk.com
Shashauna Szczechowicz    sszczechowicz@wolkincurran.com (counsel for Architectural Glass)
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com (counsel for Canyon)
John N Tedford    jtedford@dgdk.com
James A Timko    jtimko@allenmatkins.com (counsel for KCS West)
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Brett K Wiseman    bwiseman@aalaws.com (counsel for Angelus Waterproofing)

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On May 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via U.S. Mail
The Hon. Kathleen Thompson, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 13, 2010 | Cindy M. Cripe | _/s/ Cindy M. Cripe_ |
|---|---|---|
| Date | Type Name | Signature |

348303.05 [XP]    25293