1  CHRISTOPHER E. PRINCE (SBN 183553)
    cprince@lesnickprince.com
2  MATTHEW A. LESNICK (SBN 177594)
    matt@lesnickprince.com
3  ANDREW R. CAHILL (SBN 233798)
    acahill@lesnickprince.com
4  LESNICK PRINCE LLP
    185 Pier Avenue, Suite 103
5  Santa Monica, CA  90405
    Telephone: (213) 493-6496
6  Facsimile:  (213) 493-6596

**FILED & ENTERED**

SEP 01 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bever    DEPUTY CLERK

7  Proposed attorneys for
    Meruelo Maddux -- 845 S. Flower Street, LLC
8  Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re

MERUELO MADDUX – 845 S. FLOWER STREET, LLC,

    Debtor in Possession.

Case No. 1:09-bk-21621-VK

Chapter 11

**ORDER ON MOTION TO DISMISS CHAPTER 11 CASE OR, ALTERNATIVELY, TO PERMIT INTERIM DISTRIBUTION**

Hearing
Date:    August 23, 2011
Time:    10:30 a.m.
Place:   Courtroom 301
         21041 Burbank Blvd.
         Woodland Hills, CA  91367

On August 23, 2011 at 10:30 a.m., this Court heard Meruelo Maddux – 845 S. Flower Street, LLC's ("845 S. Flower") Motion for Order Dismissing Chapter 11 Case Or, Alternatively, Permitting Interim Distribution (the "Motion"). Appearances were as noted on the record.

The Court considered the Motion, the responses filed by Danning, Gill, Diamond & Kollitz, LLP ("DGDK"), Cox Castle & Nicholson LLP ("Cox Castle"), and Canpartners Realty Holding Company IV LLC ("Canyon"), 845 S. Flower's reply in support of the Motion, and the statements of counsel on the record.

845 S. Flower withdrew its request for dismissal of the case at this time, and to the extent the Motion sought dismissal of 845 S. Flower's bankruptcy case, the Motion is denied without prejudice. If all outstanding unsecured claims are paid, settled or otherwise resolved, 845 S. Flower may renew its request for dismissal by noticed motion with notice to DGDK, Cox Castle, Canyon and the Office of the United States Trustee.

To the extent the Motion requested authority for 845 S. Flower to make interim distribution to Meruelo Maddux Properties, Inc. ("MMPI"), the Motion is granted as follows:

1. 845 S. Flower shall, on an interim basis only, pay the fees and expenses of DGDK approved by the Court in its *Second Order Approving Interim Applications for Compensation and Reimbursement of Expenses by Professionals* entered on May 17, 2011 (the "Second Interim Fee Order") (*docket entry no. 491*), and fees and expenses authorized to be paid to DGDK pursuant to the *Order Establishing Procedure for Interim Compensation and Reimbursement of Expenses for Professionals* entered on November 10, 2010 (the "Knudsen Order") (*docket entry no. 431*) (in the aggregate, $308,363.90 in fees and $8,961.58 in expenses);

2. 845 S. Flower shall, on an interim basis only, pay the fees and expenses of Cox Castle approved by the Court in the Second Interim Fee Order and fees and expenses authorized to be paid to Cox Castle pursuant to the Knudsen Order (in the aggregate, $223,467.76 in fees and $6,990.86 in expenses);

2

3. The fees and expenses of Sebold & Co. ("Sebold") approved on an interim basis in the Second Interim Fee Order, in the amount of $16,772.50 in fees and $374.13 in costs, are hereby approved on a final basis. 845 S. Flower shall pay the unpaid balance of such authorized fees and costs ($4,915.50) plus an additional $1,605.94 in fees and expenses incurred since March 1, 2011. Sebold need not file a final fee application;

4. In accordance with its settlement with Canyon and the Court's Order Authorizing Sale of Real Property Free and Clear of Liens and Waiver of 14-Day Stay Per F.R.B.P. 6004(h) [Docket No. 292] (the "Settlement Order"), and as modified by agreement as stated on the record at the hearing, 845 S. Flower is authorized to reduce the amount of funds deposited in the Remaining Claims Fund established by the Settlement Order to $500,000 for payment of pre-petition claims and legal fees and expenses incurred or to be incurred by Canyon as detailed in the Settlement Order. 845 S Flower is authorized to pay, settle or resolve pre-petition claims without notice to creditors or further order of this Court. 845 S Flower may not, however, use funds from the Remaining Claims Fund to pay pre-petition claims without the consent of Canyon.

5. 845 S. Flower shall reserve an additional $150,000 for future administrative expenses of the estate (the "Admin Reserve") unless Canyon agrees that such expenses may be paid from the $500,000 reserve for pre-petition claims. 845 S. Flower is authorized to pay, settle or resolve administrative claims with funds from the Admin Reserve without notice to creditors or further order of this Court except that the United States Trustee's office shall be notified of any settlement regarding administrative claims of professionals. 845 S. Flower may not use the Admin Reserve to pay pre-petition claims without the consent of Canyon.

6. 845 S. Flower may distribute $2,842,830.98 to Meruelo Maddux Properties, Inc. ("MMPI") or such other MMPI affiliate as it may choose. This amount represents 845 S. Flower's cash on hand ($4,047,136.52) less the amounts specified above in paragraphs 1 through 5. With the exception of the $150,000 reserved for future

administrative expenses, the reserve amounts specified above may be distributed to MMPI or its affiliates with the consent of Canyon so long as all remaining unsecured claims are reserved for, paid, settled or otherwise resolved.

###

DATED: September 1, 2011

_____
United States Bankruptcy Judge

| In re:
MERUELO MADDUX – 845 S. FLOWER STREET, LLC

Debtor(s). | CHAPTER: 11

CASE NUMBER: 1:09-bk-21621-VK |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

185 Pier Avenue, Suite 103, Santa Monica, CA 90405

A true and correct copy of the foregoing document described **ORDER ON MOTION TO DISMISS CHAPTER 11 CASE OR, ALTERNATIVELY, TO PERMIT INTERIM DISTRIBUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   August 31, 2011                                I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 23, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 31, 2011 | Christopher E. Prince | /s/ Christopher E. Prince |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-21621-VK |
|---|---|

**Proposed Order Served VIA EMAIL**

**dtalerico@loeb.com**
**rorlik@coxcastle.com**
**JTedford@dgdk.com**
**ljurich@loeb.com**

| In re:<br>MERUELO MADDUX – 845 S. FLOWER STREET, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-21621-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO DISMISS CHAPTER 11 CASE OR, ALTERNATIVELY, TO PERMIT INTERIM DISTRIBUTION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 31, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See Attached List

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**MerueloMaddux-845S.FlowerStreet,LLC**
761TerminalStreet,Building1,2andF1
Los Angeles, CA 90021-1111

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION**:

- Michael C Abel mcabel@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Kathryn T Anderson kanderson@rutan.com
- Julia W Brand JBrand@bhfs.com, jjung@bhfs.com;pherron@bhfs.com
- Jennifer L Braun jennifer.l.braun@usdoj.gov
- Michael D Breslauer mbreslauer@swsslaw.com, wyones@swsslaw.com
- Andrew R Cahill acahill@lesnickprince.com
- Enid M Colson emc@dgdk.com, ecolson@dgdk.com
- Jeremy Faith jfaith@goodmanfaith.com
- Lisa Hill Fenning Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- Daniel H Gill ecf@ebg-law.com, dgill@ebg-law.com
- Barry S Glaser bglaser@swjlaw.com
- Andrew A Goodman agoodman@goodmanfaith.com
- John A Graham jag@jmbm.com
- Asa S Hami ahami@sulmeyerlaw.com
- David W Hercher dave.hercher@millernash.com
- William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
- Sharon C Hughes schug98@aol.com
- Lance N Jurich ljurich@loeb.com, kpresson@loeb.com
- Tamar Kouyoumjian tkouyoumjian@sulmeyerlaw.com
- Elmer D Martin elmermartin@gmail.com
- Daniel J McCarthy dmccarthy@hillfarrer.com
- Randy P Orlik rorlik@coxcastle.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- David M Poitras dpoitras@jmbm.com
- Christopher E Prince cprince@lesnickprince.com
- Dean G Rallis Jr drallis@sulmeyerlaw.com
- Victor A Sahn vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com
- Marian K Selvaggio selvaggio@huntortmann.com
- Derrick Talerico dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford jtedford@dgdk.com, DanningGill@Gmail.com
- James A Timko jtimko@allenmatkins.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Brett K Wiseman bwiseman@aalaws.com
- Kirsten A Roe Worley kworley@wthf.com, bcordova@wthf.com